1  MCDERMOTT WILL & EMERY LLP
   WILLIAM G. GAEDE, III (136184)
2  wgaede@mwe.com
   ANDREW A. KUMAMOTO (178541)
3  akumamoto@mwe.com
   DAVID L. LARSON (112342)
4  dlarson@mwe.com
   3150 Porter Drive
5  Palo Alto, CA 94304-1212
   Telephone:    (650) 813-5000
6  Facsimile:    (650) 813-5100

7  *Attorneys for Tercica, Inc.*

8  HELLER EHRMAN WHITE & MCAULIFFE LLP
   M. PATRICIA THAYER (90818)
9  pthayer@hewm.com
   ETHAN C. GLASS (216159)
10 eglass@hewm.com
   333 Bush Street
11 San Francisco, CA  94104-2878
   Telephone:    (415) 772-6794
12 Facsimile:    (415) 772-6268

13 *Attorneys for Genentech, Inc*

14                UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                      OAKLAND DIVISION

17

18 GENENTECH, INC., a Delaware          No.  C-04-5429 CW
   Corporation, TERCICA, INC., a Delaware
19 Corporation,                         **DECLARATION OF JERRY A.
                                        HAUSMAN, Ph.D. IN SUPPORT OF
20           Plaintiffs,                PLAINTIFFS' MOTION FOR
                                        PRELIMINARY INJUNCTION**
21    v.

22 INSMED INCORPORATED, a Virginia      Date:      July 1, 2005
   Corporation, and CELTRIX            Time:      10:00 a.m.
23 PHARMACEUTICALS, INC., a Delaware   Courtroom: 2
   Corporation,
24
             Defendants.               Honorable Claudia Wilken
25

26                    ***PUBLIC VERSION***

27

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

## I.   INTRODUCTION, ASSIGNMENT, AND SUMMARY OF OPINIONS

1.      I am the MacDonald Professor of Economics at the Massachusetts Institute of Technology ("MIT") in Cambridge, Massachusetts.  I graduated from Brown University in 1968.  I received a D.Phil. (Ph.D.) in economics from Oxford University in 1973 where I was a Marshall Scholar.  I have been at MIT since completing my D.Phil.  My academic specialties are econometrics, the application of statistical methods to economic data, and applied microeconomics, the study of behavior by firms and by consumers.  I teach a graduate course in applied industrial organization, which is the study of how markets operate.

2.      I have been an associate editor of *Econometrica*, the leading economics journal, and the *Rand (Bell) Journal of Economics*, the leading journal of applied microeconomics.  In December 1985, I received the John Bates Clark Award of the American Economic Association, awarded every other year for the most "significant contributions to economics" by an economist under the age of 40.  In 1980, I was awarded the Frisch Medal of the Econometric Society.  I have been a member of numerous government advisory committees for both the U.S. government and the Commonwealth of Massachusetts.  I have published over 130 academic research papers in leading economic journals including the *American Economic Review*, *Econometrica*, and the *Rand (Bell) Journal of Economics*.  My curriculum vitae is attached as Exhibit 1.

3.      I have done academic research and consulted in the pharmaceutical industry for approximately 20 years.  In 1984 and 1985 I published a number of academic papers that considered the effects of Research and Development (R&D) on patents.  The papers included companies in the pharmaceutical industry.  About that time I consulted with Eli Lilly about economic strategy for pricing of branded drugs after they came off patented status.  I also consulted on a number of mergers in the industry including the acquisition of Medco (a pharmacy benefit manager) by Merck.  I did extensive studies of pricing and marketing by pharmaceutical companies in the mid-1990s.  I have continued to consult over the years on pricing strategy by pharmaceutical companies, including the effect of regulation of prices by numerous foreign governments.  I have also consulted on the economics of joint ventures by pharmaceutical companies, especially when U.S. companies partner with European companies.  I have written

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

1  academic papers that study competition in the pharmaceutical industry, including "Characteristics

2  of Demand for Pharmaceutical Products: An Examination of Four Cephalosporins," with S.

3  Fisher Ellison, I. Cockburn, and Z. Griliches, *Rand Journal of Economics* 28, 1997. A list of

4  testimony I have given in the last four years is attached as Exhibit 2.

5      4.      Counsel for Tercica, Inc. ("Tercica") have asked me to analyze the likely effects if

6  the preliminary injunction requested by plaintiffs is not granted in the current proceeding and

7  Insmed is allowed to proceed to market with its product SomatoKine. During the course of my

8  analysis, I have considered documents and information provided to me as publicly available

9  documents and information. A list of materials I have reviewed is attached as Exhibit 3. Because

10  additional information may become available to me that may affect my analysis, I reserve the

11  right to supplement or to amend my opinions in light of any additional evidence, testimony, or

12  information that may be provided to me after the date of this declaration, or opinions expressed

13  by the Defendants' experts.

14      5.      Based on my analysis, as described more fully below, I have reached the following

15  conclusions:

16      •                            * REDACTED

17                    – CONTAINS CONFIDENTIAL INFORMATION –

18                               REDACTED*

19

20      •   If SomatoKine is granted marketing exclusivity under the Orphan Drug Act and
        plaintiffs prevail at trial, there is no clear provision for transferring that marketing
21        exclusivity to Increlex. Since the benefits from marketing exclusivity will likely
        be future benefits at the time of trial, Tercica is unlikely to recover adequate
22        damages from the loss of marketing exclusivity, and thus will be irreparably
        harmed.

23      •   If an injunction is not granted and Insmed does not obtain marketing exclusivity
        for SomatoKine under the Orphan Drug Act such that both companies are allowed
24        to market, Tercica will be irreparably harmed as a result of competition from
        Insmed, especially if Insmed enters the market first. Head-to-head competition
25        with SomatoKine would result in lower prices and less effective marketing for
        Tercica. Since these factors are difficult to quantify, Tercica may not be able to be
26        fully compensated later with monetary damages.

27

28

## II.    BACKGROUND

6.    I assume the background facts in paragraphs 7 through 13 to be true.

### A.    INSULIN-LIKE GROWTH FACTOR AND SHORT STATURE

7.    Insulin-like growth factor-1 (IGF-1) is a naturally occurring hormone that is necessary for growth.  Cellular production of IGF-1 is regulated by growth hormone (GH).  Growth hormone deficiency leads to inadequate IGF-1 production, which causes short stature in children.  Although growth hormone deficiency can be treated with growth hormone replacement therapy, there are many individuals with short stature who have normal growth hormone levels, but have low levels of IGF-1.  These individuals are said to have IGF-1 deficiency (IGFD) or growth hormone insensitivity syndrome (GHIS), and are candidates for IGF-1 replacement therapy.  IGF-1 is the first new treatment for individuals with short stature in approximately 20 years.

8.    Children with short stature are treated by pediatric endocrinologists.  Since their patients are children and short stature is not a life-threatening condition, pediatric endocrinologists are generally very conservative in their treatment choices.  In particular, pediatric endocrinologists are generally reluctant to switch a patient from one therapy to another.

### B.    TERCICA

9.    Tercica is a biotechnology company that is focused on the development and commercialization of treatments for short stature and other related metabolic disorders.  Tercica is currently developing a product with the trade name Increlex, which is DNA-derived recombinant human insulin growth factor-1 (IGF-1).  In February 2005, Tercica submitted a new drug application to the U.S. Food and Drug Administration (FDA), seeking approval of Increlex for the long-term treatment of children with height and IGF-1 levels three or more standard deviations below average and normal growth hormone levels ("Severe Primary IGFD").  Tercica believes that there are approximately 6,000 children in the U.S. with Severe Primary IGFD.

10.    Tercica is also developing Increlex for the treatment of other indications.  In October 2004 Tercica initiated a Phase IIIb clinical trial for the treatment of "Primary IGFD."  Primary IGFD refers to children with height and IGF-1 levels two or more standard deviations

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1  below average and normal growth hormone levels.  Excluding children with Severe Primary

2  IGFD, Tercica believes there are approximately 24,000 children in the U.S. with Primary IGFD.

3  Tercica plans to initiate another Phase III clinical trial to investigate once-daily dosing of

4  Increlex.

5          **C.**    **INSMED**

6          11.    Insmed is a biotechnology company focused on the development and

7  commercialization of treatments for metabolic diseases and endocrine disorders.  Insmed is

8  currently developing a product with the trade name SomatoKine, which is a binary complex of

9  IGF-1 and an IGF binding protein known as IGFBP-3.  In January 2005 Insmed submitted a new

10  drug application to the FDA for the use of SomatoKine in the treatment of growth hormone

11  insensitivity syndrome (GHIS).  Children with GHIS have short stature and reduced IGF-1 levels

12  despite having normal growth hormone levels.

13          **D.**    **THE ORPHAN DRUG ACT**

14          12.    Under the Orphan Drug Act, the FDA may designate a drug as an "orphan drug" if

15  it is intended to treat a rare disease, generally defined as a disease that affects fewer than 200,000

16  in the U.S.  The company that obtains the first FDA approval for a designated orphan drug

17  receives seven years of marketing exclusivity for the use of that drug for its designated condition.

18          13.    The FDA has informed Tercica that it currently considers IGF-1 and the IGF-

19  1/IGFBP-3 complex to be the same drug for the purposes of granting marketing exclusivity under

20  the Orphan Drug Act.[1]  Thus if the FDA grants approval to SomatoKine before it grants approval

21  to Increlex, SomatoKine would receive seven years of marketing exclusivity for the treatment of

22  GHIS.  If the FDA further determines that Severe Primary IGFD is contained within the

23  definition of GHIS, the FDA would be precluded from granting approval of Increlex for the

24  treatment of Severe Primary IGFD for seven years.

25

26

27

28          [1] Tercica Form 8-K dated 5/18/05.

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

1  III.   ECONOMIC ANALYSIS

2       14.    In this section I analyze the irreparable harm to Tercica if an injunction is not

3  granted.  If an injunction is not granted, I assume that SomatoKine will obtain FDA approval on

4  or before July 3, 2005, and will be commercially launched soon after FDA approval.   If

5  SomatoKine is not granted marketing exclusivity under the Orphan Drug Act, I assume that

6  Increlex will obtain FDA approval in August 2005, and will be launched soon after FDA

7  approval.  If SomatoKine is granted marketing exclusivity, I assume that the earliest Increlex

8  could be approved by the FDA and commercially launched would be after trial in this case.

9  Assuming plaintiffs prevail at trial and an injunction is entered against Insmed, I further assume

10  Increlex will not be on the market until, at the earliest, one and a half to two years from now.

11       A.    HARM TO TERCICA IF SOMATOKINE IS GRANTED MARKETING EXCLUSIVITY

12       15.    Tercica currently has no sources of commercial revenue, and Increlex is the only

13  product Tercica has that is close to commercialization.   * REDACTED *

14

15                            * REDACTED *

16                CONTAINS CONFIDENTIAL INFORMATION

17                            *REDACTED *

18

19

20

21

22  other products.  Even if additional financing were available, it would be more costly.  The

23  increased cost of financing would also increase the dilution of existing shareholders.

24  *REDACTED – CONTAINS CONFIDENTIAL INFORMATION – REDACTED*

25             If Tercica could not continue as a going concern or it were forced to enter Chapter

26  11, Tercica would be irreparably harmed.

27  _____
    [2] Tercica 10-Q for the period ending 3/31/05, p. 18.
28  [3] P&L Modeling Update, p. 5.

HAUSMAN DECLARATION IN SUPPORT OF
PLTFS' M/PRELIMINARY INJUNCTION
CASE NO. C-04-5429 CW

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

16.     If Tercica were able to remain in business, its decreased access to capital would force it to cut back on spending.  One of Tercica's largest categories of spending is research and development, which includes the cost of clinical trials.  Delaying or canceling these clinical trials would reduce Tercica's future profits.  Furthermore, patients would also be harmed, as their access to Increlex would be delayed or precluded.

17.     I understand that if SomatoKine is granted marketing exclusivity under the Orphan Drug Act and Tercica prevails at trial, there may be no guarantee that the FDA will permit provision for transferring that marketing exclusivity to Increlex.   The loss of marketing exclusivity damages Tercica because marketing exclusivity provides protection against competition above and beyond the protection granted by Tercica's exclusive license to Genentech's patents.  As Tercica notes:

> There can be no assurance that our licensed patents will not be successfully circumvented by competitors. In particular, we do not have patent composition coverage on the rhIGF-1 protein alone . . .

18.     Even if it prevails at trial, Tercica will still face the prospect, due to the loss of marketing exclusivity, that other companies will market drugs that compete with Increlex.  Since the extent of this future competition will be unknown at the time of trial, Tercica will be unable to recover monetary damages that compensate it for the loss of marketing exclusivity.

**B.      HARM TO TERCICA IF BOTH SOMATOKINE AND INCRELEX ARE MARKETED**

19.     The FDA has stated that Increlex and SomatoKine are similar drugs.  To the extent that the FDA also determines that the two drugs are targeted for the same medical indications, and both drugs launch, there will be head-to-head competition between Increlex and SomatoKine.  Furthermore, since SomatoKine is likely to launch first, it will have an advantage over Increlex.  Previous economic studies have found that drugs that are launched earlier have a significant sales advantage over later drugs in the same therapeutic class.[4]

---

[4] *See, e.g.*, E. Berndt et al., "The Roles of Marketing, Product Quality, and Price Competition in the Growth and Composition of the U.S. Antiulcer Drug Industry," in *The Economics of New Goods*, T. Bresnahan and R. Gordon, eds., University of Chicago Press, 1997, p. 312 ("[A]s in many other markets, order-of-entry effects are very substantial.  In particular, holding constant price, marketing efforts, and product quality relative to the *n*th product, the (*n*+1)th entrant can expect about forty percent lower sales.")

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

20.     Assuming Tercica prevails on its patent claims, Tercica will be able to recover some of the damages caused by Insmed's infringement.  For example, suppose SomatoKine has been used to provide 2,000 patient-years of therapy at the time of trial and Increlex has been used to provide 1,000 patient-years of therapy.  One measure of Tercica's lost revenue would be to multiply the SomatoKine's 2,000 patient-years by the price of a year of therapy of Increlex. Tercica's lost profits could then be measured by applying Tercica's incremental profit margin to this lost revenue.  However, as I now describe, this method would understate Tercica's true damages.

21.     Head-to-head competition between Increlex and SomatoKine would likely result in lower prices than if Increlex were on the market alone.  A fundamental result in economics is that competition leads to lower prices.[5]  Hence, to continue the example, in the absence of competition Tercica would be able to charge a higher price both on its own 1,000 patient-years and on SomatoKine's 2,000 patient-years.  Since the amount of price erosion is difficult to quantify, it is unlikely that Tercica would be able to recover these damages.  Furthermore, since third-party payers such as health plans typically have substantial bargaining power, it would be difficult for Tercica to increase the price of Increlex if it did succeed in excluding SomatoKine from the market after the trial.  Since this damage would be difficult to quantify, and would relate to future damages, it is unlikely that Tercica would be able to recover this damage at trial.

22.     Tercica would also be harmed because its marketing would be less effective if it faced competition from SomatoKine.  Economists distinguish between two types of marketing: "market-expanding" marketing, which is intended to expand the size of the market, and "rivalrous" marketing, which is intended to take market share from competitors.[6]  If an injunction is granted, Tercica can focus its marketing efforts on market-expanding marketing, which would involve educating physicians about the benefits of IGF-1 replacement therapy.  If an injunction is

[5] For example, a Congressional Budget Office Study of pharmaceutical discounts finds that brand-name drug discounts increase as the number of competitors in the therapeutic class increases ("How Increased Competition from Generic Drugs Has Affected Prices and Returns in the Pharmaceutical Industry," Congressional Budget Office, July 1998, p. 27).

[6] For a discussion of these types of marketing in the pharmaceuticals industry, *see* E. Berndt et al., op. cit., pp. 297-298.

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

not granted, Tercica would also have to engage in rivalrous marketing, which would involve comparing Increlex to SomatoKine.  Furthermore, since SomatoKine would be able to "free ride" on Tercica's market-expanding marketing, Tercica would have less of an incentive to engage in market-expanding marketing if an injunction were not granted, and hence the market would be slower to develop.  Thus if an injunction were granted Tercica may be able to provide a total of 3,500 patient-years of therapy by the time of trial instead of the 3,000 total patient-years of therapy provided in the competitive situation.  The magnitude of this effect would be difficult to quantify, and hence Tercica would be unlikely to recover these damages.

23.     An additional effect of competition would be that Tercica would likely reduce its investment in research and development.  Since competition would reduce both the price Tercica could charge and the number of patients it could treat, the returns to investment in the product would be lower, and hence investment would be cut back.  A reduction in research and development would harm the public interest because it would likely result in fewer patients being treated in the future.

24.     Even if the effects of competition on price and marketing could be quantified, given Insmed's financial position it is possible that Tercica would not be able to collect much of its damages from Insmed.  As of March 31, 2005, Insmed had cash reserves of only $36 million.[7] By way of comparison, Insmed's operating loss in 2004 was $27 million, and Insmed expects to have substantial operating losses for the foreseeable future.[8]  Given that the ramp up in sales of SomatoKine, Insmed's only product, is likely to be relatively slow, it is likely that by the time of the trial Insmed will have few assets.[9]  It is also important to note that since SomatoKine is more expensive to manufacture than Increlex, it is likely Insmed's actual profits from SomatoKine will be less than Tercica's lost profits on Increlex.[10]  Thus it is unlikely that Tercica will be able to recover all of its lost profits from Insmed.

---

[7] Insmed 10-Q for the period ending 3/31/05, p. 3.
[8] Insmed 10-K/A for the year ending 12/31/04, p. 17.
[9] Tercica projects that its Increlex sales will be only $10 million in 2006 (P&L Modeling Update, p. 5).
[10] SomatoKine is more expensive to manufacture than Increlex because Increlex requires only the production of IGF-1, while SomatoKine requires the production of both IGF-1 and IGFBP-3.

1    I declare, under penalty of perjury in accordance with the laws of the United States, that

2    the foregoing is true and correct and that this declaration was completed at ___Cambridge___,

3    ___MA___, on the ___26th___ day of May 2005.

4

5

6                                                        _____

7                                                        Jerry A. Hausman

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HAUSMAN DECLARATION IN SUPPORT OF
PLTFS' M/PRELIMINARY INJUNCTION
CASE NO. C-04-5429 CW

# EXHIBIT
# 1

January 2005

**JERRY A. HAUSMAN**
Massachusetts Institute of Technology
Department of Economics
Building E52-271A
Cambridge  02139
(617) 253-3644

**EDUCATION:**

OXFORD UNIVERSITY
D. Phil. 1973 (Ph.D)
B. Phil. 1972

BROWN UNIVERSITY
A.B. (Summa Cum Laude), 1968

**THESIS:**   "A Theoretical and Empirical Study of Vintage Investment and Production in Great Britain,"
Oxford University, 1973.

**FELLOWSHIPS, HONORS AND AWARDS:**

Phi Beta Kappa
Marshall Scholar at Oxford, 1970-1972
Scholarship at Nuffield College, Oxford, 1971-1972
Fellow, Econometric Society, 1979.
Frisch Medal of the Econometric Society, 1980
Fisher-Schultz Lecture for the Econometric Society, 1982
John Bates Clark Award of the American Economic Association, 1985
Jacob Marschak Lecture for the Econometric Society, 1988
Fellow, National Academy of Social Insurance, 1990
American Academy of Arts and Sciences, 1991.
Fellow, Journal of Econometrics, 1998.
Shann Memorial Lecture for the Australian Economics Society, 2003
Cemmap International Fellow, University College London, 2004

**EMPLOYMENT:**

MASSACHUSETTS INSTITUTE OF TECHNOLOGY
1992-        John and Jennie S. MacDonald Professor
1979-        Professor, Department of Economics
1976-79      Associate Professor, Department of Economics
1973-76      Assistant Professor, Department of Economics
1972-73      Visiting Scholar, Department of Economics

VISITING APPOINTMENTS:
1986-87      Visiting Professor, Harvard Business School
1982-83      Visiting Professor, Harvard University Department of Economics
             Visiting Positions: University of Washington, Brigham Young University, Australian National
             University, Mc Master University, Ecole Normale Supérieure, Oxford University, University of
             Sydney, Wuhan University, Beijing University, University of Western Australia, University
             College London

U.S. ARMY, ANCHORAGE, ALASKA
1968-70      Corps of Engineers

**PROFESSIONAL ACTIVITIES:**

Associate Editor, <u>Bell Journal of Economics</u>, 1974-1983
Associate Editor, <u>Rand Journal of Economics</u>, 1984-1988
Associate Editor, <u>Econometrica</u>, 1978-1987
Reviewer, <u>Mathematical Reviews</u>, 1978-1980
American Editor, <u>Review of Economic Studies</u>, 1979-82
Associate Editor, <u>Journal of Public Economics</u>, 1982-1998
Associate Editor, <u>Journal of Applied Econometrics</u>, 1985-1993
Advisory Editor, <u>Economics Research Network and Social Science Research</u> , 1998-
Advisory Editor, <u>Journal of Sports Economics</u>, 1999-
Member of MIT Center for Energy and Environmental Policy Research, 1973-
Research Associate, National Bureau of Economic Research, 1979-
Member, American Statistical Association Committee on Energy Statistics, 1981-1984
Special Witness (Master) for the Honorable John R. Bartels, U.S. District Court for the Eastern
District of New York in <u>Carter vs. Newsday, Inc.</u>, 1981-82
Member of Governor's Advisory Council (Massachusetts) for Revenue and Taxation,
 1984-1992
Member, Committee on National Statistics, 1985-1990
Member, National Academy of Social Insurance, 1990-
Member, Committee to Revise U.S. Trade Statistics 1990-1992
Director, MIT Telecommunications Economics Research Program, 1988-
Board of Directors, Theseus Institute, France Telecom University, 1988-1995
Member, Conference on Income and Wealth, National Bureau of Economic Research, 1992-
Member, Committee on the Future of Boston, 1998
Member, GAO Expert Panel to advise USDA on Econometric Models of Cattle Prices, 2001-2
Advisor, China Ministry of Information on Telecommunications Regulation, 2002-

**PUBLICATIONS:**

**I. <u>Econometrics</u>**

"Minimum Mean Square Estimators and Robust Regression," <u>Oxford Bulletin of Statistics</u>, April 1974.

"Minimum Distance and Maximum Likelihood Estimation of Structural Models in Econometrics," delivered at the
European Econometric Congress, Grenoble: August 1974.

"Full-Information Instrumental Variable Estimation of Simultaneous Equation Models," <u>Annals of Economic and
Social Measurement</u>, October 1974.

"Estimation and Inference in Nonlinear Structural Models," <u>Annals of Economic and Social Measurement</u>, with E.
Berndt, R.E. Hall, and B.H. Hall, October 1974.

"An Instrumental Variable Approach to Full-Information Estimators in Linear and Certain Nonlinear Econometric
Models," <u>Econometrica</u>, 43, 1975.

"Simultaneous Equations with Errors in Variables," <u>Journal of Econometrics</u> 5, 1977.

"Social Experimentation, Truncated Distributions, and Efficient Estimation," with D. Wise, <u>Econometrica</u>, 45, 1977.

"A Conditional Probit Model for Qualitative Choice," with D. Wise, <u>Econometrica</u>, 46, 1978.

"Specification Tests in Econometrics," <u>Econometrica</u>, 46, 1978.

"Non-Random Missing Data," with A.M. Spence, MIT Working Paper 200, May 1977.

3

"Attrition Bias in Experimental and Panel Data:   The Gary Income Maintenance Experiment," with D. Wise, Econometrica, 47, 1979.

"Missing Data and Self Selection in Large Panels," with Z. Griliches and B.H. Hall Annales de l'INSEE, April 1978.

"Stratification on Endogenous Variables and Estimation," with D. Wise, in The Analysis of Discrete Economic Data, ed. C. Manski and D. McFadden, MIT Press, 1981.

"Les models probit de choix qualitatifs," ("Alternative Conditional Probit Specifications for qualitative Choice.") (English Version), September 1977; EPRI report on discrete choice models, Cahiers du Seminar d'Econometrie, 1980.

"The Econometrics of Labor Supply on Convex Budget Sets," Economic Letters, 1979.

"Panel Data and Unobservable Individual Effects," with W. Taylor, Econometrica 49, 1981.

"Comparing Specification Tests and Classical Tests," with W. Taylor, August 1980, Economic Letters, 1981.

"The Effect of Time on Economic Experiments," invited paper at Fifth World Econometrics Conference, August 1980; in Advances in Econometrics, ed. W. Hildebrand, Cambridge University Press, 1982.

"Sample Design Considerations for the Vermont TOD Use Survey," with John Trimble, Journal of Public Use Data, 9, 1981.

"Identification in Simultaneous Equations Systems with Covariance Restrictions: An Instrumental Variable Interpretation," with W. Taylor, Econometrica, 51, 1983.

"Stochastic Problems in the Simulation of Labor Supply," in Tax Simulation Models, ed. M. Feldstein, University of Chicago Press, 1983.

"The Design and Analysis of Social and Economic Experiments," invited paper for 43rd International Statistical Institute Meeting, 1981; Review of the ISI.

"Specification and Estimation of Simultaneous Equation Models," in Handbook of Econometrics, ed. Z. Griliches and M. Intriligator, vol. 1, 1983.

"Full-Information Estimators," in Kotz-Johnson, Encyclopedia of Statistical Science, vol. 3, 1983

"Instrumental Variable Estimation," in Kotz-Johnson, Encyclopedia of Statistical Science, vol. 4, 1984

"Specification Tests for the Multinomial Logit Model," with D. McFadden, Econometrica, 52, 1984.

"Econometric Models for Count Data with an Application to the Patents R&D Relationship," with Z. Griliches and B. Hall, Econometrica, 52, 1984.

"The Econometrics of Nonlinear Budget Sets," Fisher-Shultz lecture for the Econometric Society, Dublin: 1982; Econometrica, 53, 1985.

"The J-Test as a Hausman Specification Test," with H. Pesaran, Economic Letters, 1983.

"Seasonal Adjustment with Measurement Error Present," with M. Watson, Journal of the American Statistical Association, 1985.

"Efficient Estimation and Identification of Simultaneous Equation Models with Covariance Restrictions," with W. Newey and W. Taylor, Econometrica, 55, 1987.

"Technical Problems in Social Experimentation: Cost Versus Ease of Analysis," with D. Wise, in Social Experimentation, ed. J. Hausman and D. Wise, 1985.

"Errors in Variables in Panel Data," with Z. Griliches, Journal of Econometrics, 1986.

"Specifying and Testing Econometric Models for Rank-Ordered Data," with P. Ruud; Journal of Econometrics, 1987.

"Semiparametric Identification and Estimation of Polynomial Errors in Variables Models," with W. Newey, J. Powell and H. Ichimura, Journal of Econometrics, 1991.

"Flexible Parametric Estimation of Duration and Competing Risk Models," with A. Han, Journal of Applied Econometrics, 1990.

"Consistent Estimation of Nonlinear Errors in Variables Models with Few Measurements," with W. Newey and J. Powell, 1987.

"Optimal Revision and Seasonal Adjustment of Updated Data: Application to Housing Starts," with M. Watson, Journal of the American Statistical Association Proceedings, 1991.

"Seasonal Adjustment of Trade Data," with R. Judson and M. Watson, ed. R. Baldwin, Behind the Numbers:  U.S. Trade in the World Economy, 1992.

"Nonlinear Errors in Variables: Estimation of Some Engel Curves," Jacob Marschak Lecture of the Econometric Society, Canberra 1988, Journal of Econometrics, 65, 1995.

"Nonparametric Estimation of Exact Consumers Surplus and Deadweight Loss," with W. Newey, Econometrica, 63, 1995.

"Misclassification of a Dependent Variable in Qualitative Response Models," with F. Scott-Morton and J. Abrevaya, Journal of Econometrics, 1998.

"Semiparametric Estimation in the Presence of Mismeasured Dependent Variables," with J. Abrevaya, Annales D'Economie et de Statistique, 55-56, 1999.

"A New Specification Test for the Validity of Instrumental Variables," with J. Hahn, Econometrica, 70, 2002.

"Microeconometrics", Journal of Econometrics, 2000.

"Instrumental Variables Estimation for Dynamic Panel Models with Fixed Effects", with J. Hahn and G. Kuersteiner, mimeo May 2001.

"Mismeasured Variables in Econometric Analysis: Problems from the Right and Problems from the Left", Journal of Economic Perspectives, 2001.

"Estimation with Weak Instruments: Accuracy of Higher Order Bias and MSE Approximations", with J. Hahn and G. Kuersteiner, mimeo 2002, Econometrics Journal 2004.

"Notes on Bias in Estimators for Simultaneous Equation Models", with J. Hahn, Economic Letters, 2002

5

"Triangular Structural Model Specification and Estimation with Application to Causality", Journal of Econometrics, 2003

"Weak Instruments: Diagnosis and Cures in Empirical Econometrics", with J. Hahn, American Economic Review, 2003.

"Instrumental Variable Estimation with Valid and Invalid Instruments", with J. Hahn, August 2003

"Difference in Difference Meets Generalized Least Squares: Higher Order Properties of Hypotheses Tests", with G. Kuersteiner, mimeo May 2003

"Response Error in a Transformation Model: Estimation of Wage Equations," with Jason Abrevaya, mimeo. revised 2003, Econometrics Journal 2004

"Asymptotic Properties of the Hahn-Hausman Test for Weak Instruments", with J. Stock and M. Yogo, mimeo, January 2004.

"Many Weak Instruments and Microeconometric Practice," with C. Hansen and W. Newey, September 2004.

"A Semi-Parametric Duration Model with Heterogeneity that Does Not Need to be Estimated," with T. Woutersen, Nov 2004.


II.  **Public Finance and Regulation**

"The Evaluation of Results from Truncated Samples," with D. Wise, Annals of Economic and Social Measurement, April 1976.

"Discontinuous Budget Constraints and Estimation: The Demand for Housing," with D. Wise, Review of Economic Studies, 1980.

"The Effect of Taxation on Labor Supply: Evaluating the Gary Negative Income Tax Experiment," with G. Burtless, Journal of Political Economy, 1978.

"AFDC Participation -- Permanent or Transitory?," in Papers from the European Econometrics Meetings, ed. E. Charatsis, North Holland:  1981.

"The Effect of Wages, Taxes, and Fixed Costs on Women's Labor Force Participation," Journal of Public Economics, October 1980.

"The Effect of Taxes on Labor Supply," in How Taxes Affect Economic Behavior, ed. H. Aaron and J. Pechman, Brookings: 1981.

"Income and Payroll Tax Policy and Labor Supply," in The Supply Side Effects of Economic Policy, ed. G. Burtless, St. Louis:  1981.

"Individual Retirement Decisions Under an Employer-Provided Pension Plan and Social Security," with G. Burtless, Journal of Public Economics, 1982.

"Individual Retirement and Savings Decisions," with P. Diamond, Journal of Public Economics, 1984.

"Retirement and Unemployment Behavior of Older Men," in H. Aaron and G. Burtless, Retirement and Economic Behavior, Brookings: 1984.

"Tax Policy and Unemployment Insurance Effects on Labor Supply," in Removing Obstacles to Economic Growth, ed. M. Wachter, 1984.

6

"Family Labor Supply with Taxes," with P. Ruud, <u>American Economic Review</u>, 1984.

"Social Security, Health Status and Retirement," with D. Wise, in <u>Pensions, Labor, and Individual Choice</u>, ed. D. Wise, 1985.

"The Effect of Taxes on Labor Supply," in <u>Handbook on Public Economics</u>, ed. A. Auerbach and M. Feldstein, 1985.

"Choice Under Uncertainty: The Decision to Apply for Disability Insurance," with J. Halpern, <u>Journal of Public Economics</u>, 1986.

"Household Behavior and the Tax Reform Act of 1986," with J. Poterba, <u>Journal of Economic Perspectives</u>, 1987, also published in French in <u>Annales D'Economie et de Statistique</u>, 1988.

"Involuntary Early Retirement and Consumption," with L. Paquette, ed. G. Burtless, <u>Economics of Health and Aging</u>, 1987.

"Income Taxation and Social Insurance in China," in <u>Sino-U.S. Scholars on Hot Issues in China's Economy</u>, 1990.

"On Contingent Valuation Measurement of Nonuse Values," with P. Diamond, in <u>Contingent Valuation: A Critical Appraisal</u>, ed. J. Hausman, 1993.

"Does Contingent Valuation Measure Preferences?  Experimental Evidence," with P. Diamond, G. Leonard, M. Denning, in <u>Contingent Valuation: A Critical Appraisal</u>, ed. J. Hausman, 1993.

"Contingent Valuation: Is Some Number Better than No Number?"  with P. Diamond, December 1993, <u>Journal of Economic Perspectives</u>, 8, 1994.

"A Utility-Consistent Combined Discrete Choice and Count Data Model: Assessing Recreational Use Losses Due to Natural Resource Damage," with G. Leonard and D. McFadden, <u>Journal of Public Economics</u>, 56, 1995.

"Contingent Valuation Measurement of Nonuse Values," with P. Diamond, ed. R.B. Stewart, <u>Natural Resource Damages:  A Legal, Economic, and Policy Analysis</u>, 1995.

"A Cost of Regulation: Delay in the Introduction of New Telecommunications Services," with T. Tardiff, 1995, ed. A. Dumort and J. Dryden, <u>The Economics of the Information Society</u>, 1997.

"Valuation and the Effect of Regulation on New Services in Telecommunications," <u>Brookings Papers on Economic Activity:  Microeconomics</u>, 1997.

"Taxation By Telecommunications Regulation," <u>Tax Policy and the Economy</u>, 12, 1998.

"Taxation by Telecommunications Regulation: The Economics of the E-Rate", <u>AEI Press</u>, 1998.

"Economic Welfare and Telecommunications Welfare: The E-Rate Policy for Universal Service Subsidies," with H. Shelanski, <u>Yale Journal on Regulation</u>, 16, 1999.

"Efficiency Effects on the U.S. Economy from Wireless Taxation", <u>National Tax Journal</u>, 2000.

"Residential Demand for Broadband Telecommunications and Consumer Access to Unaffiliated Internet Content Providers", with H. Sider and J.G. Sidak, <u>Yale Journal on Regulation</u>, 18, 2001.

"Regulating the U.S. Railroads: The Effects of Sunk Costs and Asymmetric Risk," with S. Myers, <u>Journal of Regulatory Economics</u>, 2002.

"Regulated Costs and Prices in Telecommunications," in G. Madden ed. <u>International Handbook of Telecommunications</u>, 2003.

"Will New Regulation Derail the Railroads?," Competitive Enterprise Institute, October 2001

"Sources of Bias and Solutions to Bias in the CPI", NBER Discussion paper 9298, Oct. 2002, <u>Journal of Economic Perspectives</u>, 2003.

CPI Bias from Supercenters: Does the BLS Know that Wal-Mart Exists?, with E. Leibtag, presented at conference on Index Numbers, Vancouver, June 2004, NBER Discussion Paper w10712, August 2004.

"Did Mandatory Unbundling Achieve Its Purpose? Empirical Evidence from Five Countries," with G. Sidak, forthcoming <u>Journal of Competitive Law and Economics</u>, 2005.


### III.  <u>Applied Micro Models</u>

"Project Independence Report: A Review of U.S. Energy Needs up to 1985," <u>Bell Journal of Economics</u>, Autumn 1975.

"Individual Discount Rates and the Purchase and Utilization of Energy Using Durables," <u>Bell Journal of Economics</u>, Spring 1979.

"Voluntary Participation in the Arizona Time of Day Electricity Experiment," with D. Aigner, in EPRI Report, <u>Modeling and Analysis of Electricity Demand by Time of Day</u>, 1979; <u>Bell Journal of Economics</u>, 1980.

"A Two-level Electricity Demand Model: Evaluation of the Connecticut Time-of-Day Pricing Test," in EPRI Report, <u>Modeling and Analysis of Electricity Demand by Time of Day</u>, 1979; <u>Journal of Econometrics</u>, 1979.

"Assessing the Potential Demand for Electric Cars," with S. Beggs and S. Cardell, <u>Journal of Econometrics</u>, 1981.

"Assessment and Validation of Energy Models," in <u>Validation and Assessment of Energy Models</u>, ed. S. Gass, Washington: Department of Commerce, 1981.

"Exact Consumer Surplus and Deadweight Loss," <u>American Economic Review</u>, 71, 1981.

"Appliance Purchase and Usage Adaptation to a Permanent Time of Day Electricity Rate Schedule," with J. Trimble, <u>Journal of Econometrics</u>, 1984.

"Evaluating the Costs and Benefits of Appliance Efficiency Standards," with P. Joskow, <u>American Economic Review</u>, 72, 1982.

"Information Costs, Competition and Collective Ratemaking in the Motor Carrier Industry," <u>American University Law Review</u>, 1983.

"An Overview of IFFS," in <u>Intermediate Future Forecasting System</u>, ed. S. Gass et al., Washington: 1983.

"Choice of Conservation Actions in the AHS," in <u>Energy Simulation Models</u>, ed. R. Crow, 1983.

"Patents and R&D: Searching for a Lag Structure," with B. Hall and Z. Griliches, in <u>Actes du Colloque Econometrie de la Recherce</u>, Paris: 1983.

"The Demand for Optional Local Measured Telephone Service," in H. Trebing ed., <u>Adjusting to Regulatory, Pricing and Marketing Realities</u>, East Lansing: 1983.

"Patents and R&D: Is There a Lag?," with B. Hall and Z. Griliches, 1985; <u>International Economic Review</u>, 1986.

"Price Discrimination and Patent Policy," with J. MacKie-Mason, <u>Rand Journal of Economics</u>, 1988.

"Residential End-Use Load Shape Estimation from Whole-House Metered Data," with I. Schick, P. Vsoro, and M. Ruane, <u>IEEE Transactions on Power Systems</u>, 1988.

"Competition in Telecommunications for Large Users in New York," with H. Ware and T. Tardiff, <u>Telecommunications in a Competitive Environment</u>, 1989.

"Innovation and International Trade Policy," with J. MacKie-Mason, <u>Oxford Review of Economic Policy</u>, 1988.

"The Evolution of the Central Office Switch Industry," with W. E. Kohlberg, in ed. S. Bradley and J. Hausman, <u>Future Competition in Telecommunications</u>, 1989.

"Future Competition in Telecommunications," 1987; ed. S. Bradley and J. Hausman, <u>Future Competition in Telecommunications</u>, 1989.

"Joint Ventures, Strategic Alliances and Collaboration in Telecommunications," <u>Regulation</u>, 1991.

"An Ordered Probit Model of Intra-day Securities Trading," with A. Lo and C. MacKinlay, <u>Journal of Financial Economics</u>, 1992.

"A Proposed Method for Analyzing Competition Among Differentiated Products," with G. Leonard and J.D. Zona, <u>Antitrust Law Journal</u>, 60, 1992.

"Global Competition and Telecommunications," in Bradley, <u>et al.</u>, ed., <u>Globalization, Technology and Competition</u>, 1993.

"The Bell Operating Companies and AT&T Venture Abroad and British Telecom and Others Come to the US," in Bradley, <u>et al.</u>, ed., <u>Globalization, Technology and Competition</u>, 1993.

"The Effects of the Breakup of AT&T on Telephone Penetration in the US," with T. Tardiff and A. Belinfante, <u>American Economic Review</u>, 1993.

"Competitive Analysis with Differentiated Products," with G. Leonard and D. Zona, <u>Annales, D'Economie et de Statistique</u>, 34, 1994.

"Proliferation of Networks in Telecommunications," ed. D. Alexander and W. Sichel, <u>Networks, Infrastructure, and the New Task for Regulation</u>, University of Michigan Press, 1996.

"Valuation of New Goods Under Perfect and Imperfect Competition," ed. T. Bresnahan and R. Gordon, <u>The Economics of New Goods</u>, University of Chicago Press, 1997.

"Competition in Long Distance and Equipment Markets: Effects of the MFJ," <u>Journal of Managerial and Decision Economics</u>, 1995.

"State Regulation of Cellular Prices," <u>Wireless Communications Forum</u>, Volume III, April 1995.

"Efficient Local Exchange Competition," with T. Tardiff, <u>Antitrust Bulletin</u>, 1995.

"Superstars in the National Basketball Association: Economic Value and Policy," with G. Leonard, <u>Journal of Labor Economics</u>, 15, 4, 1997.

"Valuation of New Services in Telecommunications," with T. Tardiff, <u>The Economics of the Information Society</u>, ed. A. Dumort and J. Dryden, Office for Official Publications of the European Communities, Luxemborg, 1997.

"Market Definition Under Price Discrimination," with G. Leonard and C. Vellturo, <u>Antitrust Law Journal</u>, Vol. 64, 1996.

"Characteristics of Demand for Pharmaceutical Products: An Examination of Four Cephalosporins," with S. Fisher

Ellison, I. Cockburn and Z. Griliches, Rand Journal of Economics, 28, 3, 1997.

"Telecommunications:  Building the Infrastructure for Value Creation," S. Bradley and R. Nolan, eds. Sense and Respond, 1998.

"Achieving Competition: Antitrust Policy and Consumer Welfare," with G. Leonard, World Economic Affairs, Vol. 1, No. 2, 1997.

"The CPI Commission and New Goods," The American Economic Review, May 1997.

"Economic Analysis of Differentiated Products Mergers Using Real World Data," with G. Leonard, George Mason Law Review, 5, 3, 1997.

"Cellular Telephone, New Products and the CPI," Journal of Business and Economics Statistics, 1999.

"Regulation by TSLRIC: Economic Effects on Investment and Innovation," Multimedia Und Recht, 1999; also in J.G. Sidak, C. Engel, and G. Knieps eds., Competition and Regulation in Telecommunications, Boston: Kluwer Academic Publishers, 2000.

"Efficiencies from the Consumer Viewpoint," with G. Leonard, George Mason Law Review, 7, 3, 1999.

"The Effect of Sunk Costs in Telecommunication Regulation," in J. Alleman and E. Noam, eds, The New Investment Theory of Real Options and its Implications for Telecommunications Economics, 1999.

"A Consumer-Welfare Approach to the Mandatory Unbundling of Telecommunications Networks," with J. Gregory Sidak, Yale Law Journal, 1999.

"Competition in U.S. Telecommunications Services Four Years After the 1996 Act, with R. Crandall, in S. Peltzman and C. Winston, eds., Deregulation of Network Industries, 2000.

"Cable Modems and DSL: Broadband Internet Access for Residential Customers," with J. Gregory Sidak, and Hal J. Singer, American Economic Review, 91, 2001

"The Competitive Effects of a New Product Introduction: A Case Study," with G. Leonard, Journal of Industrial Economics, 50, 2002.

"Mobile Telephone," in M. Cave et. al. eds,  Handbook of Telecommunications Economics, North Holland, 2002.

"Lessons from United States Telecommunications Policy for the New Millenium," with R. Crandall, mimeo May 2001

"Competition and Regulation for Internet-related Services", in Korea Institute for Industrial Economics and Trade, Industrial Competitiveness and Competition Policy in the Era of Telecommunication Convergence. 2001. (also translated into Korean in a book)

"From 2G to 3G: Wireless Competition for Internet-Related Services," presented at Brookings Conference, October 2001, R. Crandall and J. Alleman ed., Broadband, Brookings, 2002.

"Competition and Regulation for Internet-related Services: Results of Asymmetric Regulation", presented at Columbia Univ. conference, October 2001, R. Crandall and J. Alleman ed., Broadband, Brookings, 2002

"Does Bell Company Entry into Long-Distance Telecommunications Benefit Consumers?," with G. Leonard and J.G. Sidak, Antitrust Law Journal, 70, 2002.

"On Exclusive Membership in Competing Joint Ventures," with G. Leonard and J. Tirole, Rand Journal of Economics, 2003.

10

"Why do the Poor and the Less-Educated Pay More for Long-Distance Calls?," with J.G. Sidak, <u>Topics in Economics Analysis and Policy</u> 2004.

"Estimation of Patent Licensing Value Using a Flexible Demand Specification", with G. Leonard, mimeo Dec. 2002.

"Cellular, 3G, Broadband and WiFi", Shann Memorial Lecture, University of Western Australia, March 2003, published in R. Cooper R and G. Madden  (eds.) (2004) <u>Frontiers of Broadband, Electronic and Mobile Commerce,</u> Physica-Verlag.

"Using Merger Simulation Models: Testing the Underlying Assumptions," with G. Leonard, mimeo March 2004

"Competitive Analysis Using a Flexible Demand Specification," with G. Leonard, forthcoming <u>Journal of Competitive Law and Economics,</u> 2005.

"Consumer Benefits from Increased Competition in Shopping Outlets: Measuring the Effect of Wal-Mart," with E. Leibtag, presented at EC2 conference, Marseille, Dec. 2004.

11

**JOINT REPORTS, TESTIMONY, AND BOOKS:**

"Project Independence: An Economic Analysis," Technology Review, May 1974.

"The FEA's Project Independence Report:  Testimony before Joint Economic Committee," U.S. Congress, March 18, 1975.

"The FEA's Project Independence Report:  An Analytical Assessment and Evaluation," NSF Report, June 1975.

"Energy Demand in the ERDA Plan," with D. Wood, Energy Laboratory Report, August 1975.

"A Note on Computational Simplifications and Extensions of the Conditional Probit Model," EPRI report on choice models, September 1977.

"Labor Supply Response of Males to a Negative Income Tax," Testimony for U.S. Senate Finance Subcommittee on Public Assistance, November 22, 1978.

"Appliance Choice with Time of Day Pricing," Energy Laboratory Report, January 1980.

"Discrete Choice Models with Uncertain Attributes," Oak Ridge National Laboratories Report, January 1980.

"Individual Savings Behavior," with P. Diamond, Report to the National Commission on Social Security, May 1980.

"Wealth Accumulation and Retirement," with P. Diamond, Report to the Department of Labor, May 1982.

"A Review of IFFS," Report to the Energy Information Agency, February 1982.

"A Model of Heating System and Appliance Choice," with J. Berkovec and J. Rust, Report to the Department of Energy, December 1983.

"Labor Force Behavior of Older Men After Involuntary Job Loss," with L. Paquette, Report to Department of Health and Human Services, December 1985.

"Pollution and Work Days Lost," with D. Wise and B. Ostrow, NBER Working Paper, January 1984; Revised 1985.

"Demand for Interstate Long Distance Telephone Service," with A. Jafee and T. Tardiff, November 1985.

"Competition in the Information Market 1990", August 1990.

"The Welfare Cost to the US Economy of Regulatory Restriction in Telecommunications," January 1995.

"Benefits and Costs of Vertical Integration of Basic and Enhanced Telecommunications Services," April 1995.

"Statement on the Natural Resource Damage Provisions of CERCLA," Testimony before the U.S. Senate Committee on Environment and Public Works, May 11, 1995; Testimony before the U.S. House of Representatives, Transportation & Infrastructure Committee, Water Resources & Environment Subcommittee, July 11, 1995.

"Competition in Cellular Markets," Testimony before the U.S. House of Representatives, Committee on Commerce, October 12, 1995.

"Merger Policy in Declining Demand Industries," Testimony before the U.S. Federal Trade Commission, November 14, 1995.

"Expected Results from Early Auctions of Television Spectrum," Testimony before the U.S. Senate Budget Committee and the U.S. House of Representatives, Committee on Commerce, March 13, 1996.

"Declaration and testimony to the Australian Consumer and Competition Commission (ACCC) regarding Cellular Telephone Competition," Feb. 2000

"Estimation of Benchmark Interconnection Rates for China," with Xinzhu Zhang, report to China Minister of
 Information, June 2003.

Declaration and testimony to the New Zealand Commerce Commission (NZCC) regarding unbundling of the local
loop, November 2003.

The Choice and Utilization of Energy Using Durables, ed. J. Hausman, Palo Alto: EPRI, 1981.

Social Experimentation, ed. J. Hausman and D. Wise, Chicago: 1985.

Future Competition in Telecommunications, ed. S. Bradley and J. Hausman, Harvard: 1989.

Contingent Valuation:  A Critical Appraisal, ed. J. Hausman, North Holland, 1993.

Globalization, Technology and Competition, ed. S. Bradley, J. Hausman, R. Nolan, Harvard: 1993.

Economic Impact of Deregulating U.S. Communications Industries, The WEFA Group, Burlington, MA, February
 1995.

# EXHIBIT
# 2

**Trial and Deposition Testimony of Jerry A. Hausman**
June 2001 through May 2005

1.  Henry Lee Pickett, et al. v. IBP, et al., 1998, 2000, 2003, 2004

2.  In Re:  Kansas Microsoft Litigation, In Re:  Microsoft Antitrust Litigation (Maine), Gordon v. Microsoft (Minnesota), Fish v. Microsoft (Michigan) 2000, 2002, 2004

3.  MLMC v. Airtouch, et al., Wilmington, Delaware, 2001

4.  VLT, Inc. and Vicor Corporation v. Lucent and Tyco Electronics Power Systems, Inc., Boston, Massachusetts, 2001

5.  The Chamberlain Group v. Interlogix, Boston, Massachusetts, 2002

6.  Worldwide Basketball et al. v. NCAA, Cincinnati, OH, 2002

7.  Entergy-Koch Trading v. Hess Energy Trading Company, Texas, 2002

8.  Biovail Pharmaceuticals, Inc. v. Eli Lilly and Company, North Carolina, 2002

9.  E-Speed Inc., et al. v. NYME, New York, NY, 2002

10. Hartman, et al. v. Microsoft, Miami, FL, 2002

11. In Re: New Mexico Indirect Purchasers Microsoft Corporation Antitrust Litigation, Albuquerque, NM, 2002.

12. In Re: Methionine Antitrust Litigation, San Francisco, CA, 2002, 2003

13. VIA Technologies, Inc. et al. v. Intel Corporation, Austin, TX, 2003

14. PSINet Consulting Solutions Holdings, Inc. v. PSINet Inc., *et al.*, and PSINet Liquidating L.L.C., New York City, 2003, 2004

15. U.S. v. First Data, Washington, 2003.

16. Freedom Wireless v. Boston Communications Group, Boston, 2003, 2005

17. Massachusetts Eye and Ear Infirmary v. Novartis Ophthalmics, Boston, 2004

18. U.S. v. Oracle Corporation, San Francisco, 2004

19. U.S. Philips Corporation v. Princo Corporation and Princo America Corporation, New York, 2004

20. Plasma Physics Corporation v. Analog Devices Incorporated and Analog Devices Semiconductor;  Plasma Physics Corporation v.STMicroelectronics, Inc. and STMicroelectronics (RB) Inc, New York, 2004

21. Medtronic MiniMed, Inc. v. Smiths Medical MD, Inc., Wilmington, Delaware, 2005

22. G-P Gypsum Corporation v. BPB America Inc. and BPB Manufacturing, Inc., Wilmington, Delaware, 2005

23. RTC v. Millenium Partners, New York, 2005.

# EXHIBIT
# 3

**Documents Reviewed**

Tercica and Genentech's Second Amended Complaint
Tercica Form 10-K for the year ending 12/31/04
Tercica Form 10-Q for the period ending 3/31/05
Tercica Form 8-K for the period ending 5/18/05
Tercica P&L Modeling Update 4/26/05
Insmed Form 10-K/A for the year ending 12/31/04
Insmed Form 10-Q for the period ending 3/31/05
U.S. Patent No. 6,331,414 B1
U.S. Patent No. 5,187,151
U.S. Patent No. 5,258,287
Z. Laron and B. Klinger (1994), "Laron Syndrome: Clinical Features, Molecular
Pathology and Treatment," Hormone Research 42, 198-202.
M. Savage et al. (2004), "Therapeutic Applications of the Insulin-Like Growth Factors,"
Growth Hormone & IGF Research 14, 301-308.
E. Berndt et al. (1997), "The Roles of Marketing, Product Quality, and Price Competition
in the Growth and Composition of the U.S. Antiulcer Drug Industry," in *The Economics
of New Goods*, T. Bresnahan and R. Gordon, eds., University of Chicago Press.
"How Increased Competition from Generic Drugs Has Affected Prices and Returns in the
Pharmaceutical Industry," Congressional Budget Office, July 1998.