UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENENTECH, INC., *et al.*,

        Plaintiffs,

    v.

INSMED INCORPORATION, *et al.*,

        Defendants.
_____/

No. C-04-5429 CW (EMC)

**ORDER RE HEARING ON PLAINTIFFS' MOTION TO SHORTEN TIME RE DEFENDANTS' MOTION FOR PROTECTIVE ORDER (Docket No. 100)**

    Plaintiffs have asked the Court to hear Defendants' motion for protective order on shortened time. The Court hereby orders Defendants to file a response to the request for shortened time by June 6, 2005, at 5:00 p.m. The parties shall appear before the Court for a hearing on the request for shortened time on June 8, 2005, at 10:30 a.m. The parties should be prepared to discuss not only the motion to shorten time but also (1) the merits of Defendants' motion for protective order should the Court grant the motion to shorten time and (2) a discovery plan.

    IT IS SO ORDERED.

Dated: June 3, 2005

                                    /s/
                          EDWARD M. CHEN
                          United States Magistrate Judge