UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENENTECH, INC., *et al.*,

    Plaintiffs,

v.

INSMED INCORPORATION, *et al.*,

    Defendants.
    _____/

No. C-04-5429 CW (EMC)

**ORDER RE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR LEAVE TO AMEND PRELIMINARY INFRINGEMENT CONTENTIONS**

    The parties have stipulated to an amended briefing schedule for Plaintiffs' motion for leave to amend preliminary infringement contentions. *See* Docket No. 197. The Court hereby adopts the amended briefing schedule proposed by the parties with the following modifications:

    1. Defendants' opposition to the motion shall be filed by October 12, 2005, **at 10:00 a.m.** If Defendants are filing any papers under seal, then they shall deliver **directly to chambers** a courtesy copy of the papers filed under seal.

    2. Plaintiffs' reply shall be filed by October 19, 2005, **at 10:00 a.m.** If Plaintiffs are filing any papers under seal, then they shall deliver **directly to chambers** a courtesy copy of the papers filed under seal.

    IT IS SO ORDERED.

Dated: October 6, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge