1  MCDERMOTT WILL & EMERY LLP
   WILLIAM G. GAEDE, III (136184)
2  wgaede@mwe.com
   ANDREW A. KUMAMOTO (178541)
3  akumamoto@mwe.com
   DAVID L. LARSON (112342)
4  dlarson@mwe.com
   3150 Porter Drive
5  Palo Alto, CA 94304-1212
   Telephone:     (650) 813-5000
6  Facsimile:     (650) 813-5100

7  *Attorneys for Tercica, Inc.*

8  HELLER EHRMAN LLP
   M. PATRICIA THAYER (90818)
9  patricia.thayer@hellerehrman.com
   ETHAN C. GLASS (216159)
10 ethan.glass@hellerehrman.com
   333 Bush Street
11 San Francisco, CA  94104-2878
   Telephone:     (415) 772-6794
12 Facsimile:     (415) 772-6268

13 *Attorneys for Genentech, Inc*

14                UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                      OAKLAND DIVISION

17

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia Corporation, and CELTRIX PHARMACEUTICALS, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.  C-04-5429 CW (EMC)<br>AND ORDER<br>**JOINT STIPULATION TO RESCHEDULE HEARING ON DEFENDANTS' MOTION TO COMPEL**<br><br>Hearing date: November 2, 2005<br>Time:          10:30 a.m.<br>Location:    Courtroom C, 15th Floor<br>Before:       Honorable Edward M. Chen |

MPK 98633-2.073241.0011

**JOINT STIPULATION TO RESCHEDULE HEARING ON DEFENDANTS' MOTION TO COMPEL CASE NO. C-04-5429 CW (EMC)**

Pursuant to Civil L.R. 6-1 and 7-7, Plaintiffs GENENTECH, INC. and TERCICA, INC., and Defendants INSMED INCORPORATED and CELTRIX PHARMACEUTICALS, INC., through their respective counsel of record, submit this Joint Stipulation To Reschedule Hearing On Defendants' Motion to Compel ("Joint Stipulation") from the originally-scheduled date of November 2, 2005, to the new date of November 16, 2005. This Joint Stipulation is based upon the following:

1. On September 28, 2005, Defendants filed a Motion to Compel against Plaintiffs for the production of documents from third-party Sydney South West Area Health Services ("SSWAHS").

2. Counsel for Genentech was informed on October 5, 2005, that SSWAHS had located and would shortly be providing documents. Counsel for Genentech informed Defendants' counsel that documents from SSWAHS would be forthcoming.

3. Because the forthcoming production of documents from SSWAHS may moot or narrow the issues raised by Defendants' pending motion, the parties agreed to seek a short extension of time for the hearing.

4. Based on discussions with this Court's deputy clerk the next date available on this Court's calendar is November 16, 2005.

THEREFORE, the parties, through their respective counsel of record, hereby stipulate to the following:

1. The hearing on Defendants' Motion to Compel, originally scheduled for November 2, 2005, is now rescheduled to November 16, 2005. at 2:30 p.m.

2. Should Defendants decide to proceed with the Motion to Compel after review of the documents produced by SSWAHS, Plaintiffs' Opposition to Defendants' Motion to Compel will be due on October 26, 2005, and Defendants' Reply will be due on November 2, 2005.

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

MPK 98633-2.073241.0011        1        **JOINT STIPULATION TO RESCHEDULE HEARING ON DEFENDANTS' MOTION TO COMPEL** CASE NO. C-04-5429 CW (EMC)

| | |
|---|---|
| Dated: October 7, 2005 | Respectfully submitted, |
| | MCDERMOTT WILL & EMERY LLP |

By: _____/s/ William G. Gaede, III_____
William G. Gaede III

*Attorneys for Plaintiff, Tercica, Inc.*

HELLER EHRMAN LLP

By: _____/s/ M. Patricia Thayer_____
M. Patricia Thayer

*Attorneys for Plaintiff, Genentech, Inc.*

FOLEY & LARDNER LLP

By: _____/s/ Larry L. Shatzer_____
Larry L. Shatzer

*Attorneys for Defendants, Insmed, Inc. and Celtrix Pharmaceuticals, Inc.*

-oOo-

**IT IS SO ORDERED.**

DATED: October 7, 2005

_____
HONORABLE EDWARD M. CHEN
Magistrate Judge of the U.S. District Court

MPK 98633-2.073241.0011

**2**

JOINT STIPULATION TO RESCHEDULE HEARING ON DEFENDANTS' MOTION TO COMPEL CASE NO. C-04-5429 CW (EMC)