**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
1530 PAGE MILL ROAD
PALO ALTO, CA 94304
TELEPHONE: (650) 251-1114
FAX: (650) 856-3710

DAVID B. MOYER, BAR NO. 197739
dmoyer@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
3000 K ST., N.W.
WASHINGTON, DC 20007
TELEPHONE: 202.672.5300
FACSIMILE: 202.672.5399

LARRY L. SHATZER, *PRO HAC VICE*
lshatzer@foley.com
GEORGE C. BEST, *PRO HAC VICE*
gbest@foley.com
LIANE M. PETERSON, *PRO HAC VICE*
lpeterson@foley.com

ATTORNEYS FOR DEFENDANTS, INSMED INCORPORATED AND CELTRIX PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia Corporation, and CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation.<br><br>Defendants.<br><br><u>AND RELATED COUNTERCLAIMS</u> | Case No. C-04-5429-CW (EMC)<br><br>**STIPULATION GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND PRELIMINARY INFRINGEMENT CONTENTIONS AND [PROPOSED] ORDER**<br><br>Date: November 2, 2005<br>Time:  3:00 p.m.<br>Location:  Courtroom C<br>            15th Floor<br><br>The Honorable Edward M. Chen |

WHEREAS, Plaintiffs Genentech, Inc. and Tercica, Inc. filed on September 19, 2005 a Motion for Leave to Amend Preliminary Infringement Contentions Pursuant to Patent Local Rule 3-7.

WHEREAS, upon receipt of the motion Defendants requested that Plaintiffs provide a copy of their proposed amendments and Plaintiffs did so;

WHEREAS, a copy of Plaintiffs' Amended Disclosure of Asserted Claims and Preliminary Infringement Contentions (Patent L.R. 3-1) is attached hereto;

WHEREAS, Defendants do not object to the amendments to Plaintiffs' Preliminary Infringement Contentions disclosed in the attached, but reserve the right to amend their invalidity contentions pursuant to Patent Local Rule 3-3 as appropriate in light of these amendments;

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that

(1)  As good cause exists pursuant to Patent Local Rule 3-7, Plaintiffs are granted leave to amend their Disclosure of Asserted Claims and Preliminary Infringement Contentions to the extent set forth in the attached document.

(2)  Good cause exists pursuant to Patent Local Rule 3-7 for Defendants to amend their Preliminary Invalidity Contentions to state their invalidity contentions only for and limited to Plaintiffs' newly asserted infringement contentions for claims 6, 9 and 20 of U.S. Patent No. 5,258,287.  Defendants shall serve any such amendment within thirty (30) days of the date of this Order.

(3)  The briefing schedule and November 2, 2005, hearing on Plaintiffs' Motion for Leave to Amend are vacated.

Dated: October 11, 2005         McDERMOTT WILL & EMERY LLP
                                By:_____/s/_____
                                     WILLIAM G. GAEDE III
                                     Attorney for Plaintiff
                                     TERCICA, INC.

Dated: October 11, 2005         HELLER EHRMAN WHITE & MCAULIFFE LLP
                                By:_____/s/_____
                                     M. PATRICIA THAYER
                                     Attorney for Plaintiff
                                     GENENTECH, INC.

Dated: October 11, 2005         FOLEY & LARDNER LLP
                                By:_____/s/_____
                                     DAVID B. MOYER
                                     Attorney for Defendants
                                     INSMED, INC. AND CELTRIX
                                     PHARMACEUTICALS, INC.

STIPULATION GRANTING LEAVE TO AMEND
PRELIMINARY INFRINGEMENT CONTENTIONS
[PROPOSED ORDER]
CASE NO. C-04-5429-CW (EMC)

Concurrence in the filing of this document has been obtained from William G. Gaede III and M. Patricia Thayer, the signatories listed above.

Dated: October 11, 2005

By: _____/s/_____
DAVID B. MOYER
Attorney for Defendants
INSMED, INC. AND CELTRIX PHARMACEUTICALS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: __October 12, 2005__

_____
Hon. Edward M. Chen
United States Magistrate Judge