1  MCDERMOTT WILL & EMERY LLP
   WILLIAM G. GAEDE, III (136184)
2  wgaede@mwe.com
   ANDREW A. KUMAMOTO (178541)
3  akumamoto@mwe.com
   DAVID L. LARSON (112342)
4  dlarson@mwe.com
   3150 Porter Drive
5  Palo Alto, CA 94304-1212
   Telephone:    (650) 813-5000
6  Facsimile:    (650) 813-5100

7  *Attorneys for Tercica, Inc.*

8  HELLER EHRMAN LLP
   M. PATRICIA THAYER (90818)
9  patrica.thayer@hewm.com
   ETHAN C. GLASS (216159)
10 ethan.glass@hewm.com
   333 Bush Street
11 San Francisco, CA  94104-2878
   Telephone:    (415) 772-6000
12 Facsimile:    (415) 772-6268

13 *Attorneys for Genentech, Inc*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia Corporation, and CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.  C-04-5429 CW (EMC)<br><br>**STIPULATION AND ORDER TO FILE THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND FOR DECLARATORY JUDGMENT OF PATENT INFRINGEMENT** |

MPK 98869-1.073241.0011

STIPULATION TO FILE
THIRD AMENDED COMPLAINT
CASE NO. C-04-5429 CW (EMC)

1   IT IS HEREBY STIPULATED, by and between the parties hereto, through their
2 respective counsel, that Plaintiffs may file the attached Third Amended Complaint For Patent
3 Infringement and For Declaratory Judgment of Patent Infringement.

4   IT IS FURTHER STIPULATED, by and between the parties hereto, through their
5 respective counsel, that service of Insmed Therapeutic Proteins has been accepted by counsel for
6 Defendants and that Insmed Therapeutic Proteins shall be deemed served upon the filing of this
7 Stipulation.

8   IT IS FURTHER STIPULATED that, pursuant to Fed. Civ. R. Proc. 15(a), Defendants'
9 Response to Plaintiffs' Third Amended Complaint shall be filed no later than 10 days from the
10 date of service of the Court's order granting leave to amend.

11 Dated: October 12, 2005                MCDERMOTT WILL & EMERY LLP

13                                        By:   */s/ William G. Gaede, III*
14                                                William G. Gaede, III

15                                        *Attorneys for Tercica, Inc.*

16 Dated: October 12, 2005                HELLER EHRMAN LLP

18                                        By:   */s/ M. Patricia Thayer*
19                                                M. Patricia Thayer

20                                        *Attorneys for Genentech, Inc.*

21 Dated: October 12, 2005                FOLEY & LARDNER LLP

23                                        By:   */s/ Larry L. Shatzer*
24                                                Larry L. Shatzer

25                                        *Attorneys for Insmed Incorporated and*
                                          *Celtrix Pharmacuticals, Inc.*

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

MPK 98869-1.073241.0011               1

**STIPULATION TO FILE**
**THIRD AMENDED COMPLAINT**
**CASE NO. C-04-5429 CW (EMC)**

1  **IT IS SO ORDERED.**

2

3

4  Dated: 10/13/05          By: _____
                                 HONORABLE CLAUDIA WILKEN
5                                United States District Court Judge

*[Seal: IT IS SO ORDERED / Judge Claudia Wilken / United States District Court Northern District of California]*

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

MPK 98869-1.073241.0011

2

ORDER GRANTING STIPULATION TO FILE
THIRD AMENDED COMPLAINT
CASE NO. C-04-5429 CW (EMC)