MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
DAVID L. LARSON (112342)
dlarson@mwe.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:   (650) 813-5000
Facsimile:   (650) 813-5100

*Attorneys for Tercica, Inc.*

HELLER EHRMAN LLP
M. PATRICIA THAYER (90818)
patricia.thayer@hellerehrman.com
ETHAN C. GLASS (216159)
ethan.glass@hellerehrman.com
333 Bush Street
San Francisco, CA  94104-2878
Telephone:   (415) 772-6794
Facsimile:   (415) 772-6268

*Attorneys for Genentech, Inc*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation,<br><br>                    Plaintiffs,<br><br>         v.<br><br>INSMED INCORPORATED, a Virginia Corporation, and CELTRIX PHARMACEUTICALS, INC.,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.  C-04-5429 CW (EMC)<br><br>[P̶R̶O̶P̶O̶S̶E̶D̶] **STIPULATED ORDER REGARDING PLAINTIFFS' MOTION TO PRECLUDE SECTION 102(g) PRIOR ART FOR FAILURE TO COMPLY WITH PATENT LOCAL RULES 3-3 AND 3-4** |

1   WHEREAS, defendants served, on or about July 11, 2005, their Preliminary Invalidity
2   Contentions (PIC) pursuant to Patent Local Rules 3-3 and 3-4;

3   WHEREAS, defendants included in their PIC references to certain alleged prior art and
4   stated:

5   "To the extent that Plaintiffs attempt to claim an earlier priority date for the
6   asserted claims of the '151 patent, the experimental data in the [January 1991]
7   Maack and Sommer abstracts listed above may also qualify as anticipating
8   prior art to the '151 patent under 35 U.S.C. §102(g).";

9   WHEREAS, on August 5, 2005, Plaintiffs filed a Motion To Preclude Section 102(g)
10  Prior Art for Failure to Comply With Patent Local Rules 3-3 and 3-4;

11  WHEREAS, the Court on September 21, 2005, heard arguments on plaintiffs' subsequent
12  motion to preclude the alleged prior art under 102(g), and ordered defendants to produce evidence
13  in their possession, if any, supporting the defense by October 3, 2005; and

14  WHEREAS, defendants on October 3, 2005, provided to plaintiffs' counsel the letter
15  attached as Exhibit A stating, among other things, that "Defendants have determined that the
16  evidence they have found is insufficient to assert a defense under 35 U.S.C. § 102(g) as to the
17  '151 patent."

18  **IT IS HEREBY ORDERED** that the following paragraph is stricken from Defendants'
19  July 11, 2005, Preliminary Invalidity Contentions:

20  "Plaintiffs, in their Disclosure of Asserted Claims and Preliminary
21  Infringement Contentions (Patent L.R. 3-1), indicate that the priority date of
22  the asserted claims of the '151 patent is February 12, 1991. To the extent that
23  Plaintiffs attempt to claim an earlier priority date for the asserted claims of the
24  '151 patent, the experimental data in the Maack and Sommer abstracts listed
25  above may also qualify as anticipating prior art to the '151 patent under 35
26  U.S.C. § 102(g). Accordingly, should Plaintiffs modify their current position,
27  Insmed and Celtrix reserve the right to modify their contentions to the extent
28  such modification is appropriate in light of any additional information gained

through ongoing investigations or through discovery, including discovery of third parties."

DATED: _____

HONORABLE EDWARD M. CHEN
Magistrate Judge of the U.S. District Court

APPROVED AS TO FORM AND CONTENT:

DATED: 12 Oct. 2005

MCDERMOTT WILL & EMERY LLP

By: *William G. Gaede by [signature]*
William G. Gaede, III

*Attorneys for Tercica, Inc.*

DATED: Oct. 12, 2005

HELLER EHRMAN LLP

By: *[signature]*
M. Patricia Thayer

*Attorneys for Genentech, Inc.*

DATED: _____

FOLEY & LARDNER

By: _____
Larry L. Shatzer

*Attorneys for Insmed Incorporated and Celtrix Pharmaceuticals, Inc.*

through ongoing investigations or through discovery, including discovery of third parties."

DATED: October 14, 2005

_____
HONORABLE EDWARD M. CHEN
Magistrate Judge of the U.S. District Court

APPROVED AS TO FORM AND CONTENT:

DATED: _____

MCDERMOTT WILL & EMERY LLP

By: _____
William G. Gaede, III

*Attorneys for Tercica, Inc.*

DATED: _____

HELLER EHRMAN LLP

By: _____
M. Patricia Thayer

*Attorneys for Genentech, Inc.*

DATED: 10/11/05

FOLEY & LARDNER

By: _____
Larry L. Shatzer

*Attorneys for Insmed Incorporated and Celtrix Pharmaceuticals, Inc.*