**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
1530 PAGE MILL ROAD
PALO ALTO, CA 94304
TELEPHONE: (650) 251-1114
FAX: (650) 856-3710

DAVID B. MOYER, BAR NO. 197739
dmoyer@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
3000 K ST., N.W.
WASHINGTON, DC 20007
TELEPHONE: 202.672.5300
FACSIMILE: 202.672.5399

LARRY L. SHATZER, *PRO HAC VICE*
lshatzer@foley.com
GEORGE C. BEST, *PRO HAC VICE*
gbest@foley.com
LIANE M. PETERSON, *PRO HAC VICE*
lpeterson@foley.com

ATTORNEYS FOR DEFENDANTS, INSMED INCORPORATED, CELTRIX PHARMACEUTICALS, INC. AND INSMED THERAPEUTIC PROTEINS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia Corporation, and CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation; INSMED THERAPEUTIC PROTEINS, INC., a Colorado Corporation.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-04-5429-CW (EMC)<br><br>**STIPULATION GRANTING DEFENDANTS LEAVE TO AMEND PRELIMINARY INVALIDITY CONTENTIONS AND [PROPOSED] ORDER** |

WHEREAS, based upon a proposed claim construction of Plaintiffs set forth in the Joint Claim Construction Statement filed with the Court on October 14, 2005 (Dkt. No. 212), Defendants wish to amend their Preliminary Invalidity Contentions;

1  WHEREAS, a copy of Defendants' First Amended Preliminary Invalidity Contentions is
2  attached hereto;
3  WHEREAS, Plaintiffs do not object to the amendments to Defendants' Preliminary
4  Invalidity Contentions disclosed in the attached;
5  IT IS HEREBY STIPULATED, by and between the parties hereto, through their
6  respective counsel, that
7  As good cause exists pursuant to Patent Local Rule 3-7, Defendants are granted leave to
8  amend their Preliminary Invalidity Contentions to the extent set forth in the attached document.

9  Dated: October 24, 2005                    McDERMOTT WILL & EMERY LLP

11                                            By:_____/s/_____
                                              WILLIAM G. GAEDE III
12                                            Attorney for Plaintiff
                                              TERCICA, INC.

14  Dated: October 24, 2005                   HELLER EHRMAN WHITE & McAULIFFE LLP

16                                            By:_____/s/_____
                                              M. PATRICIA THAYER
17                                            Attorney for Plaintiff
                                              GENENTECH, INC.

19  Dated: October 24, 2005                   By:_____/s/_____
                                              DAVID B. MOYER
20                                            Attorney for Defendants
                                              INSMED, INC., CELTRIX
21                                            PHARMACEUTICALS, INC. and
                                              INSMED THERAPEUTIC PROTEINS, INC.

23  Concurrence in the filing of this document has been obtained from the signatories above.

25  PURSUANT TO STIPULATION, IT IS SO ORDERED.

26  Dated: __10/25/05_____                   /s/ CLAUDIA WILKEN
27                                            HON. CLAUDIA WILKEN
                                              United States District Court Judge
28                                            STIPULATION GRANTING LEAVE
                                              TO AMEND PRELIMINARY INVALIDITY
                                              CONTENTIONS; [PROPOSED ORDER]
                                              Case No. C-04-5429-CW (EMC)