**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
1530 PAGE MILL ROAD
PALO ALTO, CA 94304
TELEPHONE: (650) 251-1114
FAX: (650) 856-3710

DAVID B. MOYER, BAR NO. 197739
dmoyer@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
3000 K ST., N.W.
WASHINGTON, DC 20007
TELEPHONE: 202.672.5300
FACSIMILE: 202.672.5399

LARRY L. SHATZER, *PRO HAC VICE*
lshatzer@foley.com
GEORGE C. BEST, *PRO HAC VICE*
gbest@foley.com
LIANE M. PETERSON, *PRO HAC VICE*
lpeterson@foley.com

ATTORNEYS FOR DEFENDANTS, INSMED INCORPORATED AND CELTRIX PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia Corporation, and CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-04-5429-CW (EMC)<br><br>**STIPULATION CONTINUING HEARING ON DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS; [PROPOSED] ORDER**<br><br>Date: December 21, 2005<br>Time:  10:30 a.m.<br>Location:  Courtroom C<br>   15th Floor<br><br>The Honorable Edward M. Chen |

WHEREAS, Defendants and Counterclaimants Insmed Incorporated and Celtrix Pharmaceuticals, Inc. filed on September 28, 2005 a Motion to Compel seeking the production of all documents responsive to Defendants' Second Request for Production of Documents or Patent Local Rule 3-2(b) that are held by Sydney South West Area Health Service ("SSWAHS"),

1  WHEREAS, at the hearing on Defendants' motion which was held on November 22,
2  2005, the Court directed Plaintiffs to continue their efforts to obtain responsive documents from
3  SSWAHS, and continued the hearing on Defendants' motion until December 21, 2005 at 10:30
4  a.m.;

5  WHEREAS, on December 16, 2005, Dr. Robert Baxter testified that laboratory
6  notebooks and correspondence relating to his and Janet Martin's work related to U.S. Patent No.
7  5,258,287 remained in his possession in Australia when he left the employment of Royal Prince
8  Alfred Hospital (the predecessor of SSWAHS); that he had previously copied and provided to
9  Plaintiffs' counsel for production such documents and had brought additional documents with
10 him to the December 16, 2005 deposition; and that he did not know whether Royal Prince Alfred
11 Hospital had additional documents, but that he did not leave behind at Royal Prince Alfred
12 Hospital copies of any of the documents relating to his work;

13 WHEREAS, on December 16, 2005, Plaintiffs' counsel forwarded a Declaration from
14 Janelle Whalan, SSWAHS's Area Director of Corporate Services, which includes a description
15 of SSWAHS's efforts to locate responsive documents and represents that some additional
16 documents have been discovered in addition to those previously forwarded to Plaintiffs' counsel
17 and are being forwarded to Plaintiffs' counsel, although it is not known whether such documents
18 are relevant or responsive to Defendants' requests;

19 WHEREAS, counsel for the parties have not yet had an opportunity to review the
20 additional documents discovered by SSWAHS to determine if they are relevant and responsive,
21 and as such, to otherwise determine whether the issues presented in Defendants' motion to
22 compel have been fully resolved;

23 WHEREAS, the parties expect to be able to complete their review and determination by
24 January 11, 2006; and

25 WHEREAS, the parties are informed that the first available hearing date after January 11,
26 2006 is January 18, 2006 at 10:30 a.m.;

27 IT IS HEREBY STIPULATED, by and between the parties hereto, through their

28

1  respective counsel, that the continued hearing on Defendants' motion scheduled for December
2  21, 2005 at 10:30 a.m. should further be continued until January 18, 2006 at 10:30 a.m.

3  DATED: DECEMBER 20, 2005                FOLEY & LARDNER LLP

5                                          BY _____/s/_____
                                               DAVID B. MOYER
6                                              ATTORNEYS FOR DEFENDANTS AND
                                               COUNTERCLAIMANTS INSMED
7                                              INCORPORATED AND CELTRIX
                                               PHARMACEUTICALS, INC.

8  DATED: DECEMBER 20, 2005                HELLER EHRMAN WHITE & MCAULIFFE
9                                          LLP

11                                         BY _____/s/_____
                                               ETHAN C. GLASS
12                                             ATTORNEYS FOR PLAINTIFF
                                               GENENTECH, INC.

14 DATED: DECEMBER 20, 2005                MCDERMOTT WILL & EMERY LLP

17                                         BY _____/s/_____
                                               DAVID L. LARSON
18                                             ATTORNEYS FOR PLAINTIFF
                                               TERCICA, INC.

20     Concurrence in the filing of this document has been obtained from Ethan C. Glass and
21 David L. Larson, the signatories listed above.

22 DATED: DECEMBER 20, 2005                FOLEY & LARDNER LLP

24                                         BY _____/s/_____
                                               DAVID B. MOYER
25                                             ATTORNEYS FOR DEFENDANTS AND
                                               COUNTERCLAIMANTS INSMED
26                                             INCORPORATED AND CELTRIX
                                               PHARMACEUTICALS, INC.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

2  DATED:  December 20, 2005

3

4  _____
   HON. EDWARD M. CHEN
   UNITED STATES MAGISTRATE JUDGE