UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>INSMED INCORPORATED, et al.,<br><br>       Defendants.<br>_____/ | No. C04-5429 CW (EMC)<br><br>**ORDER DENYING DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THE MOTION TO COMPEL DOCUMENTS FOR IN CAMERA REVIEW**<br><br>(Docket no. 262) |

Pursuant to Civil Local Rule 79-5, Defendants moved the Court to issue an order authorizing the sealing of their Motion to Compel Documents for In Camera Review and for Production, the Supporting Declaration of Larry L. Shatzer, and the exhibits thereto, as containing information designated by Plaintiff Genentech as confidential.  Plaintiff did not file a declaration establishing that the designated information is sealable within the five-day period prescribed by Local Rule 79-5(d).  Therefore, Defendants' request for a sealing order is DENIED.  The proposed filings will be made part of the public record.  As this case is designated for the Court's Electronic Case File program, the documents must be filed electronically on the Court's ECF website.

Defendants shall electronically file their Motion to Compel and the supporting Shatzer declaration with exhibits.  Defendants' Motion shall be deemed filed as of the date that it was submitted with the request for the sealing order, namely, January 4, 2006.

IT IS SO ORDERED.

Dated:   January 17, 2006

                                                                _____<br>
                                                                EDWARD M. CHEN<br>
                                                                United States Magistrate Judge