| | |
|---|---|
| 1 | MCDERMOTT WILL & EMERY LLP<br>WILLIAM G. GAEDE, III (136184) |
| 2 | wgaede@mwe.com<br>ANDREW A. KUMAMOTO (178541) |
| 3 | akumamoto@mwe.com<br>DAVID L. LARSON (112342) |
| 4 | dlarson@mwe.com<br>3150 Porter Drive |
| 5 | Palo Alto, CA 94304-1212<br>Telephone:    (650) 813-5000 |
| 6 | Facsimile:    (650) 813-5100 |
| 7 | *Attorneys for Tercica, Inc.* |
| 8 | HELLER EHRMAN LLP<br>M. PATRICIA THAYER (90818) |
| 9 | patricia.thayer@hellerehrman.com<br>ETHAN C. GLASS (216159) |
| 10 | ethan.glass@hellerehrman.com<br>333 Bush Street |
| 11 | San Francisco, CA  94104-2878<br>Telephone:    (415) 772-6794 |
| 12 | Facsimile:    (415) 772-6268 |
| 13 | *Attorneys for Genentech, Inc.* |

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia Corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation, and INSMED THERAPEUTIC PROTEINS, a Colorado Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. C-04-5429 CW (EMC)<br><br>**DECLARATION OF CORA L. SCHMID IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' SUPPLEMENTAL REBUTTAL EXPERT REPORT OF CHRISTOPHER A. MAACK, PH.D. ON CLAIM CONSTRUCTION AND NON-INFRINGEMENT** |

MPK 105188-1.073241.0011

SCHMID DECL. RE PLTFS' M/STRIKE
SUPPLEMENTAL MAACK REPORT
CASE NO. C-04-5429 CW (EMC)

I, Cora Schmid, declare as follows:

1. I am an associate with McDermott Will & Emery LLP, counsel for Tercica, Inc., in the above-captioned matter. I have knowledge of the following, and if called as a witness, could and would testify competently to the contents herein.

2. On March 3, 2006 I downloaded and installed the ImageQuant TL software necessary to view the scanned files Plaintiffs provided Defendants on February 17, 2006.

3. It took me approximately two hours to download the ImageQuant TL software, install the software, and use the software to view and to create graphical representations of signal intensity along selected lines in the blot images contained in the files..

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this declaration was completed at Palo Alto, California this 7th day of March, 2006.

_____
Cora L. Schmid

MPK 105188-1.073241.0011

1

SCHMID DECL. RE PLTFS' M/STRIKE
SUPPLEMENTAL MAACK REPORT
CASE NO. C-04-5429 CW (EMC)