1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8    GENENTECH, INC., *et al.*,                    No. C-04-5429 CW (EMC)

9              Plaintiffs,

10         v.                               **ORDER REQUIRING JOINT LETTER
                                            RE: PLAINTIFFS' MOTION TO**
11   INSMED INCORPORATION, *et al.*,        **STRIKE**

12             Defendants.                  **(Docket No. 311)**
     _____/
13

14

15         Plaintiffs have filed a Motion to Strike Defendants' March 1, 2006 Supplemental Rebuttal

16   Expert Report (docket no. 311) and have asked the Court to hear the motion on shortened time

17   (docket no. 313).  The Court hereby orders that the parties shall further meet and confer and shall

18   file, by 4 p.m.., March 10, 2006, a joint statement outlining any outstanding issues regarding the

19   Supplemental Rebuttal Report.  For each remaining dispute, the parties should provide brief

20   statements in support of their respective positions, including citation to any applicable legal

21   authority.  The joint letter shall address Defendants' reasons for the late submission of the

22   supplemental rebuttal report and the risk of prejudice to Plaintiffs.

23         The parties may use the attached template for their joint letter.  Genentech shall

24   electronically file the joint letter, with a request to file under seal, if necessary, and shall fax a

25   ///

26   ///

27   ///

28   ///

**United States District Court**
For the Northern District of California

*courtesy copy* of the joint letter to chambers at (415) 522-4200 by the specified time.  Upon

submission of the joint letter, the Court will determine the necessity of setting a hearing on the

matter.

            IT IS SO ORDERED.


Dated:  March 8, 2006

                                                    _____
                                                    EDWARD M. CHEN
                                                    United States Magistrate Judge

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1  [Date]

2

3  <u>VIA [METHOD]</u>[1]

4  Honorable Edward M. Chen
   United States Magistrate Judge
5  U.S. District Court
   450 Golden Gate Avenue
6  San Francisco, CA 94102

7          Re: [Case number and case name]

8  Dear Judge Chen:

9          The parties have met and conferred regarding several discovery disputes.  The meet and
10 confer took place on [date], with the participation of [Plaintiff's attorney], representing Plaintiff, and
   [Defendant's attorney], representing Defendant.  The meet and confer was in person and lasted
11 approximately [minutes or hours].

                    **I.    RESOLVED DISCOVERY DISPUTES**
12

13         The parties reached agreement on several discovery disputes.  Those agreements are as
   follows:

14         [Description of Agreement No. 1.]

15         [Description of Agreement No. 2.]

16         [Description of Agreement No. 3, etc.]

17                 **II.    REMAINING DISCOVERY DISPUTES**

18         The parties were not able to reach agreement on the remaining discovery disputes.  Those
   remaining disputes and the parties' respective positions are provided below.  Copies of the relevant
19 discovery requests and responses are attached as Exhibits [numbers].[2]

20 A.    [Dispute No. 1]

21         1.    [Position of Party Seeking Discovery][3]

22         2.    [Position of Party Opposing Discovery]

23 _____

24         [1] Note for Counsel: The Court may request a courtesy copy of the joint letter to be faxed to
   chambers.  If so, counsel should still file a copy of the joint letter with the Clerk of the Court.  The letter
25 faxed to chambers is a courtesy copy only.  *As a general matter, parties may not fax any papers to the
   Court without prior leave of the Court.*

26         [2] Note for Counsel: Unnecessary exhibits should not be attached.

27         [3] Note for Counsel: Each party's position should be stated succinctly (*e.g.*, in one paragraph).
   The purpose of the joint letter is to inform the Court of the essence of the dispute in lieu of full briefing.
28 The Court may order full briefing and/or a hearing if necessary.

B.      [Dispute No. 2]

       1.      [Position of Party Seeking Discovery]

       2.      [Position of Party Opposing Discovery]

C.      [Dispute No. 3]

       1.      [Position of Party Seeking Discovery]

       2.      [Position of Party Opposing Discovery]

D.      [Dispute No. 4, etc.]

       1.      [Position of Party Seeking Discovery]

       2.      [Position of Party Opposing Discovery]

Sincerely,


[Plaintiff's counsel]                                        [Defendant's counsel]
Attorney for Plaintiff                                     Attorney for Defendant

United States District Court

For the Northern District of California