MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
DAVID L. LARSON (112342)
dlarson@mwe.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:    (650) 813-5000
Facsimile:    (650) 813-5100

*Attorneys for Tercica, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia Corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation, and INSMED THERAPEUTIC PROTEINS, a Colorado Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. C-04-5429 CW (EMC)<br><br>[~~PROPOSED~~] ORDER GRANTING TERCICA, INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' SUPPLEMENTAL REBUTTAL EXPERT REPORT OF CHRISTOPHER A. MAACK, PH.D. ON CLAIM CONSTRUCTION AND NON-INFRINGEMENT AND EXHIBITS TO THE DECLARATION OF WILLIAM G. GAEDE, III IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE AND IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION TO STRIKE<br><br>Honorable Edward M. Chen |

Tercica's request to file under seal Plaintiffs' Motion To Strike Defendants' March 1, 2006, Supplemental Rebuttal Expert Report of Christopher A. Maack, Ph.D. on Claim Construction and Non-Infringement ("Plaintiffs' Motion To Strike") and Exhibits 2 – 4 and 7 – 13 to the Declaration of William G. Gaede, III in Support of Plaintiffs' Motion To Strike Defendants' March 1, 2006, Supplemental Rebuttal Expert Report of Christopher A. Maack, Ph.D. on Claim Construction and Non-Infringement and in Support of Plaintiffs' Motion for

MPK 105233-1.073241.0011

ORDER GRANTING PLAINTIFFS'
ADMIN. REQ. TO FILE UNDER SEAL
CASE NO. C-04-5429 CW (EMC)

Order Shortening Time for Hearing on Plaintiffs' Motion To Strike ("Gaede Declaration") came before this Court. The Court having considered this request and the papers submitted in support of this request, the Plaintiffs having filed an appropriate public version of Plaintiffs' Motion To Strike and of the Gaede Declaration, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion To Strike Defendants' March 1, 2006, Supplemental Rebuttal Expert Report of Christopher A. Maack, Ph.D. on Claim Construction and Non-Infringement and Exhibits 2 – 4 and 7 – 13 to the Gaede Declaration filed in support of Plaintiffs' Motion to Strike and in Support of Plaintiffs' Motion for Order Shortening Time for Hearing on Plaintiffs' Motion To Strike shall be filed under seal.

**IT IS SO ORDERED.**

Dated: March 14, 2006



HONORABLE CHEN
Magistrate Judge / District Court

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen