**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>INSMED INCORPORATION, *et al.*,<br><br>　　　　　Defendants.<br>_____/ | No. C-04-5429 CW (EMC)<br><br>**ORDER GRANTING PLAINTIFFS' ATTORNEYS' FEES AND COSTS ON PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' MARCH 1, 2006 SUPPLEMENTAL REBUTTAL EXPERT REPORT** |

　　　　Having received the Declarations of William Gaede and Ethan Glass regarding fees and costs pursuant to the Court's March 13, 2006 Order Denying Plaintiffs' Motion to Strike the Supplemental Rebuttal Expert Report of Christopher A. Maack, and taking into account billing adjustments for inefficiencies and multiplicity of counsel working on the matter, the Court awards fees and costs as follows:

　　　　1)　　Defendants shall pay to Tercica, Inc., through their respective counsel, the amount of $ 2,000;

///
///
///
///
///
///
///

2) Defendants shall pay to Genentech, Inc., through their respective counsel, the amount of $ 7,500.

Defendants shall make payment within ten (10) days of the date of this Order.

IT IS SO ORDERED.

Dated: March 27, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

2