MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
DAVID L. LARSON (112342)
dlarson@mwe.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:     (650) 813-5000
Facsimile:      (650) 813-5100

*Attorneys for Tercica, Inc.*

HELLER EHRMAN LLP
M. PATRICIA THAYER (90818)
patricia.thayer@hellerehrman.com
ETHAN C. GLASS (216159)
ethan.glass@hellerehrman.com
333 Bush Street
San Francisco, CA 94104-2878
Telephone:     (415) 772-6794
Facsimile:      (415) 772-6268

*Attorneys for Genentech, Inc*

FOLEY & LARDNER LLP
LARRY L. SHATZER, *Pro Hac Vice*
lshatzer@foley.com
GEORGE C. BEST, *Pro Hac Vice*
gbest@foley.com
3000 K Street, N.W.
Washington, DC 20007
Telephone:     (202) 672-5300
Facsimile:      (202) 672-5399

*Attorneys for Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins*

MPK 105309-2.073241.0011

STIPULATION RE EXPERT DEPOSITIONS
CASE NO. C-04-5429 CW (EMC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia Corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation, and INSMED THERAPEUTIC PROTEINS, a Colorado Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. C-04-5429 CW (EMC)<br><br>STIPULATION TO DEPOSE EXPERTS JERRY HAUSMAN, ALLYN STRICKLAND AND LORI MONTGOMERY AFTER EXPERT DISCOVERY CLOSES AND [PROPOSED] ORDER |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiffs GENENTECH, INC. and TERCICA, INC., and Defendants INSMED INCORPORATED, CELTRIX PHARMACEUTICALS, INC., and INSMED THERAPEUTIC PROTEINS (collectively, the "parties") hereby submit this stipulated request for an Order to depose experts Jerry Hausman, Allyn Strickland and Lori Montgomery after the expert discovery period set forth in the Case Management Schedule.

WHEREAS, pursuant to the Case Management Schedule (attached hereto as Exhibit A), expert discovery is scheduled to be completed on March 24, 2006;

WHEREAS, due to scheduling conflicts, it would be unduly disruptive and burdensome to conduct some of the depositions before that date;

WHEREAS, deposing certain of the experts after March 24 will not affect *Markman* or dispositive motions scheduled this March and April;

WHEREAS, deposing those experts after March 24 will not alter other dates scheduled by the Court; and

WHEREAS, the parties believe that it is unnecessary to extend the expert discovery period as to all expert depositions, and that expert discovery, with the exceptions stated herein, shall close on March 24, 2006 pursuant to the Case Management Schedule.

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that experts Jerry Hausman, Allyn Strickland and Lori Montgomery may be deposed after expert discovery closes on March 24, 2006, at times and places mutually agreeable to the parties, prior to April 5, 2006.

Dated: 3/24/06

MCDERMOTT WILL & EMERY LLP

By: /s/ 
William G. Gaede, III
*Attorneys for Tercica, Inc.*

HELLER EHRMAN LLP

Dated: 3/24/06

By: M. Patricia Thayer /amb
M. Patricia Thayer
*Attorneys for Genentech, Inc.*

FOLEY & LARDNER LLP

Dated: 7/24/06

By: /s/
Larry L. Shatzer
*Attorneys for Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins, Inc.*

-oOo-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____

_____
HONORABLE CLAUDIA WILKEN
United States District Court Judge