1  MCDERMOTT WILL & EMERY LLP
   WILLIAM G. GAEDE, III (136184)
2  wgaede@mwe.com
   ANDREW A. KUMAMOTO (178541)
3  akumamoto@mwe.com
   DAVID L. LARSON (112342)
4  dlarson@mwe.com
   3150 Porter Drive
5  Palo Alto, CA 94304-1212
   Telephone:   (650) 813-5000
6  Facsimile:   (650) 813-5100

7  *Attorneys for Tercica, Inc.*

8  HELLER EHRMAN LLP
   M. PATRICIA THAYER (90818)
9  patricia.thayer@hellerehrman.com
   ETHAN C. GLASS (216159)
10 ethan.glass@hellerehrman.com
   333 Bush Street
11 San Francisco, CA  94104-2878
   Telephone:   (415) 772-6794
12 Facsimile:   (415) 772-6268

13 *Attorneys for Genentech, Inc*

14 FOLEY & LARDNER LLP
   LARRY L. SHATZER, *Pro Hac Vice*
15 lshatzer@foley.com
   GEORGE C. BEST, *Pro Hac Vice*
16 gbest@foley.com
17 3000 K Street, N.W.
   Washington, DC 20007
18 Telephone:   (202) 672-5300
   Facsimile:   (202) 672-5399
19

20 *Attorneys for Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins*

21

22

23

24

25

26

27

28

MPK 105309-2.073241.0011

**STIPULATION RE EXPERT DEPOSITIONS**
**CASE NO. C-04-5429 CW (EMC)**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia Corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation, and INSMED THERAPEUTIC PROTEINS, a Colorado Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. C-04-5429 CW (EMC)<br><br>**STIPULATION TO DEPOSE EXPERTS JERRY HAUSMAN, ALLYN STRICKLAND AND LORI MONTGOMERY AFTER EXPERT DISCOVERY CLOSES AND ORDER** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiffs GENENTECH, INC. and TERCICA, INC., and Defendants INSMED INCORPORATED, CELTRIX PHARMACEUTICALS, INC., and INSMED THERAPEUTIC PROTEINS (collectively, the "parties") hereby submit this stipulated request for an Order to depose experts Jerry Hausman, Allyn Strickland and Lori Montgomery after the expert discovery period set forth in the Case Management Schedule.

WHEREAS, pursuant to the Case Management Schedule (attached hereto as Exhibit A), expert discovery is scheduled to be completed on March 24, 2006;

WHEREAS, due to scheduling conflicts, it would be unduly disruptive and burdensome to conduct some of the depositions before that date;

WHEREAS, deposing certain of the experts after March 24 will not affect *Markman* or dispositive motions scheduled this March and April;

WHEREAS, deposing those experts after March 24 will not alter other dates scheduled by the Court; and

WHEREAS, the parties believe that it is unnecessary to extend the expert discovery period as to all expert depositions, and that expert discovery, with the exceptions stated herein, shall close on March 24, 2006 pursuant to the Case Management Schedule.

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that experts Jerry Hausman, Allyn Strickland and Lori Montgomery may be deposed after expert discovery closes on March 24, 2006, at times and places mutually agreeable to the parties, prior to April 5, 2006.

MCDERMOTT WILL & EMERY LLP

Dated: _____   By: _____
William G. Gaede, III
*Attorneys for Tercica, Inc.*

HELLER EHRMAN LLP

Dated: _____   By: _____
M. Patricia Thayer
*Attorneys for Genentech, Inc.*

FOLEY & LARDNER LLP

Dated: _____   By: _____
Larry L. Shatzer
*Attorneys for Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins, Inc.*

-oOo-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3/28/06                                        /s/ CLAUDIA WILKEN

DATED: _____                HONORABLE CLAUDIA WILKEN
United States District Court Judge

MPK 105309-2.073241.0011    **2**    **STIPULATION RE EXPERT DEPOSITIONS**
**CASE NO. C-04-5429 CW (EMC)**