United States District Court

For the Northern District of California

1
2
3
4                    IN THE UNITED STATES DISTRICT COURT
5                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7    GENENTECH, INC., et. al,                    No. C 04-5429 CW
8            Plaintiffs,
                                                 ORDER REGARDING
9        v.                                      PLAINTIFF
                                                 GENENTECH'S
10   INSMED INCORPORATED, et. al,                OBJECTION TO
                                                 MAGISTRATE
11           Defendants.                         JUDGE'S ORDER
12   _____/
13
14       On March 23, 2006, Plaintiff Genentech, Inc. filed an
15   objection to Magistrate Judge Chen's March 9, 2006 order,
16   requiring it to produce a redacted version of a privileged
17   memorandum.  Defendants are hereby ordered to file an opposition to
18   Plaintiff's objection by April 17, 2006.  Plaintiff may file a
19   reply no later than April 24, 2006.
20
21       IT IS SO ORDERED.
22
23   Dated: 4/6/06
24                                        _____
25                                        CLAUDIA WILKEN
                                          United States District Judge
26
27
28