```
 1  MCDERMOTT WILL & EMERY LLP
    WILLIAM G. GAEDE, III (136184)
 2  wgaede@mwe.com
    ANDREW A. KUMAMOTO (178541)
 3  akumamoto@mwe.com
    DAVID L. LARSON (112342)
 4  dlarson@mwe.com
    3150 Porter Drive
 5  Palo Alto, CA 94304-1212
    Telephone:    (650) 813-5000
 6  Facsimile:    (650) 813-5100

 7  Attorneys for Tercica, Inc.

 8  HELLER EHRMAN LLP
    M. PATRICIA THAYER (90818)
 9  patricia.thayer@hellerehrman.com
    ETHAN C. GLASS (216159)
10  ethan.glass@hellerehrman.com
    333 Bush Street
11  San Francisco, CA 94104-2878
    Telephone:    (415) 772-6794
12  Facsimile:    (415) 772-6268

13  Attorneys for Genentech, Inc.

14  FOLEY & LARDNER LLP
    DOUGLAS H. CARSTEN (198467)
15  dcarsten@foley.com
    11250 El Camino Real, Suite 200
16  San Diego, CA 92130
    Telephone:    (858) 847-6721
17  Facsimile:    (858) 792-6773

18
    Attorneys for Insmed Incorporated, Celtrix
19  Pharmaceuticals, Inc., and Insmed Therapeutic Proteins
```

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

MPK 112169-1.073241.0011

**STIPULATION TO SET
EXPEDITED BRIEFING SCHEDULE
CASE NO. C-04-5429 CW (EMC)**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware corporation, and TERCICA, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> INSMED INCORPORATED, a Virginia corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware corporation, and INSMED THERAPEUTIC PROTEINS, a Colorado corporation, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | No. C-04-5429 CW (EMC) <br><br> STIPULATION TO SET EXPEDITED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION ON SCOPE AND PROCEDURE OF WILLFULNESS DISCOVERY <br><br> ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that a hearing on Plaintiffs' Motion on Scope and Procedure of Willfulness Discovery be set on shortened time.

IT IS FURTHER STIPULATED by and between the parties, through their respective counsel, that the parties shall follow the below briefing schedule:

| | |
|---|---|
| Motion on Scope and Procedure of Willfulness Discovery: | July 20, 2006 |
| Opposition to Motion on Scope and Procedure of Willfulness Discovery: | July 25, 2006 |
| Reply to Motion on Scope and Procedure of Willfulness Discovery: | July 27, 2006 |

SO STIPULATED.

DATED:  July 18, 2006              MCDERMOTT WILL & EMERY, LLP

By: _____
William G. Gaede, III

*Attorneys for Tercica, Inc.*

MPK 112169-1.073241.0011           1           STIPULATION TO SET EXPEDITED BRIEFING SCHEDULE] CASE NO. C-04-5429 CW (EMC)

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 18, 2006 | HELLER EHRMAN, LLP |
| 3 | | |
| 4 | | By: *Ethan C. Glass* |
| | | Ethan C. Glass |
| 5 | | |
| 6 | | *Attorneys for Genentech, Inc.* |
| 7 | | |
| 8 | DATED: _____ | FOLEY & LARDNER, LLP |

DATED: _____    FOLEY & LARDNER, LLP

By: _____
  Douglas H. Carsten

*Attorneys for Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins, Inc.*

-oOo-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Plaintiffs' Motion on Scope and Procedure of Willfulness Discovery shall be heard on _____August 3,_____, 2006, at __3__:__00 p__.m. in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS FURTHER ORDERED** that the briefing schedule is set as follows:

| | |
|---|---|
| Motion on Scope and Procedure of Willfulness Discovery: | July 20, 2006 |
| Opposition to Motion on Scope and Procedure of Willfulness Discovery: | July 25, 2006 |
| Reply to Motion on Scope and Procedure of Willfulness Discovery: | July 27, 2006 |

**SO ORDERED.**

DATED: ___July 20, 2006_____

_____
HONORABLE _____
United States _____ Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

MPK 112169-1.073241.0011            2            [STIPULATION TO SET EXPEDITED BRIEFING SCHEDULE]
                                                  CASE NO. C-04-5429 CW (EMC)

DATED: _____   HELLER EHRMAN, LLP

By: _____
    Ethan C. Glass

*Attorneys for Genentech, Inc.*

DATED: __July 19, 2006__   FOLEY & LARDNER, LLP

By: _____
    Douglas H. Carsten

*Attorneys for Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins, Inc.*

-oOo-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Plaintiffs' Motion on Scope and Procedure of Willfulness Discovery shall be heard on _____, 2006, at __:____ ___.m. in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS FURTHER ORDERED** that the briefing schedule is set as follows:

| | |
|---|---|
| Motion on Scope and Procedure of Willfulness Discovery: | July 20, 2006 |
| Opposition to Motion on Scope and Procedure of Willfulness Discovery: | July 25, 2006 |
| Reply to Motion on Scope and Procedure of Willfulness Discovery: | July 27, 2006 |

**SO ORDERED.**

DATED:_____

HONORABLE EDWARD M. CHEN
United States District Court Magistrate Judge