| | |
|---|---|
| 1 | FOLEY & LARDNER LLP |
| 2 | LARRY L. SHATZER, *Pro Hac Vice* |
|   | lshatzer@foley.com |
| 3 | GEORGE C. BEST, *Pro Hac Vice* |
|   | gbest@foley.com |
| 4 | 3000 K Street, N.W. |
|   | Washington, DC 20007 |
| 5 | Telephone: (202) 672-5300 |
|   | Facsimile: (202) 672-5399 |
| 6 | |
| 7 | FOLEY & LARDNER LLP |
|   | DOUGLAS H. CARSTEN (198467) |
| 8 | dcarsten@foley.com |
|   | 11250 El Camino Real, Suite 200 |
| 9 | San Diego, CA 92130 |
|   | Telephone: (858) 847-6721 |
| 10 | Facsimile: (858) 792-6773 |
| 11 | *Attorneys for Insmed Incorporated, Celtrix* |
|    | *Pharmaceuticals, Inc., and Insmed Therapeutic Proteins* |
| 12 | |
| 13 | MCDERMOTT WILL & EMERY LLP |
|    | WILLIAM G. GAEDE, III (136184) |
| 14 | wgaede@mwe.com |
|    | ANDREW A. KUMAMOTO (178541) |
| 15 | akumamoto@mwe.com |
|    | DAVID L. LARSON (112342) |
| 16 | dlarson@mwe.com |
|    | 3150 Porter Drive |
| 17 | Palo Alto, CA 94304-1212 |
|    | Telephone: (650) 813-5000 |
| 18 | Facsimile: (650) 813-5100 |
| 19 | *Attorneys for Tercica, Inc.* |
| 20 | HELLER EHRMAN LLP |
|    | M. PATRICIA THAYER (90818) |
| 21 | patricia.thayer@hellerehrman.com |
|    | ETHAN C. GLASS (216159) |
| 22 | ethan.glass@hellerehrman.com |
|    | 333 Bush Street |
| 23 | San Francisco, CA 94104-2878 |
|    | Telephone: (415) 772-6794 |
| 24 | Facsimile: (415) 772-6268 |
| 25 | *Attorneys for Genentech, Inc.* |
| 26 | |
| 27 | |
| 28 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware corporation, and TERCICA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware corporation, and INSMED THERAPEUTIC PROTEINS, a Colorado corporation,<br><br>Defendants. | No. C-04-5429 CW (EMC)<br><br>STIPULATION TO SET EXPEDITED BRIEFING SCHEDULE ON DEFENDANTS' CROSS-MOTION TO QUASH OR LIMIT THE SCOPE OF SUBPOENAS ; ORDER |
| AND RELATED COUNTERCLAIMS. | |

WHEREAS Defendants' Cross-Motion to Quash or To Limit Subpoenas and Plaintiffs' Motion on Scope and Procedure of Willfulness Discovery address substantially overlapping factual and legal issues,

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the hearing and briefing on Defendants' Cross-Motion to Quash or To Limit Subpoenas be set on shortened time so that the two motions may be heard together.

IT IS FURTHER STIPULATED by and between the parties, through their respective counsel, that the parties shall follow the below briefing schedule:

Defendants' Cross-Motion to Quash or Limit the Scope
of Subpoenas:                                                              July 25, 2006

Opposition to Cross-Motion to Quash or Limit the Scope
of Subpoenas:                                                              July 27, 2006

IT IS FURTHER STIPULATED by and between the parties, through their respective counsel, that Defendants waive their right to file a reply brief.

SO STIPULATED.

DATED: July 25, 2006          MCDERMOTT WILL & EMERY, LLP

                              By: _____/s/_____
                                      William Gaede, III

                              *Attorneys for Tercica, Inc.*

DATED  July 25, 2006          HELLER EHRMAN, LLP

                              By: _____/s/_____
                                       Ethan C. Glass

                              *Attorneys for Genentech, Inc.*

Concurrence in the filing of this document has been obtained from William Gaede, III and Ethan C. Glass, the signatories listed above.

DATED: July 25, 2006          FOLEY & LARDNER, LLP

                              By: _____/s/_____
                                     Douglas H. Carsten

                              *Attorneys for Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins, Inc.*

-oOo-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Defendants' Cross-Motion to Quash or Limit the Scope of Subpoenas shall be heard concurrently with Plaintiffs' Motion on Scope and Procedure of Willfulness Discovery on August 3, 2006, at 3:00 p.m. in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

1   **IT IS FURTHER ORDERED** that Defendants' Cross-Motion to Quash or Limit the
2   Scope of Subpoenas shall be filed on July 25, 2006 and Plaintiff's Opposition to Cross-Motion to
3   Quash or Limit the Scope of Subpoenas shall be filed on July 27, 2006.
4   **SO ORDERED.**

6   DATED: _____July 26, 2006_____  _____
                                          EDWARD M. CHEN
7                                         United States Court Magistrate

