MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
DAVID L. LARSON (112342)
dlarson@mwe.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:    (650) 813-5000
Facsimile:    (650) 813-5100

*Attorneys for Tercica, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia Corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation, and INSMED THERAPEUTIC PROTEINS, a Colorado Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. C-04-5429 CW (EMC)<br><br>[PROPOSED] ORDER GRANTING TERCICA, INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THE DECLARATION OF CATHERINE SHIANG IN SUPPORT OF PLAINTIFFS' MOTION ON SCOPE AND PROCEDURE OF WILLFULNESS DISCOVERY<br><br>Honorable Edward M. Chen |

Tercica's request to file under seal the Declaration of Catherine Shiang in Support of Plaintiffs' Motion on Scope and Procedure of Willfulness Discovery. The Court having considered this request and the papers submitted in support of this request, the Plaintiffs having filed an appropriate public version of the Declaration of Catherine Shiang in Support of Plaintiffs' Motion on Scope and Procedure of Willfulness Discovery and good cause appearing therefor,

1  **IT IS HEREBY ORDERED** that the Declaration of Catherine Shiang in support of Plaintiffs' Motion on Scope and Procedure of Willfulness Discovery thereof shall be filed under seal.

**IT IS SO ORDERED.**

Dated: 8/16/06

_____
HONORABLE EDWARD M. CHEN
United States Magistrate Judge

MPK 112305-1.073241.0011