IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., et. al,<br><br>        Plaintiffs,<br><br>    v.<br><br>INSMED INCORPORATED, et. al,<br><br>        Defendants.<br>_____/ | No. C 04-5429 CW<br><br>ORDER OVERRULING DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S AUGUST 10, 2006 ORDER |

On August 16, 2006, Defendants filed an objection to Magistrate Judge Chen's August 10, 2006 Order Granting in Part and Denying in Part Plaintiffs' Motion on Scope and Procedure of Willfulness Discovery.  The standard of review on a motion to reconsider a Magistrate Judge's ruling on a discovery matter is whether that ruling was clearly erroneous or contrary to law.  The August 10, 2006 Order is neither.

The Court notes that, in their objection, Defendants contend that the order should be subject to a temporal limitation that does not handcuff their trial preparation.  The Court finds that

1  temporal limitation within the order: May, 2006, "just before and
2  during the launch of iPlex™."  Aug. 10, 2006 Order at 14:14-15.
3      Defendants' Objection (Docket No. 560) is OVERRULED.

5      IT IS SO ORDERED.

7  Dated: 9/5/06

                                        /s/ Claudia Wilken
8                                  CLAUDIA WILKEN
                                United States District Judge

2