1  MCDERMOTT WILL & EMERY LLP
   WILLIAM G. GAEDE, III (136184)
2  wgaede@mwe.com
   ANDREW A. KUMAMOTO (178541)
3  akumamoto@mwe.com
   DAVID L. LARSON (112342)
4  dlarson@mwe.com
   3150 Porter Drive
5  Palo Alto, CA 94304-1212
   Telephone:    (650) 813-5000
6  Facsimile:    (650) 813-5100

7  *Attorneys for Tercica, Inc.*

8  HELLER EHRMAN LLP
   M. PATRICIA THAYER (90818)
9  patricia.thayer@hellerehrman.com
   ETHAN C. GLASS (216159)
10 ethan.glass@hellerehrman.com
   333 Bush Street
11 San Francisco, CA 94104-2878
   Telephone:    (415) 772-6794
12 Facsimile:    (415) 772-6268

13 *Attorneys for Genentech, Inc.*

14 FOLEY & LARDNER LLP
   LARRY L. SHATZER, *Pro Hac Vice*
15 lshatzer@foley.com
   DOUGLAS H. CARSTEN (198467)
16 dcarsten@foley.com
17 11250 El Camino Real, Suite 200
   San Diego, CA 92130
18 Telephone:    (858) 847-6721
   Facsimile:    (858) 792-6773
19

20 *Attorneys for Insmed Incorporated, Celtrix
   Pharmaceuticals, Inc., and Insmed Therapeutic Proteins*

E-filing

MPK 114482-1.073241.0011

STIPULATION AND ORDER RE EXPEDITED
BRIEFING SCHEDULE AND HEARING
CASE NO. C-04-5429 CW (EMC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware corporation, and TERCICA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware corporation, and INSMED THERAPEUTIC PROTEINS, a Colorado corporation,<br><br>Defendants. | No. C-04-5429 CW (EMC)<br><br>**STIPULATION FOR EXPEDITED BRIEFING SCHEDULE AND REQUEST FOR HEARING ON SHORTENED TIME ON PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT A SUPPLEMENTAL EXPERT REPORT RESPONDING TO THE RECENT *EBAY* CASE; [PROPOSED] ORDER |
| AND RELATED COUNTERCLAIMS. | |

WHEREAS, on September 1, 2006, Plaintiffs filed a Motion for Leave to Submit a Supplemental Expert Report Responding to the Recent *eBay* Case;

WHEREAS, Plaintiffs' motion requests that they be permitted to serve a supplemental expert report on or before September 22, 2006, and that Defendants be permitted to serve any rebuttal expert report on or before October 13, 2006.

IT IS HEREBY STIPULATED that Defendants' opposition to Plaintiffs' motion shall be filed no later than noon, September 11, 2006, and Plaintiffs' reply shall be filed no later than noon, September 14, 2006, with a courtesy copy delivered to chambers no later than 3:00 p.m.

The parties respectfully request that a hearing, if any, on Plaintiffs' Motion for Leave to Submit a Supplemental Expert Report Responding to the Recent *eBay* Case be set on shortened time for Friday, September 15, 2006, at 10:00 a.m. (the Court's regular law and motion day) and that Defendants' counsel may appear telephonically, if necessary.

MPK 114482-1.073241.0011 - 1 - STIPULATION AND ORDER RE EXPEDITED BRIEFING SCHEDULE AND HEARING CASE NO. C-04-5429 CW (EMC)

1  SO STIPULATED.

2  DATED:  September 5, 2006          MCDERMOTT WILL & EMERY, LLP

4                                By:      /s/ David L. Larson
5                                         David L. Larson

6                                 *Attorneys for Tercica, Inc.*

7  DATED:  September 5, 2006          HELLER EHRMAN, LLP

10                               By:      /s/ Ethan C. Glass
                                          Ethan C. Glass

11                                *Attorneys for Genentech, Inc.*

13 DATED:  September 5, 2006          FOLEY & LARDNER, LLP

15                               By:      /s/ Larry L. Shatzer
                                          Larry L. Shatzer

16                                *Attorneys for Insmed Incorporated, Celtrix*
17                                *Pharmaceuticals, Inc., and Insmed*
                                  *Therapeutic Proteins, Inc.*

                                   -oOo-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Plaintiffs' Motion for Leave to Submit a Supplemental Expert Report Responding to the Recent *eBay* Case shall be heard on September 15, 2006, at 10:00 A.m. Defendants' counsel may appear telephonically.

IT IS FURTHER ORDERED that Defendants' opposition to Plaintiffs' motion shall be filed no later than noon, September 11, 2006, and Plaintiffs' reply shall be filed no later than noon, September 14, 2006, with a courtesy copy delivered to chambers no later than ~~3:00~~ 1:00 p.m.

**SO ORDERED.**

DATED: September 8, 2006

HONORABLE ~~CLAUDIA WILKEN~~ EDWARD M. CHEN
United States ~~District Court~~ Judge MAGISTRATE

MPK 114482-1.073241.0011            - 2 -     STIPULATION AND ORDER RE EXPEDITED
                                              BRIEFING SCHEDULE AND HEARING
                                              CASE NO. C-04-5429 CW (EMC)