MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1  MCDERMOTT WILL & EMERY LLP
   WILLIAM G. GAEDE, III (136184)
2  wgaede@mwe.com
   ANDREW A. KUMAMOTO (178541)
3  akumamoto@mwe.com
   DAVID L. LARSON (112342)
4  dlarson@mwe.com
   3150 Porter Drive
5  Palo Alto, CA 94304-1212
   Telephone:    (650) 813-5000
6  Facsimile:    (650) 813-5100

7  *Attorneys for Tercica, Inc.*

8  HELLER EHRMAN LLP
   M. PATRICIA THAYER (90818)
9  patricia.thayer@hellerehrman.com
   ETHAN C. GLASS (216159)
10 ethan.glass@hellerehrman.com
   333 Bush Street
11 San Francisco, CA  94104-2878
   Telephone:    (415) 772-6794
12 Facsimile:    (415) 772-6268

13 *Attorneys for Genentech, Inc.*

14 FOLEY & LARDNER LLP
   LARRY L. SHATZER, *Pro Hac Vice*
15 lshatzer@foley.com
   DOUGLAS H. CARSTEN (198467)
16 dcarsten@foley.com
17 11250 El Camino Real, Suite 200
   San Diego, CA 92130
18 Telephone:    (858) 847-6721
   Facsimile:    (858) 792-6773
19

20 *Attorneys for Insmed Incorporated, Celtrix*
   *Pharmaceuticals, Inc., and Insmed Therapeutic Proteins*

21

22

23

24

25

26

27

28

MPK 114358-1.073241.0011

JOINT STIP TO SET SCHED. RE WILLFULNESS
DISCOVERY AND PRETRIAL DISCLOSURES
CASE NO. C-04-5429 CW (EMC)

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware corporation, and TERCICA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware corporation, and INSMED THERAPEUTIC PROTEINS, a Colorado corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. C-04-5429 CW (EMC)<br><br>**JOINT STIPULATION TO SET SCHEDULE FOR EXPERT REPORTS, DEPOSITIONS AND PRETRIAL DISCLOSURES ON WILLFUL INFRINGEMENT; AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that following deadlines shall apply to Expert Discovery on Willful Infringement:

| | |
|---|---|
| Plaintiffs Expert Report | September 15, 2006; |
| Defendants Rebuttal Expert Report | September 19, 2006 |
| Expert Depositions | September 26, 2006. |

IT IS FURTHER STIPULATED by and between the parties, through their respective counsel, that the parties shall exchange their respective Pretrial Disclosures for willful infringement on October 4, 2006. This stipulation shall not affect any other pre-trial deadlines.

SO STIPULATED.

DATED:     September 1, 2006          MCDERMOTT WILL & EMERY, LLP

By: _____*/s/ William G. Gaede, III*_____
            William G. Gaede, III

*Attorneys for Tercica, Inc.*

1

2   DATED:    September 1, 2006        HELLER EHRMAN, LLP

3

4                                          By:    _____*/s/ Ethan C. Glass*_____
                                                       Ethan C. Glass
5
                                              *Attorneys for Genentech, Inc.*
6

7   DATED:    September 1, 2006        FOLEY & LARDNER, LLP

8

9

10                                         By:    _____*/s/ Larry L. Shatzer*_____
                                                       Larry L. Shatzer
11
                                              *Attorneys for Insmed Incorporated, Celtrix*
                                              *Pharmaceuticals, Inc., and Insmed Therapeutic*
12                                            *Proteins, Inc.*

13                                                 -oOo-

14
          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**   The deadlines for Willful
15
    Infringement Discovery shall be:
16
          Plaintiffs Expert Report                September 15, 2006;
17
          Defendants Rebuttal Expert Report        September 19, 2006
18
          Expert Depositions                       September 26, 2006.
19

20        **IT IS FURTHER ORDERED** that the parties shall exchange their respective Pretrial

21  Disclosures for willful infringement on October 4, 2006.

22        **SO ORDERED.**

23           9/8/06                            /s/ CLAUDIA WILKEN
24  DATED:_____        _____
                                              HONORABLE CLAUDIA WILKEN
25                                            United States District Court Judge

26

27

28

MPK 114358-1.073241.0011                2         **JOINT STIP TO SET SCHED. RE WILLFULNESS**
                                                  **DISCOVERY AND PRETRIAL DISCLOSURES**
                                                  **CASE NO. C-04-5429 CW (EMC)**

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO