UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENENTECH, INC., *et al.*,

    Plaintiffs,

v.

INSMED INCORPORATION, *et al.*,

    Defendants.

_____/

No. C-04-5429 CW (EMC)

**ORDER RE SCHEDULING FOR DEFENDANTS' MOTION TO STRIKE SECOND EXPERT REPORT OF KEITH C. BACKMAN**

**(Docket No. 601)**

    Defendants have filed a motion to strike the second expert report of Keith C. Backman, which Judge Wilken has referred to the undersigned for resolution. Although Defendants did not ask that the motion be heard on shortened time, the Court finds that shortened time is necessary in light of the case management deadlines in this case.

    Accordingly, the Court hereby sets the above motion for hearing on **October 11, 2006, at 10:30 a.m.** Plaintiffs' opposition brief is due by 12:00 p.m. on October 2, 2006, and Defendants' reply brief by 12:00 p.m. on October 6, 2006. **Courtesy copies of the briefs (including documents filed under seal) shall be delivered directly to chambers by 1:00 p.m. on the date that each respective brief is due.**

    IT IS SO ORDERED.

Dated: September 26, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge