**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
1530 PAGE MILL ROAD
PALO ALTO, CA 94304
TELEPHONE: (650) 251-1114
FAX: (650) 856-3710
DAVID B. MOYER, BAR NO. 197739
dmoyer@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
11250 EL CAMINO REAL, SUITE 200
SAN DIEGO, CA 92130
TELEPHONE: (858) 847-6700
FAX: (858) 792-6773
DOUGLAS H. CARSTEN, BAR NO. 198467
dcarsten@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
3000 K ST., N.W.
WASHINGTON, DC 20007
TELEPHONE: 202.672.5300
FACSIMILE: 202.672.5399
LARRY L. SHATZER, *PRO HAC VICE*
lshatzer@foley.com
GEORGE C. BEST, *PRO HAC VICE*
gbest@foley.com

**HOWREY LLP**
525 MARKET STREET, SUITE 3600
SAN FRANCISCO, CA 94105
TELEPHONE: (415) 848-4900
FAX: (415) 848-4999
HENRY BUNSOW, BAR NO. 60707
bunsowh@howrey.com
DAVID BILSKER, BAR NO. 152383
bilskerd@howrey.com
RICK CHANG, BAR NO. 209515
changr@howrey.com

ATTORNEYS FOR DEFENDANTS, INSMED INCORPORATED, CELTRIX PHARMACEUTICALS, INC. AND INSMED THERAPEUTIC PROTEINS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia Corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation, and INSMED THERAPEUTIC PROTEINS, INC., a Colorado Corporation<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-04-5429 CW (EMC)<br><br>**STIPULATION AND ORDER MODIFYING SCHEDULE FOR EXPERT DEPOSITION AND PRETRIAL DISCLOSURES ON WILLFULNESS**<br><br>**Honorable Claudia Wilken** |

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE FOR EXPERT DEPOSITION AND PRETRIAL DISCLOSURES ON WILLFULNESS
CASE NO. C-04-5429 CW (EMC)

SVCA_40159.1

1   IT IS HEREBY STIPULATED by and between the parties, through their respective
2 counsel, that the deadlines set for Expert Discovery on Willfulness set pursuant to the Stipulation
3 and Order entered on September 8, 2006 (Dkt. No. 580) shall be modified as follows:
4 Plaintiffs may take the deposition of Defendants' expert, Christopher A. Maack, Ph.D, with
5 respect to his Rebuttal Expert Report served on September 19, 2006, on October 10, 2006, and
6 Plaintiffs may supplement their Pretrial Disclosures regarding willfulness to address Dr. Maack's
7 deposition testimony on or before October 17, 2006.  This stipulation shall not affect any other
8 pre-trial deadlines.

9 DATED:  SEPTEMBER 21, 2006                    FOLEY & LARDNER LLP

10

11                                                                         BY_____/S/_____
                                                                                    DAVID B. MOYER
12                                                                         ATTORNEYS FOR DEFENDANTS AND
                                                                                    COUNTERCLAIMANTS INSMED
13                                                                         INCORPORATED, CELTRIX
                                                                                    PHARMACEUTICALS, INC., AND
14                                                                         INSMED THERAPEUTIC PROTIENS,
                                                                                    INC.
15

16 DATED:  SEPTEMBER 21, 2006                    HELLER EHRMAN WHITE & MCAULIFFE LLP

17

18                                                                         BY_____/S/_____
                                                                                    ETHAN C. GLASS
19                                                                         ATTORNEYS FOR PLAINTIFF
                                                                                    GENENTECH, INC.
20

21 DATED:  SEPTEMBER 21, 2006                    MCDERMOTT WILL & EMERY LLP

22

23

24                                                                         BY_____/S/_____
                                                                                    WILLIAM G. GAEDE III
25                                                                         ATTORNEYS FOR PLAINTIFF
                                                                                    TERCICA, INC.
26

27

28

STIPULATION AND [PROPOSED]
ORDER MODIFYING SCHEDULE FOR EXPERT DEPOSITION
AND PRETRIAL DISCLOSURES ON WILLFULNESS
CASE NO. C-04-5429 CW (EMC)

SVCA_40159.1

1
2     Concurrence in the filing of this document has been obtained from Ethan C. Glass and
William G. Gaede III, the signatories listed above.
3
DATED:  SEPTEMBER 21, 2006                    FOLEY & LARDNER LLP
4
5                                              BY_____/S/_____
                                                  DAVID B. MOYER
6                                                 ATTORNEYS FOR DEFENDANTS AND
                                                  COUNTERCLAIMANTS , CELTRIX
7                                                 PHARMACEUTICALS, INC., AND
                                                  INSMED THERAPEUTIC PROTIENS,
8                                                 INC.
9
10
          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
11
DATED:  9/27/06
12
                                               /S/ CLAUDIA WILKEN
13

14                                             _____
                                                  HON. CLAUDIA WILKEN
15                                                UNITED STATES JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28

                                               2                    STIPULATION AND [PROPOSED]
                                                         ORDER MODIFYING SCHEDULE FOR EXPERT DEPOSITION
                                                              AND PRETRIAL DISCLOSURES ON WILLFULNESS
                                                                            CASE NO. C-04-5429 CW (EMC)
SVCA_40159.1