United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., a Delaware corporation, and TERCICA, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>INSMED INCORPORATED, a Virginia corporation; CELTRIX PHARMACEUTICALS, INC., a Delaware corporation; and INSMED THERAPEUTIC PROTEINS, INC. a Colorado Corporation,<br><br>            Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/ | No. C 04-5429 CW<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO SEEK PARTIAL RECONSIDERATION OF COURT'S JUNE 30, 2006 ORDER AND SETTING BRIEFING SCHEDULE |

   Defendants Insmed, Inc., Celtrix Pharmaceuticals, Inc. and Insmed Therapeutic Proteins, Inc. move for leave to seek partial reconsideration of the Court's June 30, 2006 Order on Claim Construction and Cross-Motions for Summary Judgment.  Specifically, Defendants seek leave to ask the Court to reconsider the portion of the Order granting Plaintiffs Genentech, Inc. and Tercica, Inc. summary judgment that Defendants infringed claims 1 and 2 of U.S. Patent No. 6,331,414 ('414 patent).

1   Civil Local Rule 7-9(a) states as follows: "No party may
2 notice a motion for reconsideration without first obtaining leave
3 of Court to file the motion."  A motion for leave to file a motion
4 for reconsideration may only be granted if the moving party shows:

>    (1) That at the time of the motion for leave, a material difference in fact or law exists from that which was presented to the Court before entry of the interlocutory order for which reconsideration is sought.  The party also must show that in the exercise of reasonable diligence the party applying for reconsideration did not know such fact or law at the time of the interlocutory order; or (2) The emergence of new material facts or change of law occurring after the time of such order; or (3) A manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order.

Civil L.R. 7-9(b).

Having considered Defendants' papers, the Court finds that good cause exists to grant Defendants leave to seek partial reconsideration.  Therefore, Defendants' Motion for Leave (Docket No. 511) is GRANTED and the motion for partial reconsideration is deemed filed and served as of the date of this order.  Plaintiffs may file an opposition to Defendants' motion for partial reconsideration within two weeks of the date of this order.  Defendants may file a reply one week later.  The matter will be taken under submission on the papers.

   IT IS SO ORDERED.

Dated: 9/29/06

CLAUDIA WILKEN
United States District Judge

2