MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
DAVID L. LARSON (112342)
dlarson@mwe.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:     (650) 813-5000
Facsimile:     (650) 813-5100

*Attorneys for Tercica, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> INSMED INCORPORATED, a Virginia Corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation, and INSMED THERAPEUTIC PROTEINS, a Colorado Corporation, <br><br> Defendants. | No.  C-04-5429 CW (EMC) <br><br> [P̶r̶o̶p̶o̶s̶e̶d̶] ORDER GRANTING TERCICA, INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE SECOND EXPERT REPORT OF KEITH C. BACKMAN, Ph.D., AND EXHIBITS 1 TO 6, 11 AND 12 TO THE DECLARATION OF WILLIAM G. GAEDE, III IN SUPPORT THEREOF |
| AND RELATED COUNTERCLAIMS. | Honorable Edward M. Chen |

Tercica's corrected request to file under seal Plaintiffs' Opposition to Defendants' Motion to Strike Second Expert Report of Keith C. Backman, Ph.D. ("Opposition to Motion to Strike 2nd Backman Rpt") and exhibits 1-6, 11 and 12 to the Declaration of William G. Gaede, III in Support of Plaintiffs' Opposition to Motion to Strike 2nd Backman Rpt ("Gaede Declaration") came before this Court.  The Court having considered this request and the declaration submitted in support of this request, the Plaintiffs having filed an appropriate public version of the

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

MPK 115916-1.073241.0011

ORDER GRANTING TERCICA'S
ADMIN. REQ. TO FILE UNDER SEAL
CASE NO.  C-04-5429 CW (EMC)

1    Opposition to Motion to Strike 2nd Backman Rpt and the Gaede Declaration in support thereof,

2    and good cause appearing therefor,

3        **IT IS HEREBY ORDERED** that the Plaintiffs' Opposition to Motion to Strike 2nd

4    Backman Rpt and exhibits 1-6, 11 and 12 to the Gaede Declaration in support thereof shall be

5    filed under seal.

6        **IT IS SO ORDERED.**

7

8

9    Dated: _____ October 3, 2006 _____         _____

10                                    HON. _____ M. CHEN

                                    Magistrate _____ States District Court

11

12                        

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

**ORDER GRANTING TERCICA'S**
**ADMIN. REQ. TO FILE UNDER SEAL**
**CASE NO.  C-04-5429 CW (EMC)**