| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP**<br>ATTORNEYS AT LAW<br>1530 PAGE MILL ROAD |
| 2 | PALO ALTO, CA 94304<br>TELEPHONE: (650) 251-1114 |
| 3 | FAX: (650) 856-3710<br>DAVID B. MOYER, BAR NO. 197739 |
| 4 | dmoyer@foley.com |
| 5 | **FOLEY & LARDNER LLP**<br>ATTORNEYS AT LAW<br>11250 EL CAMINO REAL, SUITE 200 |
| 6 | SAN DIEGO, CA 92130<br>TELEPHONE: (858) 847-6700<br>FAX: (858) 792-6773 |
| 7 | DOUGLAS H. CARSTEN, BAR NO. 198467<br>dcarsten@foley.com |
| 8 | **FOLEY & LARDNER LLP**<br>ATTORNEYS AT LAW |
| 9 | 3000 K ST., N.W.<br>WASHINGTON, DC 20007<br>TELEPHONE: 202.672.5300 |
| 10 | FACSIMILE: 202.672.5399<br>LARRY L. SHATZER, *PRO HAC VICE* |
| 11 | lshatzer@foley.com<br>GEORGE C. BEST, *PRO HAC VICE*<br>gbest@foley.com |
| 12 | **HOWREY LLP** |
| 13 | 525 MARKET STREET, SUITE 3600<br>SAN FRANCISCO, CA 94105<br>TELEPHONE: (415) 848-4900 |
| 14 | FAX: (415) 848-4999<br>HENRY BUNSOW, BAR NO. 60707<br>bunsowh@howrey.com |
| 15 | DAVID BILSKER, BAR NO. 152383<br>bilskerd@howrey.com |
| 16 | RICK CHANG, BAR NO. 209515<br>changr@howrey.com |
| 17 | ATTORNEYS FOR DEFENDANTS, INSMED<br>INCORPORATED, CELTRIX PHARMACEUTICALS,<br>INC. AND INSMED THERAPEUTIC PROTEINS, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| 20 | GENENTECH, INC., a Delaware Corporation, ) | Case No. C-04-5429 CW (EMC) |
| 21 | TERCICA, INC., a Delaware Corporation )<br>) | |
| 22 | Plaintiffs, )<br>) | [PROPOSED] ORDER GRANTING<br>DEFENDANTS' ADMINISTRATIVE<br>MOTION TO FILE UNDER SEAL |
| 23 | v. )<br>) | EXHIBITS 1 & 2 TO THE<br>DECLARATION OF LARRY L. |
| 24 | INSMED INCORPORATED, a Virginia )<br>Corporation, CELTRIX ) | SHATZER |
| 25 | PHARMACEUTICALS, INC., a Delaware )<br>Corporation, and INSMED THERAPEUTIC ) | The Honorable Claudia Wilken |
| 26 | PROTEINS, INC., a Colorado Corporation )<br>) | |
| 27 | Defendants. )<br>) | |
| 28 | AND RELATED COUNTERCLAIMS ) | |

1  Defendants Insmed, Incorporated, Celtrix Pharmaceuticals, Inc. and Insmed Therapeutics
2  Proteins, Inc. (collectively "Insmed") have filed an Administrative Motion to file under seal
3  Exhibits 1 and 2 to the Declaration of Larry L. Shatzer. After considering the papers and
4  arguments submitted in support of Defendants' Motion, and finding good cause therefore,
5      IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

7  DATE: _____, 2006  _____
8                                       The Honorable

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*United States District Court, Northern District of California*