MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
DAVID L. LARSON (112342)
dlarson@mwe.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:   (650) 813-5000
Facsimile:    (650) 813-5100

*Attorneys for Tercica, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia Corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation, and INSMED THERAPEUTIC PROTEINS, a Colorado Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. C-04-5429 CW (EMC)<br><br>**[P~~ROPOSED~~] ORDER GRANTING TERCICA, INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER EXHIBIT 7 TO THE DECLARATION OF WILLIAM G. GAEDE, III IN SUPPORT PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE THIRD EXPERT REPORT OF KEITH C. BACKMAN, PH.D. AND PLAINTIFFS' CROSS-MOTION TO STRIKE DEFENDANTS' INDEFINITENESS DEFENSE**<br><br>Honorable Edward M. Chen |

Tercica's corrected request to file under seal Exhibit 7 to the Declaration of William G. Gaede, III, in Support of Plaintiffs' Opposition to Defendants' Motion To Strike Third Expert Report of Keith C. Backman, Ph.D. and Plaintiffs' Cross-Motion To Strike Defendants' Indefiniteness Defense ("Gaede Declaration") came before this Court. The Court having considered this request and the declaration submitted in support of this request, the Plaintiffs

having filed an appropriate public version of the Gaede Declaration, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Exhibit 7 to the Gaede Declaration in Support of Plaintiffs' Opposition to Defendants' Motion To Strike Third Expert Report of Keith C. Backman, Ph.D. and Plaintiffs' Cross-Motion To Strike Defendants' Indefiniteness Defense shall be filed under seal.

**IT IS SO ORDERED.**

Dated: October 12, 2006

EDWARD M. CHEN
Magistrate Judge, United States District Court

*IT IS SO ORDERED*
*Judge Edward M. Chen*

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

- 2 -

**ORDER GRANTING TERCICA'S ADMIN. REQ. TO FILE UNDER SEAL**
**CASE NO. C-04-5429 CW (EMC)**