MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
DAVID L. LARSON (112342)
dlarson@mwe.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:     (650) 813-5000
Facsimile:      (650) 813-5100

*Attorneys for Tercica, Inc.*

HELLER EHRMAN LLP
M. PATRICIA THAYER (90818)
patricia.thayer@hellerehrman.com
ETHAN C. GLASS (216159)
ethan.glass@hellerehrman.com
333 Bush Street
San Francisco, CA 94104-2878
Telephone:     (415) 772-6794
Facsimile:      (415) 772-6268

*Attorneys for Genentech, Inc.*

FOLEY & LARDNER LLP
LARRY L. SHATZER, *Pro Hac Vice*
lshatzer@foley.com
DOUGLAS H. CARSTEN (198467)
dcarsten@foley.com
3000 K Street, N.W.
Washington, Dc 20007
Telephone:     (202) 672-5300
Facsimile:      (202) 672-5399

*Attorneys for Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware corporation, and TERCICA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware corporation, and INSMED THERAPEUTIC PROTEINS, a Colorado corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. C-04-5429 CW (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SUPPLEMENTAL EXPERT REPORT RESPONDING TO THE RECENT *eBAY* CASE** |

MPK 115352-2.073241.0011

**STIPULATION AND ORDER RE SUPPLEMENTAL EXPERT REPORTS RE EBAY ISSUES**
**CASE NO. C-04-5429 CW (EMC)**

WHEREAS, Plaintiffs' Motion For Leave to Submit a Supplemental Expert Report Responding to the Recent *eBay* Case came on for hearing September 15, 2006 at 10:00 a.m. in the Courtroom C before the Honorable Edward M. Chen. David L. Larson of McDermott Will & Emery LLP appeared for Plaintiffs; Larry L. Shatzer of Foley & Lardner appeared by telephone for Defendants.

WHEREAS, the Court granted Plaintiffs' Motion For Leave to Submit a Supplemental Expert Report Responding to the Recent *eBay* Case, ordering that Plaintiffs may serve expert report(s) regarding the factors affecting a request for permanent injunctive relief if there is a verdict in Plaintiffs' favor in this matter.

WHEREAS, the Court also ordered that Plaintiffs' expert report(s), Defendants' rebuttal expert report(s), and the document production by and depositions of those experts would occur after the verdict in Plaintiffs' favor, on a schedule to be agreed upon by the parties.

In accordance with the ruling of the Court on the motion:

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that Plaintiffs shall serve any expert report(s) regarding the factors affecting a request for permanent injunctive relief on or before October 16, 2006. Defendants shall serve any rebuttal expert report(s) within 10 court days following entry of a verdict in Plaintiffs' favor in this matter.

IT IS FURTHER STIPULATED, by and between the parties, through their respective counsel, that the parties will complete the depositions, if any, of experts submitting such reports at mutually convenient times within one (1) week following the day on which Defendants' report(s) are due.

MPK 115352-2.073241.0011     - 1 -     **STIPULATION AND ORDER RE SUPPLEMENTAL EXPERT REPORTS RE EBAY ISSUES**
**CASE NO. C-04-5429 CW (EMC)**

|   |   |   |   |
|---|---|---|---|
| 1 | **SO STIPULATED.** | | |
| 2 | DATED:   October 12, 2006 | | MCDERMOTT WILL & EMERY, LLP |
| 4 | | By: | */s/ David L. Larson* |
| 5 | | | David L. Larson |
| 6 | | | *Attorneys for Tercica, Inc.* |
| 7 | DATED:   October 12, 2006 | | HELLER EHRMAN, LLP |
| 10 | | By: | */s/ Ethan C. Glass* |
| | | | Ethan C. Glass |
| 11 | | | *Attorneys for Genentech, Inc.* |
| 13 | DATED:   October 12, 2006 | | FOLEY & LARDNER, LLP |
| 15 | | By: | */s/ Larry L. Shatzer* |
| | | | Larry L. Shatzer |
| 16–17 | | | *Attorneys for Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins, Inc.* |

-oOo-

## ORDER

Having considered the papers and arguments on the motion, and in light of the Stipulation above, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to Submit a Supplemental Expert Report Responding to the Recent eBay Case is hereby Granted.

**PURSUANT TO STIPULATION, IT IS FURTHER ORDERED** that on or before October 16, 2006, Plaintiffs shall serve any expert report(s) regarding factors affecting a request for permanent injunctive relief. Defendants shall serve any rebuttal expert report(s) within 10

court days following entry of a verdict in Plaintiffs' favor in this matter. The parties shall complete the depositions, if any, of experts submitting such reports within one (1) week following the day on which Defendants' reports are due.

**SO ORDERED.**

DATED: October 16, 2006



HON. EDWARD M. CHEN
United States Magistrate Judge