McDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
TERRENCE P. McMAHON (71910)
tmcmahon@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
DAVID L. LARSON (112342)
dlarson@mwe.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

*Attorneys for Tercica, Inc.*

HELLER EHRMAN LLP
M. PATRICIA THAYER (90818)
patricia.thayer@hellerehrman.com
ETHAN C. GLASS (216159)
ethan.glass@hellerehrman.com
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6794
Facsimile: (415) 772-6268

*Attorneys for Genentech, Inc.*



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation,

Plaintiffs,

v.

INSMED INCORPORATED, a Virginia Corporation, and CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation, INSMED THERAPEUTIC PROTEINS, a Colorado Corporation,

Defendants.

AND RELATED COUNTERCLAIMS.

No. C-04-5429 CW (EMC)

**STIPULATION ON RULE 16-10(b)(8) MEMORANDUM AND FOR FILING OF OBJECTIONS AND TRIAL EXHIBITS; ORDER**

Pre-trial Conference
Date: October 27, 2006
Time: 1:30 p.m.

Trial Date: November 6, 2006

**Hon. Claudia Wilken**

For the purpose of expediting and simplifying pre-trial preparation, Genentech Inc. and Tercica, Inc. ("Plaintiffs") and Insmed Incorporated, Celtrix Pharmaceuticals, Inc and Insmed Therapeutics Proteins ("Defendants"), through their respective counsel, agree to the following stipulations:

## I. STIPULATION FOR DATES OF EXCHANGE OF L.R. 16-10(B)(8) MOTIONS AND OPPOSITIONS

Plaintiffs and Defendants agree that all opening memorandum under Local Rule 16-10(B)(8) shall be filed with the Court on October 13, 2006. These memoranda may include the following:

a. Plaintiffs' motion: Bifurcation of inequitable conduct defense to '151 Patent;

b. Plaintiffs' motion: Bifurcation and adjudication of defense of misjoinder of inventorship to '287 Patent;

c. Plaintiffs' motion: Adjudication of written description defense to '287 Patent; or

d. Defendants' motion: Bifurcation of willfulness and damages on all three patents-in-suit;

Plaintiffs and Defendants further agree that any oppositions to these motions shall be filed with the Court on October 20, 2006.

## II. STIPULATION FOR EXCHANGE OF EXHIBIT LIST AND ITS OBJECTIONS AND DEPOSITION DESIGNATIONS AND OBJECTIONS

Plaintiffs and Defendants agree that exhibit lists and deposition designations and counter-designations shall be filed with this Court on October 13, 2006. Plaintiffs and Defendants shall exchange (not file or lodge) any objections to the exhibit list and deposition designations on October 13, 2006. Once exchanged, Plaintiffs and Defendants shall discuss the objections in a meet-and-confer and try and resolve any issues. Plaintiffs and Defendants shall file the final exhibit lists and deposition designations with objections that remain after the meet-and-confer with the Court on October 20, 2006. Further, Plaintiffs and Defendants shall also file the hard copies of all the exhibits with the Court on October 20, 2006.

**SO STIPULATED.**

Dated: October 12, 2006

MCDERMOTT WILL & EMERY LLP

By: */s/ William G. Gaede, III*
William G. Gaede, III

*Attorneys for Tercica, Inc.*

HELLER EHRMAN LLP

By: */s/ M. Patricia Thayer*
M. Patricia Thayer

*Attorneys for Genentech, Inc.*

FOLEY & LARDNER, LLP

By: */s/ Larry L. Shatzer*
Larry L. Shatzer

*Attorneys for Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins, Inc.*

-oOo-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/18/06

HONORABLE CLAUDIA WILKEN
Judge of the United States District Court