1  **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
   1530 PAGE MILL ROAD
2  PALO ALTO, CA 94304
   TELEPHONE: (650) 251-1114
3  FAX: (650) 856-3710
   DAVID B. MOYER, BAR NO. 197739
   dmoyer@foley.com
4
   **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
5  3000 K ST., N.W.
   WASHINGTON, DC 20007
   TELEPHONE: 202.672.5300
6  FACSIMILE: 202.672.5399

7  LARRY L. SHATZER, *PRO HAC VICE*
   lshatzer@foley.com
   GEORGE C. BEST, *PRO HAC VICE*
8  gbest@foley.com

9  **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
   11250 EL CAMINO REAL, SUITE 200
10 SAN DIEGO, CA 92130
   TELEPHONE: (858) 847-6700
   FAX: (858) 792-6773
11 DOUGLAS H. CARSTEN, BAR NO. 198467
   dcarsten@foley.com

12 **HOWREY LLP**
   525 MARKET STREET, SUITE 3600
13 SAN FRANCISCO, CA 94105
   TELEPHONE:  (415) 848-4900
   FAX:  (415) 848-4999
14 HENRY BUNSOW, BAR NO. 60707
   bunsowh@howrey.com
   DAVID BILSKER, BAR NO. 152383
15 bilskerd@howrey.com
   RICK CHANG, BAR NO. 209515
16 changr@howrey.com
   Attorneys for Defendants

17                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
18                         OAKLAND DIVISION

19 | GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation | Case No. C-04-5429 CW (EMC) |
|---|---|
20 |                      Plaintiffs, | **STIPULATION PERMITTING DEFENDANTS TO FILE AMENDED TRIAL WITNESS LIST AND [PROPOSED] ORDER** |
21 |                          v. | |
22 | INSMED INCORPORATED, a Virginia Corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation, and INSMED THERAPEUTIC PROTEINS, INC., a Colorado Corporation | |
   |                      Defendants. | |
   | AND RELATED COUNTERCLAIMS | |

                                          Stipulation Permitting Defendants to
                                          File Amended Trial Witness List
                                          [Proposed Order]
                                          Case No. C-04-5429-CW (EMC)

DM_US\8400401.v1

1      WHEREAS, Defendants s filed their Trial Witness List as Exhibit 4 to the Joint Pretrial
2   Statement on October 13, 2006;.
3      WHEREAS, Defendants desire to add one witness to the "may call" portion of their Trial
4   Witness List;
5      WHEREAS, Plaintiffs do not Object to this proposed addition, but reserve the right to
6   object to any further additions;
7      IT IS HEREBY STIPULATED, by and between the parties hereto, through their
8   respective counsel, that
9      Defendants are permitted to file the attached Amended Defendants' Witness List.
10
11  Dated: October 17, 2006          McDERMOTT WILL & EMERY LLP
12
13                                   By:_____/s/_____
                                            WILLIAM G. GAEDE III
14                                          Attorney for Plaintiff
                                            TERCICA, INC.
15
16  Dated: October 17, 2006          HELLER EHRMAN WHITE & MCAULIFFE LLP
17
18                                   By:_____/s/_____
                                     M. PATRICIA THAYER
19                                   Attorney for Plaintiff
                                     GENENTECH, INC.
20
21  Dated: October 17, 2006          By:_____/s/_____
                                     RICK CHANG
22                                   Attorney for Defendants
                                     INSMED, INC. AND CELTRIX
23                                   PHARMACEUTICALS, INC.
24      Concurrence in the filing of this document has been obtained from the signatories above.
25      PURSUANT TO STIPULATION, IT IS SO ORDERED
26  Dated:    10/19/06               _____
27                                   Hon. Claudia Wilken
                                     United States District Judge
28
                                                 Stipulation Permitting Defendants to
                                                      File Amended Trial Witness List
                                                                    [Proposed Order]
                                                      Case No. C-04-5429-CW (EMC)

DM_US\8400401.v1