| | |
|---|---|
| MCDERMOTT WILL & EMERY LLP<br>WILLIAM G. GAEDE, III (136184)<br>wgaede@mwe.com<br>TERRENCE P. McMAHON (71910)<br>tmcmahon@mwe.com<br>ANDREW A. KUMAMOTO (178541)<br>akumamoto@mwe.com<br>DAVID L. LARSON (112342)<br>dlarson@mwe.com<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone:    (650) 813-5000<br>Facsimile:    (650) 813-5100<br><br>*Attorneys for Tercica, Inc.*<br><br>HELLER EHRMAN LLP<br>M. PATRICIA THAYER (90818)<br>patricia.thayer@hellerehrman.com<br>ETHAN C. GLASS (216159)<br>ethan.glass@hellerehrman.com<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>Telephone:    (415) 772-6794<br>Facsimile:    (415) 772-6268<br><br>*Attorneys for Genentech, Inc.* | FOLEY & LARDNER LLP<br>David B. Moyer, Bar No. 197739<br>1530 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone: (650) 251-1114<br>Facsimile: (650) 856-3710<br><br>FOLEY & LARDNER LLP<br>Larry L. Shatzer, *pro hac vice*<br>George C. Best, *pro hac vice*<br> 3000 K St., N.W.<br>Washington, DC  20007<br>Telephone: (202) 672-5300<br>Facsimile: (202) 672-5399<br><br>FOLEY & LARDNER LLP<br>Douglas H. Carsten, Bar No. 198467<br>11250 El Camino Real, Suite 200<br>San Diego, CA 92130<br>Telephone: (858) 847-6700<br>Facsimile: (858) 792-6773<br><br>HOWREY LLP<br>Henry Bunsow, Bar No. 60707<br>David Bilsker, Bar No. 152383<br>Rick Chang, Bar No. 209515<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105<br>Telephone:  (415) 848-4900<br>Facsimile:  (415) 848-4999<br><br>*Attorneys for Defendants* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware corporation, and TERCICA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware corporation, and INSMED THERAPEUTIC PROTEINS, a Colorado corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.  C-04-5429 CW (EMC)<br><br>**STIPULATED REQUEST AND ORDER TO ACCEPT LATE FILED JOINT PROPOSED JURY INSTRUCTIONS** |

Plaintiffs and Defendants, by and through their counsel of record, hereby request the Court accept the late filing of their Joint Proposed Jury Instructions. The parties delayed the filing of the Joint Proposed Jury Instructions in an effort for the parties to stipulate to as many instructions as possible and to minimize the disagreements between the parties thereto.

Respectfully submitted this 24th day of October, 2006.

| MCDERMOTT WILL & EMERY LLP | HOWREY LLP |
|---|---|
| By:  /s/ William G. Gaede, III<br>William G. Gaede, III | By:  /s/ Rick Chang<br>Rick Chang |
| *Attorneys for Tercica, Inc.* | *Attorneys for Defendants* |

HELLER EHRMAN LLP

By:  /s/ M. Patricia Thayer
M. Patricia Thayer

*Attorneys for Genentech, Inc.*

-oOo-

For good cause shown,

IT IS SO ORDERED that the Joint Proposed Jury Instructions are accepted for filing.

SO ORDERED.

DATED:  10/26/06                            _____
                                             HONORABLE CLAUDIA WILKEN
                                             Judge of the United States District Court