United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., a Delaware corporation, and TERCICA, INC., a Delaware corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INSMED INCORPORATED, a Virginia corporation; CELTRIX PHARMACEUTICALS, INC., a Delaware corporation; and INSMED THERAPEUTIC PROTEINS, INC. a Colorado Corporation,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/<br>AND RELATED COUNTERCLAIMS.<br>　　　　　　　　　　　　　　　　　　/ | No. C 04-5429 CW<br><br>ORDER DENYING DEFENDANTS' MOTION FOR PARTIAL RECONSIDERATION OF COURT'S JUNE 30, 2006 ORDER |

　　　Defendants Insmed, Inc., Celtrix Pharmaceuticals, Inc. and Insmed Therapeutic Proteins, Inc. move for partial reconsideration of the Court's June 30, 2006 Order on Claim Construction and Cross-Motions for Summary Judgment.  Specifically, Defendants ask the Court to reconsider the portion of the Order granting Plaintiffs Genentech, Inc. and Tercica, Inc. summary judgment that Defendants infringed claims 1 and 2 of U.S. Patent No. 6,331,414 ('414 patent).  Plaintiffs oppose the motion, arguing that the Court's

1 original order was correct and should not be altered.  The matter
2 was decided on the papers.
3     Having considered all of the papers filed by the parties and
4 evidence cited therein, the Court determines that its construction
5 of "expression" and "human IGF-I" is not internally contradictory.
6 Nor is the Court persuaded by any of the other arguments Defendants
7 present in their motion and reply, especially those arguments that
8 Court previously rejected in its order.  The Court will not alter
9 its June 30, 2006 order.  Defendants' motion for reconsideration is
10 DENIED.
11     IT IS SO ORDERED.

13 Dated: 10/31/06

     _____
     CLAUDIA WILKEN
     United States District Judge