IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., a Delaware corporation, and TERCICA, INC., a Delaware corporation,<br><br>         Plaintiffs,<br><br>    v.<br><br>INSMED INCORPORATED, a Virginia corporation; CELTRIX PHARMACEUTICALS, INC., a Delaware corporation; and INSMED THERAPEUTIC PROTEINS, INC. a Colorado Corporation,<br><br>         Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/ | No. C 04-5429 CW<br><br>ORDER GRANTING DEFENDANTS' MOTION <u>IN LIMINE</u> 2 |

    Defendants Insmed, Inc., Celtrix Pharmaceuticals, Inc. and Insmed Therapeutic Proteins, Inc. move, pursuant to their second motion <u>in limine</u>, to exclude evidence, and testimony of Plaintiffs' expert Dr. Charles Roberts, that Insmed's DNA sequence encoding IGFBP-3 infringes claim 20 of the '287 patent under the doctrine of equivalents.

    The '287 patent's prosecution history precludes Plaintiffs from asserting a doctrine of equivalents argument with respect

to this claim.  Therefore, Court GRANTS Defendants' motion <u>in limine</u> 2.

   IT IS SO ORDERED.

Dated:

CLAUDIA WILKEN
United States District Judge

2