IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., a Delaware corporation, and TERCICA, INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>INSMED INCORPORATED, a Virginia corporation; CELTRIX PHARMACEUTICALS, INC., a Delaware corporation; and INSMED THERAPEUTIC PROTEINS, INC. a Colorado Corporation,<br><br>          Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/ | No. C 04-5429 CW<br><br>ORDER GRANTING DEFENDANTS' MOTION IN LIMINE 2 |

     Defendants Insmed, Inc., Celtrix Pharmaceuticals, Inc. and Insmed Therapeutic Proteins, Inc. move, pursuant to their second motion in limine, to exclude evidence, and testimony of Plaintiffs' expert Dr. Charles Roberts, that Insmed's DNA sequence encoding IGFBP-3 infringes claim 20 of the '287 patent under the doctrine of equivalents.

     The '287 patent's prosecution history precludes Plaintiffs from asserting a doctrine of equivalents argument with respect

1  to this claim.  Therefore, Court GRANTS Defendants' motion <u>in</u>
2  <u>limine</u> 2.
3       IT IS SO ORDERED.
4
5  Dated:    NOV - 2 2006
                                    CLAUDIA WILKEN
6                                   United States District Judge