1  **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
   1530 PAGE MILL ROAD
2  PALO ALTO, CA 94304
   TELEPHONE: (650) 251-1114
3  FAX: (650) 856-3710

4  DAVID B. MOYER, BAR NO. 197739
   dmoyer@foley.com

5  **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
   3000 K ST., N.W.
6  WASHINGTON, DC 20007
   TELEPHONE: 202.672.5300
   FACSIMILE: 202.672.5399
7
   LARRY L. SHATZER, *PRO HAC VICE*
   lshatzer@foley.com
8  GEORGE C. BEST, *PRO HAC VICE*
   gbest@foley.com

9  **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
10 11250 EL CAMINO REAL, SUITE 200
   SAN DIEGO, CA 92130
   TELEPHONE: (858) 847-6700
11 FAX: (858) 792-6773

12 DOUGLAS H. CARSTEN, BAR NO. 198467
   dcarsten@foley.com

13 **HOWREY LLP**
   525 MARKET STREET, SUITE 3600
   SAN FRANCISCO, CA 94105
14 TELEPHONE: (415) 848-4900
   FAX: (415) 848-4999

15 HENRY BUNSOW, BAR NO. 60707
   bunsowh@howrey.com
16 DAVID BILSKER, BAR NO. 152383
   bilskerd@howrey.com
   RICK CHANG, BAR NO. 209515
17 changr@howrey.com

18 Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation | Case No. C-04-5429 CW (EMC) |
| Plaintiffs, | **ORDER REGARDING EQUIPMENT AT TRIAL** |
| v. | Date: November 6, 2006<br>Time: 8:30 a.m. |
| INSMED INCORPORATED, a Virginia Corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation, and INSMED THERAPEUTIC PROTEINS, INC., a Colorado Corporation | Courtroom 2, Fourth floor<br><br>**Honorable Claudia Wilken** |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

**IT IS HEREBY ORDERED** that on the morning of November 6, 2006, Plaintiffs Genentech, Inc. and Tercica, Inc., and Defendants Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins, Inc., by and through their respective counsel of record, may bring into the Federal Courthouse in Oakland, California located at 1301 Clay Street, Oakland, California, and set up in the courtroom of the Honorable Claudia Wilken certain equipment and materials for the purposes of facilitating illustrative exhibits for a trial scheduled to begin November 6, 2006. The equipment will include the following video and other display equipment:

1. Projector
2. Cabling
3. Projection screen
4. Printer
5. Speakers
6. 4-way switch
7. 8-way Distribution Amplifier
8. Monitor
9. A/V cart

Court staff, including U.S. Marshals on duty at the time, are directed to allow and to take such steps as are reasonably necessary to facilitate the foregoing activity.

**IT IS SO ORDERED.**

DATED: 11/6/06

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

WASH_1 739954.1

1    [PROPOSED] ORDER REGARDING EQUIPMENT AT TRIAL