MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
DAVID L. LARSON (112342)
dlarson@mwe.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:    (650) 813-5000
Facsimile:    (650) 813-5100

*Attorneys for Tercica, Inc.*

HELLER EHRMAN LLP
M. PATRICIA THAYER (90818)
patricia.thayer@hellerehrman.com
ETHAN C. GLASS (216159)
ethan.glass@hellerehrman.com
333 Bush Street
San Francisco, CA  94104-2878
Telephone:    (415) 772-6000
Facsimile:    (415) 772-6268

*Attorneys for Genentech, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation,<br><br>                    Plaintiffs,<br><br>    v.<br><br>INSMED INCORPORATED, a Virginia Corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation, and INSMED THERAPEUTIC PROTEINS, a Colorado Corporation,<br><br>                    Defendants. | Case No.: C-04-5429-CW (EMC)<br><br>**STIPULATION AND JOINT MOTION TO ADMIT CERTAIN DOCUMENTS INTO EVIDENCE; [~~PROPOSED~~] ORDER** AS MODIFIED<br>Date:       TBD<br>Time:       TBD<br>Location:  Courtroom 2 (4th Floor)<br><br>The Honorable Claudia Wilken |
| AND RELATED COUNTERCLAIMS. | |

JOINT MOTION TO ADMIT DOCUMENTS INTO EVIDENCE
CASE NO. 04-5429 CW (EMC)

Heller
Ehrman LLP

## STIPULATION AND JOINT MOTION

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the following exhibits satisfy all of the requirements set forth in the Federal Rules of Evidence for the admissibility of documents:  4, 10, 13, 16, 19, 34, 37, 55, 56, 63, 74, 82, 86, 127, 131, 136, 146, 147, 147A (SFH151 00001-19), 151, 154, 154A (SFH287 00001-33), 164, 172, 197, 198, 241, 241A (SFH414 00001-45), 247, 248, 256, 263A (INSM0726882-976), 266, 272A (INSM0726178-219), 281A (INSM0726767-837), 284, 285, 307, 308, 309, 310, 313, 322, 325, 336, 344, 356, 361, 367, 369, 404A, 446, 450, 451, 478, 481, 483, 484, 490, 494, 495, 504, 515, 528, 533, 1005, 1006, 1043, 1071, 1081, 1082, 1087, 1089, 1090, 1091, 1092, 1100, 1101, 1103, 1145, 1157, 1177, 1181, 1182, 1187, 1188, 1191, 1192, 1193, 1197, 1222, 1247, 1261, 1262, 1277, 1278, 1279, 1280, 1290, 1291, 1299, 1300, 1312, 1332, 1352, and 1353.  Therefore, the parties move the Court to admit these documents into evidence.

DATED: November 5, 2006                Respectfully submitted,

HELLER EHRMAN LLP

By _____/s/ Ethan C. Glass_____
ETHAN C. GLASS
Attorneys for PLAINTIFF
GENENTECH, INC.

MCDERMOTT WILL & EMERY LLP

By _____/s/ William G. Gaede_____
WILLIAM G. GAEDE, III
Attorneys for PLAINTIFF
TERCICA, INC.

FOLEY & LARDNER, LLP

By _____/s/ Larry L. Shatzer_____
Larry L. Shatzer
Attorneys for DEFENDANTS
INSMED INCORPORATED, CELTRIX
PHARMACEUTICALS, INC., AND INSMED
THERAPEUTIC PROTEINS, INC.

Heller
Ehrman LLP

1

### [~~PROPOSED~~] ORDER

2

The parties have stipulated that following exhibits satisfy all of the requirements set forth in

3

the Federal Rules of Evidence for the admissibility of documents:  4, 10, 13, 16, 19, 34, 37, 55, 56,

4

63, 74, 82, 86, 127, 131, 136, 146, 147, 147A (SFH151 00001-19), 151, 154, 154A (SFH287

5

00001-33), 164, 172, 197, 198, 241, 241A (SFH414 00001-45), 247, 248, 256, 263A

6

(INSM0726882-976), 266, 272A (INSM0726178-219), 281A (INSM0726767-837), 284, 285, 307,

7

308, 309, 310, 313, 322, 325, 336, 344, 356, 361, 367, 369, 404A, 446, 450, 451, 478, 481, 483,

8

484, 490, 494, 495, 504, 515, 528, 533, 1005, 1006, 1043, 1071, 1081, 1082, 1087, 1089, 1090,

9

1091, 1092, 1100, 1101, 1103, 1145, 1157, 1177, 1181, 1182, 1187, 1188, 1191, 1192, 1193, 1197,

10

1222, 1247, 1261, 1262, 1277, 1278, 1279, 1280, 1290, 1291, 1299, 1300, 1312, 1332, 1352, and

11

1353.

12

Therefore, these exhibits hereby are ADMITTED INTO EVIDENCE.

13

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**   REDACTED
VERSIONS WILL BE PREPARED FOR THE JURY.

14

15

DATED:    11/7/06

_____
HONORABLE CLAUDIA WILKEN
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

2

JOINT MOTION TO ADMIT DOCUMENTS INTO EVIDENCE
CASE NO. 04-5429 CW (EMC)