McDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
TERRENCE P. McMAHON (71910)
tmcmahon@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
DAVID L. LARSON (112342)
dlarson@mwe.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:    (650) 813-5000
Facsimile:    (650) 813-5100

*Attorneys for Tercica, Inc.*

HELLER EHRMAN LLP
M. PATRICIA THAYER (90818)
patricia.thayer@hellerehrman.com
ETHAN C. GLASS (216159)
ethan.glass@hellerehrman.com
333 Bush Street
San Francisco, CA 94104-2878
Telephone:    (415) 772-6794
Facsimile:    (415) 772-6268

*Attorneys for Genentech, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia Corporation, and CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation, INSMED THERAPEUTIC PROTEINS, a Colorado Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. C-04-5429 CW (EMC)<br>ORDER GRANTING<br>**STIPULATION REGARDING PRELIMINARY JURY INSTRUCTIONS**<br><br>Trial Date:    November 6, 2006<br><br>**Hon. Claudia Wilken** |

MPK 117681-2.073241.0011

**STIPULATION REGARDING PRELIMINARY INSTRUCTIONS**
**CASE NO. C-04-5429 CW (EMC)**

Based on recent rulings of the Court, and in an effort to streamline the trial, the parties have reached further agreements regarding the '414 and '287 patents, and wish to amend the Court's Preliminary Jury Instructions accordingly. In particular, , the parties have agreed that: (1) the parties will not ask the jury to determine infringement of claims 3 and 4 of the '414 patent because the parties have stipulated to infringement of those claims (subject to Defendants' right to appeal); and (2) the parties will not ask the jury to determine any issue regarding claim 20 of the '287 patent (subject to Plaintiffs' right to appeal).

Accordingly, Genentech Inc. and Tercica, Inc. ("Plaintiffs") and Insmed Incorporated, Celtrix Pharmaceuticals, Inc and Insmed Therapeutics Proteins ("Defendants"), through their respective counsel, agree to the following stipulations with respect to this Court's Preliminary Jury Instructions dated November 2, 2006:

Page 13, line 9:  Change "claims 1, 6-8, 17 and 20" to "claims 1, 6-8, and 17";

Page 13, line 17½:  Change "claims 1, 2, 9 and 10" to "claims 1-4 and 9-10";

Page 14, line 2:  Change "asserted claims of the '151, '287 and '414 patents" to "asserted claims of the '151 and '287 patents";

Page 14, lines 23-24:  Delete ", and claims 3 and 4 of the '414 patent"; and

Page 21, lines 11-15:  The first sentence of this paragraph shall be replaced with the following two sentences:  "Genentech will present its evidence on its contention that the asserted claims of the '151 and '287 patents have been and continue to be infringed by Insmed. Genentech also will present its evidence that infringement of the '151, '287 and '414 patents has been and continues to be willful."

For the convenience of the Court and before the trial starts, an electronic copy and a hard copy of the revised Preliminary Jury Instructions incorporating the stipulated changes will be delivered to the Court.

MPK 117681-2.073241.0011                                   1                         **STIPULATION REGARDING PRELIMINARY INSTRUCTIONS**
**CASE NO. C-04-5429 CW (EMC)**

1  **SO STIPULATED.**

2  Dated:      November 3, 2006                         MCDERMOTT WILL & EMERY LLP

4                                                  By:      */s/ William G. Gaede, III*
                                                                 William G. Gaede, III
5                                                  *Attorneys for Tercica, Inc.*

6                                                  HELLER EHRMAN LLP
                                                   By:      */s/ M. Patricia Thayer*
7                                                                M. Patricia Thayer
                                                   *Attorneys for Genentech, Inc.*

8                                                  FOLEY & LARDNER, LLP

9                                                  By:      */s/ Rick Chang*
                                                                 Rick Chang
10                                                 *Attorneys for Insmed Incorporated, Celtrix*
                                                   *Pharmaceuticals, Inc., and Insmed*
11                                                 *Therapeutic Proteins, Inc.*

12                                                            -oOo-

13  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14  Dated:   11/7/06

                                                   HONORABLE CLAUDIA WILKEN
15                                                 Judge of the United States District Court

MPK 117681-2.073241.0011                2                  **STIPULATION REGARDING PRELIMINARY**
                                                           **INSTRUCTIONS**
                                                           **CASE NO. C-04-5429 CW (EMC)**