| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP** <br> ATTORNEYS AT LAW <br> 1530 PAGE MILL ROAD |
| 2 | PALO ALTO, CA 94304 <br> TELEPHONE: (650) 251-1114 <br> FAX: (650) 856-3710 |
| 3 | DAVID B. MOYER, BAR NO. 197739 <br> dmoyer@foley.com |
| 4 | |
| 5 | **FOLEY & LARDNER LLP** <br> ATTORNEYS AT LAW <br> 3000 K ST., N.W. <br> WASHINGTON, DC 20007 |
| 6 | TELEPHONE: 202.672.5300 <br> FACSIMILE: 202.672.5399 |
| 7 | LARRY L. SHATZER, *PRO HAC VICE* <br> lshatzer@foley.com |
| 8 | GEORGE C. BEST, *PRO HAC VICE* <br> gbest@foley.com |
| 9 | **FOLEY & LARDNER LLP** <br> ATTORNEYS AT LAW <br> 11250 EL CAMINO REAL, SUITE 200 |
| 10 | SAN DIEGO, CA 92130 <br> TELEPHONE: (858) 847-6700 <br> FAX: (858) 792-6773 |
| 11 | DOUGLAS H. CARSTEN, BAR NO. 198467 <br> dcarsten@foley.com |
| 12 | **HOWREY LLP** <br> 525 MARKET STREET, SUITE 3600 |
| 13 | SAN FRANCISCO, CA 94105 <br> TELEPHONE:  (415) 848-4900 <br> FAX:  (415) 848-4999 |
| 14 | HENRY BUNSOW, BAR NO. 60707 <br> bunsowh@howrey.com |
| 15 | DAVID BILSKER, BAR NO. 152383 <br> bilskerd@howrey.com <br> RICK CHANG, BAR NO. 209515 |
| 16 | changr@howrey.com <br> Attorneys for Defendants |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, <br> TERCICA, INC., a Delaware Corporation <br><br> Plaintiffs, <br><br> v. <br><br> INSMED INCORPORATED, a Virginia Corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation, and INSMED THERAPEUTIC PROTEINS, INC., a Colorado Corporation <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. C-04-5429 CW (EMC) <br><br> **STIPULATED REQUEST AND ORDER TO ACCEPT DEFENDANTS' AMENDED TRIAL EXHIBITS  LIST** |

1    Plaintiffs and Defendants, by and through their counsel of record, hereby request the
2 Court accept Defendants' Amended Trial Exhibits List.  *See* Declaration of Rick Chang in
3 support of Stipulated Request to Accept Defendants' Amended Trial Exhibits List, Exhibits 1
4 (Defendants' Amended Trial Exhibits List).  Defendants seek to add two Tercica documents to
5 their exhibits list.  *See* Chang Dec. Exhs. 2 and 3 (Tercica Press Release and Form 8-K dated
6 November 2, 2006).  Given that these documents were released just yesterday, November 2,
7 2006, there is no issue regarding delay or unfair prejudice with respect to adding them to
8 Defendants' trial exhibits list.
9    While Plaintiffs stipulate to the filing of this amended trial exhibits list, they wish to
10 preserve their objection to the admissibility of these documents under Rules 401, 402, 403 and
11 901.
12
13    **IT IS HEREBY STIPULATED**, by and between the parties hereto, through their
14 respective counsel, that
15    Defendants are permitted to file the attached Amended Defendants' Trial Exhibits List.
16
17 Dated: November 3, 2006                McDERMOTT WILL & EMERY LLP
18
19                                        By:_____/s/_____
                                          WILLIAM G. GAEDE III
20                                        Attorney for Plaintiff
                                          TERCICA, INC.
21
22 Dated: November 3, 2006                HELLER EHRMAN WHITE & MCAULIFFE LLP
23
24                                        By:_____/s/_____
                                          M. PATRICIA THAYER
25                                        Attorney for Plaintiff
                                          GENENTECH, INC.
26
27 Dated: November 3, 2006                By:_____/s/_____
                                          RICK CHANG
28                                        Attorney for Defendants
                                          INSMED, INC. AND CELTRIX
                                          PHARMACEUTICALS, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

The Stipulated Request to Accept Defendants' Amended Exhibits List is hereby GRANTED.

**IT IS SO ORDERED**.

Dated: _____11/7/06_____

_____
Hon. Claudia Wilken
United States District Judge