| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP**<br>ATTORNEYS AT LAW |
| 2 | 1530 PAGE MILL ROAD<br>PALO ALTO, CA 94304 |
| 3 | TELEPHONE: (650) 251-1114<br>FAX: (650) 856-3710 |
|   | DAVID B. MOYER, BAR NO. 197739<br>dmoyer@foley.com |
| 4 | |
| 5 | **FOLEY & LARDNER LLP**<br>ATTORNEYS AT LAW<br>3000 K ST., N.W. |
| 6 | WASHINGTON, DC 20007<br>TELEPHONE: 202.672.5300<br>FACSIMILE: 202.672.5399 |
| 7 | LARRY L. SHATZER, *PRO HAC VICE* |
|   | lshatzer@foley.com |
| 8 | GEORGE C. BEST, *PRO HAC VICE*<br>gbest@foley.com |
| 9 | **FOLEY & LARDNER LLP** |
|   | ATTORNEYS AT LAW<br>11250 EL CAMINO REAL, SUITE 200 |
| 10 | SAN DIEGO, CA 92130<br>TELEPHONE: (858) 847-6700 |
| 11 | FAX: (858) 792-6773<br>DOUGLAS H. CARSTEN, BAR NO. 198467<br>dcarsten@foley.com |
| 12 | |
| 13 | **HOWREY LLP**<br>525 MARKET STREET, SUITE 3600<br>SAN FRANCISCO, CA 94105 |
|   | TELEPHONE:  (415) 848-4900<br>FAX:  (415) 848-4999 |
| 14 | HENRY BUNSOW, BAR NO. 60707<br>bunsowh@howrey.com |
| 15 | DAVID BILSKER, BAR NO. 152383<br>bilskerd@howrey.com |
|   | RICK CHANG, BAR NO. 209515 |
| 16 | changr@howrey.com<br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation,<br>TERCICA, INC., a Delaware Corporation<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia Corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation, and INSMED THERAPEUTIC PROTEINS, INC., a Colorado Corporation<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-04-5429 CW (EMC)<br>ORDER GRANTING<br>**STIPULATION REGARDING WITHDRAWAL AND ADMISSION OF CERTAIN TRIAL EXHIBITS**<br><br>The Honorable Claudia Wilken<br><br>Trial Date: November 6, 2006 |

1  WHEREAS, the parties have stipulated to the admission of certain trial exhibits;

2  WHEREAS, the parties have determined that certain exhibits that have been stipulated as
3  admitted are incomplete (Plaintiffs' Exhibit Nos. 263, 272 and 281);

4  WHEREAS, the parties have determined that complete copies of these exhibits exist in
5  Defendants' Exhibits (Defendants' Exhibit Nos. 1302, 1303 and 1304);

6  IT IS HEREBY STIPULATED, by and between the parties hereto, through their
7  respective counsel, as follows:

8  1) Plaintiffs' Exhibit Nos. 263, 272 and 281 be withdrawn from evidence; and

9  2) Defendants' Exhibit Nos. 1302, 1303 and 1304 be admitted into evidence.

11  Dated: November 11, 2006                McDERMOTT WILL & EMERY LLP

13                                          By:_____/s/_____
                                               WILLIAM G. GAEDE III
14                                             Attorney for Plaintiff
                                               TERCICA, INC.

16  Dated: November 11, 2006                HELLER EHRMAN WHITE & MCAULIFFE LLP

18                                          By:_____/s/_____
                                               ETHAN C. GLASS
19                                             Attorney for Plaintiff
                                               GENENTECH, INC.

21  Dated: November 11, 2006                By:_____/s/_____
                                               LARRY L. SHATZER
22                                             Attorney for Defendants
                                               INSMED, INC. AND CELTRIX
23                                             PHARMACEUTICALS, INC.

24  Concurrence in the filing of this document has been obtained from the signatories above.

25  PURSUANT TO STIPULATION, IT IS SO ORDERED

26  Dated: 11/13/06                         _____
27                                          Hon. Claudia Wilken
                                            United States District Judge
28
8407766

Stipulation Regarding Withdrawal and Admission
of Certain Trial Exhibits And [Proposed] Order
Case No. C-04-5429-CW (EMC)