McDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
TERRENCE P. McMAHON (71910)
tmcmahon@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
DAVID L. LARSON (112342)
dlarson@mwe.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:      (650) 813-5000
Facsimile:       (650) 813-5100

*Attorneys for Tercica, Inc.*

HELLER EHRMAN LLP
M. PATRICIA THAYER (90818)
patricia.thayer@hellerehrman.com
ETHAN C. GLASS (216159)
ethan.glass@hellerehrman.com
333 Bush Street
San Francisco, CA  94104-2878
Telephone:      (415) 772-6794
Facsimile:       (415) 772-6268

*Attorneys for Genentech, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia Corporation, and CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation, INSMED THERAPEUTIC PROTEINS, a Colorado Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.  C-04-5429 CW (EMC)<br><br>**STIPULATED REQUEST AND ORDER TO ACCEPT PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**<br><br>Trial Date:      November 6, 2006<br><br>**Hon. Claudia Wilken** |

Plaintiffs and Defendants, by and through their counsel of record, hereby request the Court accept Plaintiffs Amended Trial Exhibit List. *See* Declaration of William G. Gaede, III, in support of Stipulated Request to Accept Plaintiffs' Amended Trial Exhibit List ("Gaede Decl."), Ex. 1. Plaintiffs seek to add two documents, PX-544 (November 3, 2006, Final Transcript to INSM – Q32006 Insmed Incorporated Earnings Conference Call) and PX-545 (October 31, 2006, C.E. Unterberg, Towbin Life Sciences Conference), to Plaintiffs' Trial Exhibit List. *See* Gaede Decl. Exs. 2-3. Defendants object to PX-544 under Fed. R. Evid. 802.

**IT IS HEREBY STIPULATED**, by and between the parties hereto, through their respective counsel, that Plaintiffs are permitted to file the attached Amended Plaintiffs' Trial Exhibits List.

**SO STIPULATED.**

Dated:    November 10, 2006                MCDERMOTT WILL & EMERY LLP

                                           By:    */s/ William G. Gaede, III*
                                                         William G. Gaede, III

                                           *Attorneys for Tercica, Inc.*

                                           HELLER EHRMAN LLP

                                           By:    */s/ M. Patricia Thayer*
                                                         M. Patricia Thayer

                                           *Attorneys for Genentech, Inc.*

                                           FOLEY & LARDNER, LLP

                                           By:    */s/ Larry Shatzer*
                                                         Larry Shatzer

                                           *Attorneys for Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins, Inc.*

-oOo-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

        11/13/06                                  [signature]
Dated:  _____           _____
                                           HONORABLE CLAUDIA WILKEN
                                           Judge of the United States District Court

MPK 118042-1.073241.0011                1                    **STIPULATION REGARDING
                                                             PLAINTIFF'S TRIAL EXHIBITS
                                                             CASE NO. C-04-5429 CW (EMC)**