McDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
TERRENCE P. McMAHON (71910)
tmcmahon@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
DAVID L. LARSON (112342)
dlarson@mwe.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:    (650) 813-5000
Facsimile:    (650) 813-5100

*Attorneys for Tercica, Inc.*

HELLER EHRMAN LLP
M. PATRICIA THAYER (90818)
patricia.thayer@hellerehrman.com
ETHAN C. GLASS (216159)
ethan.glass@hellerehrman.com
333 Bush Street
San Francisco, CA  94104-2878
Telephone:    (415) 772-6794
Facsimile:    (415) 772-6268

*Attorneys for Genentech, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia Corporation, and CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation, INSMED THERAPEUTIC PROTEINS, a Colorado Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. C-04-5429 CW (EMC)<br><br>**ORDER GRANTING STIPULATION REGARDING PLAINTIFFS' EXHIBITS**<br><br>Trial Date:    November 6-27, 2006<br><br>**Hon. Claudia Wilken** |

Plaintiffs Genentech, Inc. ("Genentech") and Tercica, Inc. ("Tercica") (collectively "Plaintiffs") and Defendants Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins (collectively "Defendants") hereby stipulate that the following six Exhibits are admitted into evidence as part of Plaintiffs' case in chief:

1. PX 155
2. PX 218
3. PX 245
4. PX 252
5. PX 257
6. PX 267

**SO STIPULATED.**

Dated:       November 19, 2006                    MCDERMOTT WILL & EMERY LLP

                                                  By:       */s/ William G. Gaede, III*
                                                            William G. Gaede, III
                                                       *Attorneys for Tercica, Inc.*

                                                  HELLER EHRMAN LLP

                                                  By:       */s/ M. Patricia Thayer*
                                                            M. Patricia Thayer
                                                       *Attorneys for Genentech, Inc.*

                                                  FOLEY & LARDNER, LLP

                                                  By:       */s/  Larry L. Shatzer*
                                                            Larry L. Shatzer
                                                       *Attorneys for Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins, Inc.*

                                                  -oOo-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  11/20/06

                                                  HONORABLE CLAUDIA WILKEN
                                                  Judge of the United States District Court

MPK 118422-1.073241.0011                1         **STIPULATION REGARDING EXHIBITS**
                                                  **CASE NO. C-04-5429 CW (EMC)**
                                                  **CASE NO. C-04-5429 CW (EMC)**