1  **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
2  1530 PAGE MILL ROAD
   PALO ALTO, CA 94304
3  TELEPHONE: (650) 251-1114
   FAX: (650) 856-3710
4  DAVID B. MOYER, BAR NO. 197739
   dmoyer@foley.com
5
   **FOLEY & LARDNER LLP**
6  ATTORNEYS AT LAW
   3000 K ST., N.W.
7  WASHINGTON, DC 20007
   TELEPHONE: 202.672.5300
8  FAX: 202.672.5399
   LARRY L. SHATZER, *PRO HAC VICE*
9  lshatzer@foley.com
   ANTHONY H. SON, BAR NO. 190478
10 ason@foley.com
   GEORGE C. BEST, *PRO HAC VICE*
11 gbest@foley.com

12 **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
13 11250 EL CAMINO REAL, SUITE 200
   SAN DIEGO, CA 92130
14 TELEPHONE: (858) 847-6700
   FAX: (858) 792-6773
15 DOUGLAS H. CARSTEN, BAR NO. 198467
   dcarsten@foley.com
16
   **HOWREY LLP**
17 525 MARKET STREET, SUITE 3600
   SAN FRANCISCO, CA 94105
18 TELEPHONE: (415) 848-4900
   FAX: (415) 848-4999
19 HENRY BUNSOW, BAR NO. 60707
   bunsowh@howrey.com
20 DAVID BILSKER, BAR NO. 152383
   bilskerd@howrey.com
21 RICK CHANG, BAR NO. 209515
   changr@howrey.com
22 Attorneys for Defendants

23                       UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
24                              OAKLAND DIVISION

25 GENENTECH, INC., a Delaware Corporation, )  Case No. C-04-5429 CW (EMC)
   TERCICA, INC., a Delaware Corporation    )
26                                          )  **NOTICE OF ADDITIONAL**
              Plaintiffs,                   )  **STIPULATED FACTS AND**
                                            )  **ORDER**
27        v.                                )
                                            )
28 INSMED INCORPORATED, a Virginia          )
   Corporation, CELTRIX                     )
   PHARMACEUTICALS, INC., a Delaware        )

1  Corporation, and INSMED THERAPEUTIC )
   PROTEINS, INC., a Colorado Corporation )
2                                         )
                Defendants.                )
3                                         )
   AND RELATED COUNTERCLAIMS              )
4

Plaintiffs Genentech, Inc. ("Genentech") and Tercica, Inc. ("Tercica") (collectively Plaintiffs") and Defendants Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins (collectively "Defendants") hereby submit the following Stipulated Facts.

1. Insmed has a master cell bank that contains *E. coli* that Insmed uses to produce IGFBP-3.

2. The cells in Insmed's master cell bank have plasmids comprised of DNA used to express the IGFBP-3 protein. The DNA sequence Insmed uses to express the IGFBP-3 protein contained in the commercial preparation of iPLEX is set forth in PX-310 at p. 40 of 111. (INSM 0686252). This DNA sequence was originally made at Celtrix in 1994.

3. Mr. Kelley, Insmed's Head of Intellectual Property, directed an Insmed employee to send a package containing samples from Insmed's master cell bank to Dr. Parsley.

4. Dr. Parsley received these samples from Insmed's master cell bank from Insmed in January 2006.

5. Mr. Glenn Kelley of Insmed further provided Mr. Parsley with sequencing reports for its master cell bank.

6. OriGene is an independent company that supplies plasmids containing various genes to the biotechnology industry.

7. Mr. Kelley purchased Origene plasmid 119779.

8. Origene plasmid 119779 includes the DNA sequence from Figure 3 of the '287 patent.

9. Mr. Kelley also purchased Origene plasmid 119777.

10. Origene plasmid 119777 contains DNA encoding IGFBP-1.

11. IGFBP-1 is referred to as BP28 in the '287 patent.

12. Mr. Kelley directed an Insmed employee to send Origene plasmid 119779 and

1   Origene plasmid 119777 to Dr. Parsley.

2       13.    Dr. Parsley received Origene plasmid 119779 and Origene plasmid 119777 from

3   Insmed.

4       The aforementioned facts establishing the chain of custody of the tested materials are

5   HEREBY STIPULATED, by and between the parties hereto, through their respective counsel.

6

7   Dated: November 19, 2006    McDERMOTT WILL & EMERY LLP

8

9       By:    /s/
    WILLIAM G. GAEDE III

10       Attorney for Plaintiff
    TERCICA, INC.

11

12   Dated: November 19, 2006    HELLER EHRMAN WHITE & MCAULIFFE LLP

13

14       By:    /s/
    M. PATRICIA THAYER

15       Attorney for Plaintiff
    GENENTECH, INC.

16

17   Dated: November 19, 2006    By:    /s/
    Rick Chang

18       Attorney for Defendants
    INSMED, INC. AND CELTRIX

19       PHARMACEUTICALS, INC.

20

21       ORDER

22       Concurrence in the filing of this document has been obtained from the signatories above.

23       PURSUANT TO STIPULATION, IT IS SO ORDERED

24

25   Dated: __11/22/06_____

26       Hon. Claudia Wilken
    United States District Judge

27

28