**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
1530 PAGE MILL ROAD
PALO ALTO, CA 94304
TELEPHONE: (650) 251-1114
FAX: (650) 856-3710
DAVID B. MOYER, BAR NO. 197739
dmoyer@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
3000 K ST., N.W.
WASHINGTON, DC 20007
TELEPHONE: 202.672.5300
FACSIMILE: 202.672.5399

LARRY L. SHATZER, *PRO HAC VICE*
lshatzer@foley.com
GEORGE C. BEST, *PRO HAC VICE*
gbest@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
11250 EL CAMINO REAL, SUITE 200
SAN DIEGO, CA 92130
TELEPHONE: (858) 847-6700
FAX: (858) 792-6773
DOUGLAS H. CARSTEN, BAR NO. 198467
dcarsten@foley.com

**HOWREY LLP**
525 MARKET STREET, SUITE 3600
SAN FRANCISCO, CA 94105
TELEPHONE: (415) 848-4900
FAX: (415) 848-4999
HENRY BUNSOW, BAR NO. 60707
bunsowh@howrey.com
DAVID BILSKER, BAR NO. 152383
bilskerd@howrey.com
RICK CHANG, BAR NO. 209515
changr@howrey.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia Corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation, and INSMED THERAPEUTIC PROTEINS, INC., a Colorado Corporation<br><br>Defendants.<br><br><u>AND RELATED COUNTERCLAIMS</u> | Case No. C-04-5429 CW (EMC)<br><br>**REVISED STIPULATION REGARDING WITHDRAWAL AND ADMISSION OF CERTAIN TRIAL EXHIBITS**<br><br>**The Honorable Claudia Wilken**<br><br>**Trial Date: November 6, 2006** |

1  WHEREAS, the parties have stipulated to the admission of certain trial exhibits;

2  WHEREAS, the parties have determined that certain exhibits that have been stipulated as
3  admitted are incomplete (Plaintiffs' Exhibit Nos. 263A, 272A and 281A);

4  WHEREAS, the parties have determined that complete copies of these exhibits exist in
5  Defendants' Exhibits (Defendants' Exhibit Nos. 1302, 1303 and 1304);

6  IT IS HEREBY STIPULATED, by and between the parties hereto, through their
7  respective counsel, as follows:

8  1) Plaintiffs' Exhibit Nos. 263A, 272A and 281A be withdrawn from evidence; and

9  2) Defendants' Exhibit Nos. 1302, 1303 and 1304 be admitted into evidence.

10  Dated: November 26, 2006    McDERMOTT WILL & EMERY LLP

12  By:_____/s/_____
    WILLIAM G. GAEDE III
13  Attorney for Plaintiff
    TERCICA, INC.

15  Dated: November 26, 2006    HELLER EHRMAN WHITE & MCAULIFFE LLP

17  By:_____/s/_____
    ETHAN C. GLASS
18  Attorney for Plaintiff
    GENENTECH, INC.

20  Dated: November 26, 2006    By:_____/s/_____
    RICK CHANG
21  Attorney for Defendants
    INSMED, INC. AND CELTRIX
22  PHARMACEUTICALS, INC.

23  Concurrence in the filing of this document has been obtained from the signatories above.

24  PURSUANT TO STIPULATION, IT IS SO ORDERED
25  Dated: 11/27/06

26  _____
    Hon. Claudia Wilken
    United States District Judge

27  8407766

Revised Stipulation Regarding Withdrawal and Admission
of Certain Trial Exhibits And [Proposed] Order
Case No. C-04-5429-CW (EMC)