MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
TERRENCE P. McMAHON (71910)
tmcmahon@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
DAVID L. LARSON (112342)
dlarson@mwe.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:   (650) 813-5000
Facsimile:   (650) 813-5100

*Attorneys for Tercica, Inc.*

HELLER EHRMAN LLP
M. PATRICIA THAYER (90818)
patricia.thayer@hellerehrman.com
ETHAN C. GLASS (216159)
ethan.glass@hellerehrman.com
333 Bush Street
San Francisco, CA  94104-2878
Telephone:   (415) 772-6794
Facsimile:   (415) 772-6268

*Attorneys for Genentech, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware corporation, and TERCICA, INC., a Delaware corporation, <br><br>    Plaintiffs, <br><br>    v. <br><br>INSMED INCORPORATED, a Virginia corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware corporation, and INSMED THERAPEUTIC PROTEINS, a Colorado corporation, <br><br>    Defendants. <br><br>AND RELATED COUNTERCLAIMS. | No.  C-04-5429 CW (EMC) <br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION TO ADMIT CERTAIN DOCUMENTS INTO EVIDENCE** <br><br> Date:   TBD <br> Time:   TBD <br> Location:  Courtroom 2 (4th Floor) <br><br> The Honorable Claudia Wilken |

## **S**TIPULATION AND **J**OINT **M**OTION

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the following exhibits satisfy all of the requirements set forth in the Federal Rule of Evidence for the admissibility of documents:  105, 107, 149, 187, 215, 232, 286, 297, 306, 320, 328, 341,  342, 343, 347, 357, 365, 373, 383, 384, 388, 392, 487, 545, 1045, 1057, 1093, 1094, 1149, 1150, 1194, 1214, 1215, 1216, 1217, 1232, 1235, 1272-75, 1295, 1296, 1358, 1359, 1372, 1148, and 1151.  Therefore, the parties move the Court to admit these documents into evidence. Parties will identify selected pages they seek to admit for documents that exceed a 20 page limit in an effort to reduce the volume of pages for the jury.

MPK 118475-1.073241.0011

1

**S**TIPULATION AND **J**OINT **M**TN TO **A**DMIT
**C**ERTAIN **D**OCS INTO **E**VIDENCE
**C**ASE **N**O. **C-04-5429 CW (EMC)**

M<small>C</small>D<small>ERMOTT</small> W<small>ILL</small> & E<small>MERY</small> LLP
A<small>TTORNEYS</small> A<small>T</small> L<small>AW</small>
P<small>ALO</small> A<small>LTO</small>

1  SO STIPULATED.

2

3  Dated:  November 20, 2006          MCDERMOTT WILL & EMERY LLP

4                                    By:    */s/ William G. Gaede, III*
                                             William G. Gaede, III
5

6                                    *Attorneys for Tercica, Inc.*

7                                    HELLER EHRMAN LLP

8

9                                    By:    */s/ M. Patricia Thayer*
                                             M. Patricia Thayer
10

11                                   *Attorneys for Genentech, Inc.*

12                                   FOLEY & LARDNER, LLP

13                                   By:    */s/ Larry L. Shatzer*
                                             Larry L. Shatzer
14

15                                   *Attorneys for Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins, Inc.*

16

17

18

19

20

21

22

23

24

25

26

27

28

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

# ORDER

The parties have stipulated that the following exhibits satisfy all of the requirements set forth in the Federal Rules of Evidence for the admissibility of documents: 105, 107, 149, 187, 215, 232, 286, 297, 306, 320, 328, 341, 342, 343, 347, 357, 365, 373, 383, 384, 388, 392, 487, 545, 1045, 1057, 1093, 1094, 1149, 1150, 1194, 1214, 1215, 1216, 1217, 1232, 1235, 1272-75, 1295, 1296, 1358, 1359, 1372, 1148, and 1151.

Therefore, these exhibits hereby are ADMITTED INTO EVIDENCE.

**PURSUANT TO STIPULATION, IT IS SO ORDERED, EXCEPT THAT ANY DOCUMENTS LONGER THAN 5 PAGES SHOULD BE SENT TO THE JURY ONLY WITH SELECTED, RELEVANT PAGES.**

**11/27/06**
Date: _____

_____
HONORABLE CLAUDIA WILKEN
United States District Judge