1    MCDERMOTT WILL & EMERY LLP
     WILLIAM G. GAEDE, III (136184)
2    wgaede@mwe.com
     TERRENCE P. McMAHON (71910)
3    tmcmahon@mwe.com
     ANDREW A. KUMAMOTO (178541)
4    akumamoto@mwe.com
     DAVID L. LARSON (112342)
5    dlarson@mwe.com
     3150 Porter Drive
6    Palo Alto, CA 94304-1212
     Telephone:     (650) 813-5000
7    Facsimile:     (650) 813-5100

8    *Attorneys for Tercica, Inc.*

9    HELLER EHRMAN LLP
     M. PATRICIA THAYER (90818)
10   patricia.thayer@hellerehrman.com
     ETHAN C. GLASS (216159)
11   ethan.glass@hellerehrman.com
     333 Bush Street
12   San Francisco, CA  94104-2878
     Telephone:     (415) 772-6794
13   Facsimile:     (415) 772-6268

14   *Attorneys for Genentech, Inc.*

15   FOLEY & LARDNER LLP
     LARRY L. SHATZER, (*pro Hac Vice*)
16   lshatzer@ foley.com
     3000 K Street NW
17   Washington, DC 20007
18   Telephone:     (202) 672-5300
     Facsimile:     (202) 672-5399
19
     HOWREY LLP
20   HENRY BUNSOW (60707)
     bunsowh@howrey.com
21   DAVID BILSKER (152383)
22   bilskerd@howrey.com
     RICK CHANG (209515)
23   changr@howrey.com
     525 Market Street, Suite 3600
24   San Francisco, CA  94105
25   Telephone:     (415) 848-4900
     Facsimile:     (415) 848-4999

26
     *Attorneys for Insmed Incorporated, Celtrix
27   Pharmaceuticals, Inc., and Insmed Therapeutic Proteins*

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

MPK 122350-1.073241.0011

**STIPULATION AND ORDER TO
CONTINUE HEARING DATE
CASE NO. C-04-5429 CW (EMC)**

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | OAKLAND DIVISION |

| | |
|---|---|
| GENENTECH, INC., a Delaware corporation, and TERCICA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware corporation, and INSMED THERAPEUTIC PROTEINS, a Colorado corporation,<br><br>Defendants. | No. C-04-5429 CW (EMC)<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON POST-TRIAL MOTIONS<br><br><br><br>**Honorable Claudia Wilken** |
| AND RELATED COUNTERCLAIMS. | |

Pursuant to Civil L.R. 7-7, Plaintiffs Genentech, Inc. and Tercica, Inc., and Defendants Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins, through their respective counsel of record, submit this joint stipulation to continue the hearing on the parties' post-trial motions from the originally-scheduled date of February 16, 2007, to the new date of March 2, 2007.

The parties, through their respective counsel of record, hereby stipulate to that the hearing on the parties' post-trial motions originally scheduled for February 16, 2007, is now rescheduled to March 2, 2007.

SO STIPULATED.

Respectfully submitted,

DATED:     February 15, 2007            MCDERMOTT WILL & EMERY, LLP


By:     */s/ William G. Gaede, III*
                William G. Gaede, III

*Attorneys for Tercica, Inc.*

MPK 122350-1.073241.0011                                1

**STIPULATION AND ORDER TO CONTINUE HEARING DATE**
**CASE NO. C-04-5429 CW (EMC)**

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

DATED: February 15, 2007      HELLER EHRMAN LLP

By:     */s/ M. Patricia Thayer*
          M. Patricia Thayer

*Attorneys for Genentech, Inc.*

DATED: February 15, 2007      HOWREY LLP

By:     */s/ Henry Bunsow*
          Henry Bunsow

*Attorneys for Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins, Inc.*

### SIGNATURE ATTESTATION

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from each of the other signatories indicated by a "conformed" signature (/s/) within this efiled document.

*/s/ William G. Gaede, III*
William G. Gaede, III

-oOo-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The February 16, 2007, hearing is hereby rescheduled to March 2, 2007, at 10:00 a.m. in Courtroom 2 of this Court.

**SO ORDERED.**

DATED: 2/20/07

HONORABLE CLAUDIA WILKEN
United States District Court Judge

MPK 122350-1.073241.0011     2     **STIPULATION AND ORDER TO CONTINUE HEARING DATE**
**CASE NO. C-04-5429 CW (EMC)**