1  MCDERMOTT WILL & EMERY LLP
   WILLIAM G. GAEDE, III (136184)
2  wgaede@mwe.com
   TERRENCE P. McMAHON (71910)
3  tmcmahon@mwe.com
   ANDREW A. KUMAMOTO (178541)
4  akumamoto@mwe.com
   DAVID L. LARSON (112342)
5  dlarson@mwe.com
   3150 Porter Drive
6  Palo Alto, CA 94304-1212
   Telephone:      (650) 813-5000
7  Facsimile:      (650) 813-5100

8  *Attorneys for Tercica, Inc.*

9  HELLER EHRMAN LLP
   M. PATRICIA THAYER (90818)
10 patricia.thayer@hellerehrman.com
   ETHAN C. GLASS (216159)
11 ethan.glass@hellerehrman.com
   333 Bush Street
12 San Francisco, CA  94104-2878
   Telephone:      (415) 772-6794
13 Facsimile:      (415) 772-6268

14 *Attorneys for Genentech, Inc.*

15 FOLEY & LARDNER LLP
   LARRY L. SHATZER, (*pro Hac Vice*)
16 lshatzer@ foley.com
   3000 K Street NW
17 Washington, DC 20007
   Telephone:      (202) 672-5300
18 Facsimile:      (202) 672-5399

19
   HOWREY LLP
20 HENRY BUNSOW (60707)
   bunsowh@howrey.com
21 DAVID BILSKER (152383)
   bilskerd@howrey.com
22 RICK CHANG (209515)
   changr@howrey.com
23
   525 Market Street, Suite 3600
24 San Francisco, CA  94105
   Telephone:      (415) 848-4900
25 Facsimile:      (415) 848-4999

26
   *Attorneys for Insmed Incorporated, Celtrix*
27 *Pharmaceuticals, Inc., and Insmed Therapeutic Proteins*

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

MPK 122961-1.073241.0011

**STIPULATION AND ORDER TO
CONTINUE HEARING DATE
CASE NO. C-04-5429 CW (EMC)**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware corporation, and TERCICA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware corporation, and INSMED THERAPEUTIC PROTEINS, a Colorado corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.  C-04-5429 CW (EMC)<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON POST-TRIAL MOTIONS<br><br><br><br>**Honorable Claudia Wilken** |

Pursuant to Civil L.R. 7-7, Plaintiffs Genentech, Inc. and Tercica, Inc., and Defendants Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins, through their respective counsel of record, submit this joint stipulation to continue the March 2, 2007, hearing on the parties' post-trial motions to March 9, 2007, to accommodate the schedule of the parties.

The parties, through their respective counsel of record, hereby stipulate that the March 2, 2007, hearing on the parties' post-trial motions be rescheduled to March 9, 2007.

SO STIPULATED.

Respectfully submitted,

DATED:   March 1, 2007                    MCDERMOTT WILL & EMERY, LLP


By:   */s/ William G. Gaede, III*
         William G. Gaede, III

*Attorneys for Tercica, Inc.*

MPK 122961-1.073241.0011              1

**STIPULATION AND ORDER TO CONTINUE HEARING DATE**
**CASE NO. C-04-5429 CW (EMC)**

| | | |
|---|---|---|
| DATED: March 1, 2007 | | HELLER EHRMAN LLP |
| | By: | */s/ M. Patricia Thayer*<br>M. Patricia Thayer |
| | | *Attorneys for Genentech, Inc.* |
| DATED: March 1, 2007 | | HOWREY LLP |
| | By: | */s/ Henry Bunsow*<br>Henry Bunsow |
| | | *Attorneys for Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins, Inc.* |

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from each of the other signatories indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ William G. Gaede, III*
William G. Gaede, III

-oOo-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The March 2, 2007, hearing is hereby rescheduled to March 9, 2007, at 10:00 a.m. in Courtroom 2 of this Court.

**SO ORDERED.**

DATED: 3/2/07

HONORABLE CLAUDIA WILKEN
United States District Court Judge