1  MCDERMOTT WILL & EMERY LLP
   WILLIAM G. GAEDE, III (136184)
2  wgaede@mwe.com
   TERRENCE P. McMAHON (71910)
3  tmcmahon@mwe.com
   ANDREW A. KUMAMOTO (178541)
4  akumamoto@mwe.com
   DAVID L. LARSON (112342)
5  dlarson@mwe.com
   3150 Porter Drive
6  Palo Alto, CA 94304-1212
   Telephone:    (650) 813-5000
7  Facsimile:    (650) 813-5100

8  *Attorneys for Tercica, Inc.*

9  Heller Ehrman LLP
   M. PATRICIA THAYER (90818)
10 patricia.thayer@hellerehrman.com
   ETHAN C. GLASS (216159)
11 ethan.glass@hellerehrman.com
   333 Bush Street
12 San Francisco, CA  94104-2878
   Telephone:    (415) 772-6794
13 Facsimile:    (415) 772-6268

14 *Attorneys for Genentech, Inc.*

15 FOLEY & LARDNER LLP
   LARRY L. SHATZER, (*Pro Hac Vice*)
16 lshatzer@ foley.com
   3000 K Street NW
17 Washington, DC 20007
   Telephone:    (202) 672-5300
18 Facsimile:    (202) 672-5399

19 HOWREY LLP
   HENRY BUNSOW (60707)
20 bunsowh@howrey.com
   DAVID BILSKER (152383)
21 bilskerd@howrey.com
   RICK CHANG (209515)
22 changr@howrey.com
   525 Market Street, Suite 3600
23 San Francisco, CA  94105
   Telephone:    (415) 848-4900
24 Facsimile:    (415) 848-4999

25 *Attorneys for Insmed Incorporated, Celtrix*
   *Pharmaceuticals, Inc., and Insmed Therapeutic Proteins*
26

27

28

MPK 122335-1.073241.0011

**STIPULATED REQ. AND ORDER TO SEAL PARTIES' CONFIDENTIAL DOCUMENT**
**CASE NO. C-04-5429 CW (EMC)**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSMED INCORPORATED, a Virginia Corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware Corporation, and INSMED THERAPEUTIC PROTEINS, a Colorado Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. C-04-5429 CW (EMC)<br><br>**STIPULATED ADMINISTRATIVE REQUEST TO FILE UNDER SEAL CONFIDENTIAL DOCUMENTS; AND ORDER THEREON** |

Pursuant to Civil Local Rule 79-5, Plaintiffs Genentech, Inc. and Tercica, Inc., and Defendants, Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins hereby move this Court to preserve confidentiality of the parties' documents and nonpublic information by ordering that the attachment to the document received by the Court March 5, 2007, be filed under seal. The document have been designated confidential and contains confidential information of the parties.

The confidential document contains confidential, non-public information that is not otherwise disclosed to the public and which information, if made public, would potentially cause irreparable harm to the parties.

MPK 122335-1.073241.0011                    1

**STIPULATED REQ. AND ORDER TO SEAL PARTIES' CONFIDENTIAL DOCUMENT CASE NO. C-04-5429 CW (EMC)**

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

The parties respectfully request that the Court find good cause for ordering the confidential attachment to the document received by the Court March 5, 2007, be filed under seal.

DATED:  March 6, 2007     MCDERMOTT WILL & EMERY, LLP

By:  */s/ William G. Gaede, III*
　　　　William G. Gaede, III

*Attorneys for Tercica, Inc.*

DATED:  March 6, 2007     HELLER EHRMAN LLP

By:  */s/ M. Patricia Thayer*
　　　　M. Patricia Thayer

*Attorneys for Genentech, Inc.*

DATED:  March 6, 2007     HOWREY LLP

By:  */s/ David Bilsker*
　　　　David Bilsker

*Attorneys for Insmed Incorporated, Celtrix Pharmaceuticals, Inc., and Insmed Therapeutic Proteins, Inc.*

-oOo-

**PURSUANT TO THE ABOVE STIPULATED REQUEST, IT IS SO ORDERED.**

The parties confidential attachment to the document submitted to the Court on March 5, 2007, shall be filed under seal.

**SO ORDERED.**

DATED: 3/6/07

　　　　　　　　　　　　　　　　　　　HONORABLE CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　United States District Court Judge

MPK 122335-1.073241.0011　　　2　　　**STIPULATED REQ. AND ORDER TO SEAL PARTIES' CONFIDENTIAL DOCUMENT CASE NO. C-04-5429 CW (EMC)**